# UNITED STATES BANKRUPTCY COURT
## District of Maryland – Baltimore Division
### 101 West Lombard Street, Ste. 8530
### Baltimore, MD 21201

Case No.:  25–15437   Chapter:  7   Judge:

In Re:   Brandon Michael Chasen Sr
13916 Green Branch Dr
Phoenix, MD 21131

Social Security No.:  xxx–xx–2011

## NOTICE OF RESOURCES AVAILABLE TO DEBTORS WHO DO NOT HAVE A LAWYER

There are resources available if you wish to retain an attorney but cannot afford to hire one. The Debtor Assistance Project ("DAP") is a legal clinic that is a partnership between the U.S. Bankruptcy Court for the District of Maryland and various members of the Maryland legal community. This program provides debtors with an opportunity to meet, one–on–one, with a volunteer bankruptcy attorney for a free half–hour consultation. The DAP provides legal advice to individuals without an attorney by answering their questions about bankruptcy, including how bankruptcy may be used to help prevent foreclosure. The DAP cannot provide an attorney to complete your paperwork for you or represent you.

**For additional information about the DAP and instructions on how to schedule a free, private, half–hour virtual consultation with an attorney, visit: www.mdb.uscourts.gov (click on the "Don't Have a Lawyer" tab on the home page).**

Resources are also available if you wish to retain an attorney but cannot afford to hire one, through legal assistance at low cost or with deferred payment options (Low Bono representation). For Low Bono Chapter 7 assistance visit here – www.mdb.uscourts.gov/node/826.

The following organizations also provide free or reduced fee legal representation to qualified individuals:

| Maryland Volunteer Lawyers Service | Mid–Shore Pro Bono | Maryland Legal Aid |
|---|---|---|
| 201 N. Charles Street, #1400 | 8 S.W. Street | 500 E. Lexington Street |
| Baltimore, MD 21201 | Easton, MD 21601 | Baltimore, MD 21202 |
| Tel: 410–547–6537 | Tel: 410–690–8128 | Tel: 410–951–7777 |
| Tel: 800–510–0050 | http://www.midshoreprobono.org | Tel: 800–999–8904 |
| http://www.mvlslaw.org | | http://www.mdlab.org |
| | | *12 locations |

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by them, but we encourage you to seek legal counsel.**

Employees of the United States Bankruptcy Court for the District of Maryland are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on the Don't Have a Lawyer page of this Court's website at www.mdb.uscourts.gov/dont–have–lawyer.

Dated: 6/16/25                                          *Mark A. Neal*
                                                         Clerk of the Bankruptcy Court

cc: Debtor                                              Form proseinf (rev. 07/17/2024)