# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

**Case No.:** 25–15437    **Chapter:** 7    **Judge:** Nancy V. Alquist

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Brandon Michael Chasen Sr
13916 Green Branch Dr
Phoenix, MD 21131

Social Security No.:  xxx–xx–2011

Employer's Tax I.D. No.:

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you on 6/16/25 in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of this petition is attached.

Address of Clerk:

U.S. BANKRUPTCY COURT
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

At the same time you must also serve a copy of your motion or answer on petitioner or petitioner's attorney.

Name and Address of Petitioner or Petitioner's Attorney:

Ferguson Enterprises, LLC
c/o Jill D. Caravaggio
5100 Buckeystown Pike, Suite 250
Frederick, MD 21704

Sandy Spring Bank
a Division of Atlantic Union Bank
c/o Jeffery Thomas Martin, Jr
8065 Leesburg Pike, Ste 750
Vienna, VA 22182

Southland Insulators of Maryland, Inc.
c/o Shawn C. Whittaker
1401 Rockville Pike, Ste 510
Rockville, MD 20852

If you make a motion, your time to serve an answer is governed by the Federal Rules of Bankruptcy Procedure 1011(c).

If you failed to respond to this summons, the order for relief will be entered.

June 17th, 2025
Clerk of the
United States
Bankruptcy Court
s/ Mark A. Neal

Dated: 6/17/25

*Mark A. Neal*
Clerk of the Bankruptcy Court

Form suminv (rev. 12/2009)

UNITED STATES BANKRUPTCY COURT
June 17th, 2025
Clerk of the
United States
Bankruptcy Court
s/ Mark A. Neal
DISTRICT OF MARYLAND