IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>BRANDON MICHAEL CHASEN, SR.,<br><br>Alleged Debtor. | Case No. 25-15437<br><br>Chapter 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned proceedings as counsel for Family Pension Corp. 401(k) Plan, Four Kids Investment Fund, LLC, Jonathan Honig, as Trustee by and for the Renee Honig 2019 Irrev Trust Agreement U/A DTD 09/09/2019, and Jacob Honig. Pursuant to Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, undersigned counsel hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans, disclosures statement and other documents filed or served in this case.

Dated: June 17, 2025

Respectfully submitted,

 /s/ Aaron L. Casagrande
Aaron L. Casagrande (Bar No. 28518)
**ICE MILLER LLP**
100 Light Street, Suite 1350
Baltimore, Maryland 21202
Phone: 410-951-5876
Aaron.Casagrande@IceMiller.com

*Counsel for Family Pension Corp. 401(k) Plan, Four Kids Investment Fund, LLC, Jonathan Honig, as Trustee by and for the Renee Honig 2019 Irrev Trust Agreement U/A DTD 09/09/2019 and Jacob Honig*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing *Notice of Appearance and Request for Service* will be served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| Jill D. Caravaggio | jill@jill-lawoffice.net, paralegal@jill-lawoffice.net |
| Jeffery Thomas Martin | jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com, brittany@martinlawgroup.com, Diana@martinlawgroup.com |
| Shawn C. Whittaker | shawn@whittaker-law.com |

I hereby further certify that on June 17, 2025, a copy of the foregoing *Notice of Appearance and Request for Service* was also mailed first class mail, postage prepaid to:

Brandon Michael Chasen
13916 Green Branch Dr
Phoenix, MD 21131

                                                           */s/ Aaron L. Casagrande*
                                                           Aaron L. Casagrande