# United States Bankruptcy Court
## District of Maryland, Greenbelt Division

In re: Brandon Michael Chasen, Sr.
Debtor(s)

Case No. 25-15437
Chapter 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Ferguson Enterprises, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

The sole member of Ferguson Enterprises, LLC is Ferguson US Holdings, Inc., a Virginia stock corporation with a single shareholder, Ferguson UK Holdings, Ltd. Ferguson UK Holdings, Ltd. is wholly owned by Ferguson PLC, a publicly-traded company.

☐ None [*Check if applicable*]

June 17, 2025
Date

/s/ Jill D. Caravaggio
Jill D. Caravaggio, Bar No. 04693
Signature of Attorney or Litigant
Counsel for Ferguson Enterprises, LLC
Law Office of Jill D. Caravaggio, LLC
Westview Village Professional Park
5100 Buckeystown Pike
Suite 250
Frederick, MD 21704
301-363-3913 office
301-363-3960 facsimile
jill@jill-lawoffice.net email