IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: Brandon Michael Chasen, Sr.<br><br>Debtor(s). | Bankruptcy Case No:<br><br>25-15437-NVA<br><br>Chapter 7 |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of the United States Trustee for Region Four, for all purposes in connection with this case. Pursuant to Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans, disclosures statement and other documents filed or served in this case.

Respectfully Submitted,

Dated: June 17, 2025

/s/ *Gerard R. Vetter*
Gerard R. Vetter
(Fed. Bar No.: 08521)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
gerard.r.vetter@usdoj.gov

Attorney for the United States Trustee

- 2 -

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on June 17, 2025 a copy of the foregoing Notice was mailed first-class, postage prepaid to:

Brandon Michael Chasen
13916 Green Branch Dr
Phoenix, MD 21131

  **I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- Jill D. Caravaggio jill@jill-lawoffice.net, paralegal@jill-lawoffice.net
- Aaron L. Casagrande aaron.casagrande@icemiller.com
- Jeffery Thomas Martin jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com; brittany@martinlawgroup.com; Diana@martinlawgroup.com
- Shawn C. Whittaker shawn@whittaker-law.com


              /s/ *Christina Schruefer*
               Christina Schruefer