**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| Brandon Michael Chasen, Sr ) | |
| ) | Case No. 25-15437 |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John E. Reid ("Counsel") hereby appears in the above-captioned bankruptcy case as counsel for the Sandy Spring Bank, a Division of Atlantic Union Bank, a creditor in this case, and such Counsel hereby enters his appearance, and requests, pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules, that copies of all notices and pleadings given or filed in this case be given and served upon:

> John E. Reid
> Martin Law Group, P.C.
> 8065 Leesburg Pike, Suite 750
> Vienna, VA 22182
> jack@martinlawgroup.com

Date:   June 18, 2025           **SANDY SPRING BANK, A DIVISION OF ATLANTIC UNION BANK**
                                          **By Counsel**

                                /s/ John E. Reid
                                John E. Reid, Bar No. 0306180218
                                Martin Law Group, P.C.
                                8065 Leesburg Pike
                                Suite 750
                                Vienna, VA 22182
                                703-834-5550
                                jack@martinlawgroup.com
                                Counsel to Sandy Spring Bank

## CERTIFICATION OF SERVICE

      I certify that on this 18th day of June 2025, a true and correct copy of the foregoing was filed electronically with the Court through the ECF filing system with notice being automatically provided to all parties requesting notice.

                                          /s/ John E. Reid
                                          John E. Reid