# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| Brandon Michael Chasen, Sr ) | |
| ) | Case No. |
| Debtor. | 25-15437 ) ) |

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Andre R. Weitzman ("Counsel") hereby appears in the above captioned bankruptcy case as counsel for Steven C. Tourkin and Heather Tourkin creditors in this case, and such Counsel hereby enters his appearance, and requests, pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules, that copies of all notices and pleadings given or filed in this case be given and served upon:

        Andre' R. Weitzman
        Equity House II
        410 Northway
        Baltimore, MD. 21218
        Aequityhouse@aol.com


Date: June 18, 2025                /s/ Andre' R. Weitzman
                                          Andre' R. Weitzman
                                          Equity House II
                                          410 Northway
                                          Baltimore, MD. 21218
                                          Aequityhouse@aol.com


## CERTIFICATION OF SERVICE

    I certify that on this 18 th day of June 2025, a true and correct copy of the foregoing was filed electronically with the Court through the ECF filing system with notice being automatically provided to all parties requesting notice.


                                                            /s/ Andre" R. Weitzman