**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND**
Baltimore Division

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| BRANDON MICHAEL CHASEN, SR. ) | |
| ) | Case No. 25-15437 |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE FOR
<u>PETITION AND SUMMONS</u>**

I HEREBY CERTIFY that I caused a true and correct copy of the Petition (Docket No.1), and Summons to Debtor in Involuntary Case (Docket No. 5) to be sent on June 17, 2025, by first class mail, postage prepaid and by email to:

Brandon Michael Chasen, Sr., Debtor
13916 Green Branch Dr.
Phoenix, MD 21131
brandon@chasencompanies.com

With receipt thereof acknowledged by proposed counsel for the Debtor on June 18, 2025.

                                                **SANDY SPRING BANK, A DIVISION OF
ATLANTIC UNION BANK
By counsel**

                                                <u>/s/ Jeffery T. Martin, Jr.</u>
                                                Jeffery T. Martin, Jr., Bar No. 18328
                                                John E. Reid, Bar No. 16983
                                                Martin Law Group, P.C.
                                                8065 Leesburg Pike, Suite 750
                                                Vienna, VA 22182
                                                703-834-5550 Office
                                                jeff@martinlawgroup.com
                                                *Counsel to Sandy Spring Bank, a Division of Atlantic Union Bank*