United States Bankruptcy Court
District of Maryland

In re   Brandon M. Chasen, Sr.
Debtor(s)

Case No.   25-15437
Chapter   7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Sir/Madam Clerk,

Please enter the appearance of Adam M. Freiman, Esquire and Freiman Law, P.C. on behalf of Alleged Debtor, Brandon M. Chasen, Sr.

Respectfully submitted this, June 29, 2025 by:

/s/ Adam M. Freiman
Adam M. Freiman 23047 CPF#:9306230121
Law Offices of Adam M. Freiman, P.C.
115 McHenry Ave.
Suite B4
Pikesville, MD 21208
410-486-3500 Fax:410-630-8066
adam@pikesvillelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the   Entry of Appearance and Request for Notices   will be served electronically by the Court's CM/ECF system on the following:

Feguson Enterprises
Sandy Spring Bank
Southland Insulators
All other creditors entitled to such notice

/s/ Adam M. Freiman
Adam M. Freiman 23047 CPF#:9306230121
Law Offices of Adam M. Freiman, P.C.
115 McHenry Ave.
Suite B4
Pikesville, MD 21208
410-486-3500 Fax:410-630-8066
adam@pikesvillelaw.com