**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| BRANDON MICHAEL CHASEN, SR. | )        Case No. 25-15437 |
| | ) |
| Alleged Debtor. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

To the Clerk:

Please enter the appearance of Alan D. Eisler as counsel for creditor, PR GIV, LLC, and send copies of all motions, notices, orders, complaints, and all other papers served and/or filed in this case to:

> Alan D. Eisler, Esquire
> Eisler Hamilton, LLC
> 1 Research Court, Suite 450
> Rockville, MD  20850


> EISLER HAMILTON, LLC


> By:     /s/   Alan D. Eisler
>     Alan D. Eisler, Bar No. 11524
>     1 Research Court, Suite 450
>     Rockville, MD  20850
>     Phone: (240) 283-1164
>     Fax: (301) 519-8005
>     Email: aeisler@e-hlegal.com
>     Counsel for PR GIV, LLC

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2025, copies of the Notice of Appearance and Request for Notice were sent by CM/ECF to:

**Jill D. Caravaggio**    jill@jill-lawoffice.net, paralegal@jill-lawoffice.net
**Aaron L. Casagrande**    aaron.casagrande@icemiller.com
**Adam M. Freiman**    adam@pikesvillelaw.com, r54650@notify.bestcase.com
**Jeffery Thomas Martin**                jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com
**John E Reid**                jack@martinlawgroup.com, brittany@martinlawgroup.com;Diana@martinlawgroup.com
**Robert G. Shuster**    rob@shusterlaw.com, courts@shusterlaw.com
**Gerard R. Vetter**    gerard.r.vetter@usdoj.gov
**Andre' R Weitzman**    aequityhouse@aol.com
**Shawn C. Whittaker**    shawn@whittaker-law.com
**Heather Kirkwood Yeung**    hyeung@darslaw.com


            /s/     Alan D. Eisler
          Alan D. Eisler

2