IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| BRANDON MICHAEL CHASEN, SR. ) | |
| ) | Case No. 25-15437 |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that StanCorp Mortgage Investors, LLC, as authorized agent of Standard Insurance Company ("StanCorp"), hereby appears by its counsel, Shapiro Sher Guinot & Sandler, P.A., and such counsel enters their appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses (including email), telephone, and facsimile numbers:

> Scott W. Foley, Esquire (Fed. Bar No. 25963)
> Daniel J. Zeller, Esquire (Fed. Bar No. 28107)
> SHAPIRO SHER GUINOT & SANDLER, P.A.
> 250 W. Pratt Street, Suite 2000
> Baltimore, Maryland 21201
> Telephone: (410) 385-4234
> Facsimile: (410) 539-7611
> Email: swf@shapirosher.com
> djz@shapirosher.com
> ***Counsel for StanCorp Mortgage Investors, LLC, as authorized agent of Standard Insurance Company***

PLEASE TAKE FURTHER NOTICE that the foregoing request for service includes not only service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, service of any notice, application, complaint, demand, motion,

petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of StanCorp: (a) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (b) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or the waiver of any other rights, claims, actions, setoffs, or recoupments to which StanCorp is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: July 14, 2025

/s/ *Scott W. Foley*
Scott W. Foley, Esquire (Fed. Bar No. 25963)
Daniel J. Zeller, Esquire (Fed. Bar No. 28107)
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Telephone: (410) 385-4234
Facsimile: (410) 539-7611
Email: swf@shapirosher.com
djz@shapirosher.com

***Counsel for StanCorp Mortgage Investors, LLC, as authorized agent of Standard Insurance Company***

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 14th day of July, 2025, I caused a copy of the foregoing *Notice of Appearance and Request for Notices and Papers* to be served by electronic means through the Court's ECF system to all parties receiving notices in this case.

                                                /s/ *Scott W. Foley*
                                                Scott W. Foley