Entered: July 30th, 2025
Signed: July 30th, 2025

## SO ORDERED

NO TIMELY OPPOSITION.



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **25–15437 – NVA**     Chapter: **7**

**Brandon Michael Chasen Sr**
Debtor

## ORDER GRANTING
## MOTION TO CONVERT CASE TO A VOLUNTARY CHAPTER 7

Upon consideration of the Motion to Convert Case to a Voluntary Chapter 7 [ECF No. 23] filed by the debtor, Brandon Michael Chasen Sr, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Convert Case to a Voluntary Chapter 7 is granted as set forth herein; and it is further,

ORDERED, that this involuntary chapter 7 case is converted to a voluntary chapter 7 case; and it is further,

ORDERED, that the Debtor shall file a Statement of Financial Affairs and Schedules A through J and a typewritten mailing matrix within fourteen (14) days after the date of entry of this Order.

cc:   Debtor
      Attorney for Debtor – Adam M. Freiman
      All Parties
      All Counsel
      U.S. Trustee

### End of Order

44x01 (rev. 06/19/1998)