# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–15437 – NVA**   Chapter: **7**

**Brandon Michael Chasen Sr**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

DOCUMENT:   **Voluntary Petition**

PROBLEM:   **The following pleadings are missing.**

CURE:   **All of these pleadings must be filed by the date shown below.**

**Summary of Assets and Liab. due 08/13/2025**
**Ch 7 Income Form 122A–1 due 08/13/2025**
**Matrix Verification due 08/13/2025**
**SSN Verification Page due 08/13/2025**

CONSEQUENCE:   **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.**

This notice is issued pursuant to:   **11 U.S.C. § 521**
**Federal Rule of Bankruptcy Procedure 1007**

**All deficiencies must be cured by 8/13/25.**

**Additional information for non–attorney filers is available at http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 7/30/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
301–344–3393

cc:   Debtor
Attorney for Debtor – Adam M. Freiman

Form ntcddl (03/05)