**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

In re:   Case No.: **25−15437 − NVA**   Chapter: **7**

**Brandon Michael Chasen Sr**
Debtor

# NOTICE OF MISSING STATEMENT OF INTENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The Statement of Intention is missing.** |
| CURE: | **The Statement of Intention shall be filed with the Court by the date below.**  **A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.** |

**The above deficiency must be cured by 8/29/25 , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 7/30/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
301−344−3393

cc:   Debtor
      Attorney for Debtor − Adam M. Freiman

Form stint (rev. 03/2005)