United States Bankruptcy Court
District of Maryland

In re:     Case No. 25-15437-NVA
Brandon Michael Chasen, Sr     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1     User: admin     Page 1 of 3
Date Rcvd: Jul 31, 2025     Form ID: 309A     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon Michael Chasen, Sr, 13916 Green Branch Dr, Phoenix, MD 21131-1316 |
| aty | + | Aaron L. Casagrande, Ice Miller LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| aty | + | Alan D. Eisler, Eisler Hamilton, LLC, 1 Research Court, Suite 450, Rockville, MD 20850-6252 |
| aty | + | Andre' R Weitzman, Andre' R. Weitzman, 410 Northway, Baltimore, MD 21218-1115 |
| aty | + | Heather Kirkwood Yeung, Davis, Agnor, Rapaport & Skalny, 11000 Broken Land Parkway, Ste 600, Columbia, MD 21044-3534 |
| aty | + | Jason J. Giguere, Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |
| aty | + | Jeffrey Greenberg, Rosenberg Martin Greenberg LLP, 25 S Charles St #21, Baltimore, MD 21201-3322 |
| aty | + | Joshua D. Bradley, Rosenberg Martin Greenberg, LLP, 25 South Charles Street, Suite 2115, Baltimore, MD 21201-3322 |
| aty | + | Robert G. Shuster, Robert G. Shuster, LLC, 12850 Middlebrook Road, Suite 225, Germantown, MD 20874-5279 |
| aty | + | Scott W. Foley, Shapiro Sher Guinot & Sandler, 250 W. Pratt Street, 20th Floor, Baltimore, MD 21201-6822 |
| intp | + | Assurant, Inc., Rosenberg Martin Greenberg, LLP, 25 S. Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Capital Lighting & Supply, LLC D/B/A Capital Elect, 12850 Middlebrook Road, Suite 225, Germantown, MD 20874, UNITED STATES 20874-5279 |
| cr | + | Family Pension Corp. 401(k) Plan and Trust, ICE MILLER LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| cr | + | PR GIV, LLC, c/o Anthony Bobulinski, 1959 Calle Loiza # 6397, San Juan, PR 00914-1420 |
| cr | | StanCorp Mortgage Investors, LLC, 19225 Tanasbourne Drive, Hillsboro, OR 97124 |
| cr | + | Steven C Tourkin, 2401 Holiday Ranch Road, Park City, UT 84060-6835 |
| 32905263 | + | Assurant, Inc., Jeffrey S. Greenberg,, Rosenberg Martin Greenberg, LLP, 25 S. Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| 32889409 | + | Capital Lighting & Supply, LLC, D/B/A Capital Electric., Robert G. Shuster, LLC, 12850 Middlebrook Road, Suite 225 Germantown, MD 20874-5279 |
| 32896368 | + | Duque Construction, LLC, Davis, Agnor, Rapaport, & Skalny, LLC, 11000 Broken Land Parkway, Suite 600, Columbia, Maryland 21044-3534 |
| 32881547 | + | Family Pension Corp. 401(k) Plan, c/o Aaron L. Casagrande, ICE MILLER LLP, 100 Light Street, Suite 1350, Baltimore, Maryland 21202-1216 |
| 32881550 | + | Four Kids Investment Fund, LLC, c/o Aaron L. Casagrande, ICE MILLER LLP, 100 Light Street, Suite 1350, Baltimore, Maryland 21202-1216 |
| 32883034 | + | Heather Tourkin, Andre R. Weitzman, Equity House II, 410 Northway, Baltimore, MD. 21218-1115 |
| 32881561 | + | Jacob Honig, c/o Aaron L. Casagrande, ICE MILLER LLP, 100 Light Street, Suite 1350, Baltimore, Maryland 21202-1216 |
| 32881747 | + | Jonathan Honig, as Tr for the Renee, Honig 2019 Irrev Trust Agrmt U/A DTD 09/, c/o Aaron L. Casagrande, ICE MILLER LLP, 100 Light Street, Suite 1350 Baltimore, Maryland 21202-1216 |
| 32900832 | + | PR GIV, LLC, Alan D. Eisler, Esquire, Eisler Hamilton, LLC, 1 Research Court, Suite 450, Rockville, MD 20850-6252 |
| 32883032 | + | Sandy Spring Bank,, a Division of Atlantic Union Bank, John E. Reid, Martin Law Group, P.C., 8065 Leesburg Pike, Suite 750 Vienna, VA 22182-2702 |
| 32888647 | + | Southland Insulators of Maryland, Inc., c/o NCS, 729 Miner Road, Highland Heights, OH 44143-2117 |
| 32903750 | + | StanCorp Mortgage Investors, LLC, Scott W. Foley, Esquire, SHAPIRO SHER GUINOT & SANDLER, P.A., 250 W. Pratt Street, Suite 2000, Baltimore, Maryland 21201-6814 |
| 32913775 | + | Steven C Tourkin, 2401 Holiday Ranch Loop Rd, Park City UT 84060-6835 |
| 32913773 | + | Steven C. Tourkin, Heather Tourkin, 2401 Holiday Ranch Loop Rd, Park City, UT 84060-6835 |
| 32883033 | + | Steven C. Tourkin, Andre R. Weitzman, Equity House II, 410 Northway, Baltimore, MD. 21218-1115 |
| 32881564 | + | United States Trustee for Region Four, c/o Gerard R. Vetter, United States Department of Justice, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: adam@pikesvillelaw.com | Jul 31 2025 19:20:00 | Adam M. Freiman, 115 McHenry Ave., Suite B4, Baltimore, MD 21208 |

