IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | | |
|---|---|---|
| In re: | ( | |
| | ( | |
| Brandon M. Chasen, Sr. | ( | Bankr. Case No.:25-15437-NVA |
| | ( | |
| Debtor(s) | ( | (Chapter 7) |
| | ( | |

**APPLICATION FOR AUTHORITY TO EMPLOY
COUNSEL FOR TRUSTEE
<u>(The Law Offices of Zvi Guttman, P.A.)</u>**

     Zvi Guttman, Trustee, applies for authority to employ counsel and, in support thereof, states:

     1.    This case was commenced by the filing of an involuntary petition for relief under Chapter 7 of the Bankruptcy Code on June 16, 2025. On July 11, 2025, the Debtor filed a Motion to Convert Involuntary Chapter 7 to Voluntary Chapter 7 [Dkt. 2]. That Motion was granted on July 29, 2025 [Dkt. 29].

     2.    Zvi Guttman has been appointed as the Chapter 7 trustee (the "Trustee").

     3.    Employment of counsel is necessary for the efficient administration of this case and to obtain maximum net recovery of assets for distribution to creditors. Up until shortly before the petition date, the Debtor held significant business interests across various ventures. (For additional information see the Application to Employ General Counsel filed in Case 25-12356.)

     4.    The Trustee is the principal of The Law Offices of Zvi Guttman, P.A. (the "Firm") and requests authority to employ himself and the Firm as counsel to perform such legal services as may be necessary or desirable in the administration of this case. The hourly rates for the attorneys and paralegals who will be providing services to the Trustee in this Chapter 7 case are $595.00/hr. for the services of Zvi Guttman, $250 - $400 for associates or contract labor, and $235.00/hr. for the services of paralegals. Fees are subject to annual adjustments.

     5.    Expenses incurred by the Firm on behalf of the Trustee, such as the cost of long distance calls, copying, facsimile transmissions, filing fees, messenger services,

etc. which the Firm would typically pass on to its clients are in addition to its fees and will be charged to the Trustee, as to in-house expenses, in accordance with the attached expense schedule, and as to outside costs, at cost.

      6.      The Firm and its staff (a) have no connection with the Debtor, the Trustee, creditors, or parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee (except that I am a panel trustee and I and the Firm represent me and other trustees in other cases) and (b) represent no interests adverse to the estate.  A Verified Statement is attached hereto.

      WHEREFORE, Zvi Guttman, Trustee, requests the entry of an order authorizing him to employ himself and The Law Offices of Zvi Guttman, P.A.,  as counsel to perform such legal services as may be necessary or desirable in the administration of this case at the rates set forth herein, payment to be subject to further order of the Court.

*/s/ Zvi Guttman*
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500 Phone
(410) 580-0700 Fax

## EXPENSE SCHEDULE

| | |
|---|---|
| In-house Photocopies | $ .20 pg |
| Outside Photocopies | Cost |
| Incoming Faxes | No Charge |
| Outgoing Faxes | No Charge |
| Westlaw Bankruptcy Research | $3.50/minute |
| Other Computer Services | Provider's Standard Rates |
| Long Distance Service | Cost |
| Messenger Service | Cost |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 6, 2025, a copy of the Application for Authority to Employ Counsel for Trustee was served 1st Class Mail on:

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

and via CM/ECF on:

Joshua D. Bradley    jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Aaron L. Casagrande    aaron.casagrande@icemiller.com
Alan D. Eisler    aeisler@e-hlegal.com, mcghamilton@gmail.com
Scott W. Foley    swf@shapirosher.com, ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
Adam M. Freiman    adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere    jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg    jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
Zvi Guttman    zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
Robert G. Shuster    rob@shusterlaw.com, courts@shusterlaw.com
Andre' R Weitzman    aequityhouse@aol.com
Heather Kirkwood Yeung    hyeung@darslaw.com

                                              */s/ Zvi Guttman*