Entered: August 19th, 2025
Signed: August 19th, 2025
**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| In re: | |
|---|---|
| Brandon M. Chasen, Sr. | Bankr. Case No.: 25-15437-NVA |
| Debtor(s) | (Chapter 7) |

## CONSENT ORDER ON MOTION FOR ENTRY OF CONSENT ORDER ON DEBTOR'S MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS

UPON CONSIDERATION of the Motion for Entry Of Consent Order on Debtor's Motion To Extend Time To File Schedules, Statement Of Financial Affairs, And Related Documents (the "Motion for Entry").

WHEREAS, the Court entered its Order Granting Motion to Convert Case to a Voluntary Chapter 7 [Dkt. 29], and issued a Notice of Deadline for Filing Missing Document [Dkt. 30], and a Notice of Missing Statement of Intent [Dkt. 31] setting deadlines for the filing of Schedules, Statements and related documents (collectively, the "Required Filings"),

WHEREAS, pending before this Court are the Debtor's Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Related Documents [Dkt. 42] and the Trustee's Response thereto [Dkt. 43], and

WHEREAS, the Trustee and the Debtor have come to an agreement resolving these matters, and

For good cause shown –.

NOW, THEREFORE, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Motion for Entry is granted, and it is

FURTHER ORDERED, that:

a. The 341 will commence on September 15, 2025, at 2:00 PM.

b. The time in which to file the Required Filings is extended to August 22, 2025.

c. Contemporaneously with making the Required Filings, the Debtor will send to each creditor and the United States Trustee a copy of the original Notice of Chapter 7 Bankruptcy Case [Dkt. 32], the Schedules D and/or E/F adding the creditor, a notice of the new meeting date and time, and file a certificate of service so stating,

d. Contemporaneously with or prior to making the Required Filings, the Debtor will deliver the documents required by 11 U.S.C. § 521 and Fed. Bankr. Rule 4002 to the Trustee, and

      i. Any yet undelivered W-2's, 1099's, or other supporting documents for the 2022 and 2023 tax returns.

      ii. Complete 2024 Returns when and as filed with all supporting documents as above.

      iii. At least 1 statement from each of the financial accounts identified in your email of August 10, 2025 (attached) showing the account holder, account number, financial institution name and contact information, and then balance.

      iv. Identification of the accounts not yet identified (Your Item 3) and at least 1 statement from each of those financial accounts showing the account

      holder, account number, financial institution name and contact information, and then balance.

    v. The backup for the proceeds from the liquidation of Debtor's retirement accounts. (i.e., final retirement account statement reflecting the account liquidation, accounting of funds since liquidation, titling of the account.

    vi. All documents supporting or relating to the transfer of 13916 Green Branch Drive, Phoenix, MD 21131 to Catherine Chasen as well as value and liens.

    vii. Titles and year, make, model of all vehicles; land, water, or air, owned or leased, directly or indirectly, presently or the past 2 years.  What entities held which vehicles and when, to whom, and how were they transferred?

    viii. At least 1 statement from each of the insurance policies identified in your email of August 10, 2025 showing the insured, beneficiary, CSV, Death Benefit, account number, insurance company name, and contact information.

    ix. Trust documents for children's trust and any other trust for which the debtor is a trustee, settlor, or beneficiary.

    x. A dated and signed Authorization as provided by the Trustee.

    xi. Complete the Trustee's Questionnaire.

    e. Debtor agrees to promptly file a consent extending the deadlines to file (i) an objection to discharge under 11 U.S.C. § 727, (ii) to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), (iii) a motion to dismiss under 11 U.S.C. § 707(b)(3), until December 31, 2025, and extending the deadline for the United States Trustee to file a Statement of Presumed Abuse under 11 U.S.C. § 704(b)(1)(A) until ten (10) days after conclusion of the meeting of creditors.

CONSENTED TO:

| | |
|---|---|
| /s/ Zvi Guttman | /s/ Adam M. Freiman |
| Zvi Guttman (06902) | Adam M. Freiman (23047) |
| The Law Offices of Zvi Guttman, P.A. | 115 McHenry Ave., Suite B4 |
| Post Office Box 32308 | Pikesville, Maryland  21208 |
| Baltimore, Maryland 21282 | adam@pikesvillelaw.com |
| Zvi@zviguttman.com | 410-486-3500 |
| (410) 580-0500 (Phone) | 410-630-8066 |
| (410) 580-0700 (Fax) | |
| **Counsel to the Trustee** | **Counsel to the Debtor** |

I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation submitted to the Court are identical to those set forth in the original consent order/stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order/stipulation.

 /s/ Zvi Guttman

**Suggested Distribution List**:

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

Brandon Michael Chasen, Sr.
13916 Green Branch Dr
Phoenix, MD 21131-1316

And by CM/ECF on:

Joshua D. Bradley     jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Aaron L. Casagrande     aaron.casagrande@icemiller.com
Darrell William Clark     darrell.clark@stinson.com, catherine.scott@stinson.com
Alan D. Eisler     aeisler@e-hlegal.com, mcghamilton@gmail.com
Scott W. Foley     swf@shapirosher.com, ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
Adam M. Freiman     adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere     jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg     jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
Zvi Guttman     zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Zvi Guttman     zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
Tracey Michelle Ohm     tracey.ohm@stinson.com, porsche.barnes@stinson.com
Robert G. Shuster     rob@shusterlaw.com, courts@shusterlaw.com
Andre' R Weitzman     aequityhouse@aol.com
Heather Kirkwood Yeung     hyeung@darslaw.com

**END OF ORDER**