| District/off: 0416-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 31, 2025 | Form ID: 309A | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| tr | | EDI: BZGUTTMAN.COM | Jul 31 2025 23:10:00 | Zvi Guttman, c/o The Law Offices of Zvi Guttman, P.A., P. O. Box 32308, Baltimore, MD 21282-2308 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jul 31 2025 19:22:00 | American Express National Bank, c/o Zwicker & Assoicates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 32917107 | + | Email/Text: bkfilings@zwickerpc.com | Jul 31 2025 19:22:00 | American Express National Bank, Jason J. Giguere, Esq., ZWICKER & ASSOCIATES, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 4

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 02, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | aaron.casagrande@icemiller.com |
| Adam M. Freiman | adam@pikesvillelaw.com  r54650@notify.bestcase.com |
| Alan D. Eisler | aeisler@e-hlegal.com  mcghamilton@gmail.com |
| Andre' R Weitzman | aequityhouse@aol.com |
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Heather Kirkwood Yeung | hyeung@darslaw.com |
| Jason J. Giguere | jgiguere@zwickerpc.com  bknotices@zwickerpc.com |
| Jeffrey Greenberg | jgreenberg@rosenbergmartin.com  lfeigh@rosenbergmartin.com&gt, |
| Joshua D. Bradley | jbradley@rosenbergmartin.com  lfeigh@rosenbergmartin.com |
| Robert G. Shuster | rob@shusterlaw.com  courts@shusterlaw.com |
| Scott W. Foley | |

District/off: 0416-1　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Jul 31, 2025　　　　　　　　　　　Form ID: 309A　　　　　　　　　　　Total Noticed: 36

         swf@shapirosher.com  ajs@shapirosher.com,ens@shapirosher.com,blr@shapirosher.com,LAR@shapirosher.com

Zvi Guttman

         zguttman@gmail.com  zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 12

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Brandon Michael Chasen Sr** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2011 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | | Date case filed for chapter  **7   6/16/25** |
| Case number:   **25–15437 NVA**   Chapter:  **7** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov)..

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Brandon Michael Chasen Sr | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 13916 Green Branch Dr <br> Phoenix, MD 21131 | |
| 4. | **Debtor's attorney** <br> Name and address | Adam M. Freiman <br> 115 McHenry Ave. <br> Suite B4 <br> Baltimore, MD 21208 | Contact phone (410) 486–3500 <br> Email:  adam@pikesvillelaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Zvi Guttman <br> c/o The Law Offices of Zvi Guttman, P.A. <br> P. O. Box 32308 <br> Baltimore, MD 21282–2308 | Contact phone (410) 580–0500 <br> Email:  zguttman@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| Debtor **Brandon Michael Chasen Sr** | | Case number **25-15437** |
|---|---|---|

| | | |
|---|---|---|
| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br><br>Contact phone (410) 962-2688<br><br>Date: 7/31/25 |
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 28, 2025 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 341 341 2003, and Passcode 0341341341, OR call 1-667-406-0874**<br><br>**For additional meeting information, go to https://www.justice.gov/ust/moc** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/27/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court -- additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non-debtors) can register at ebn.uscourts.gov. | |