| Fill in this information to identify your case: | |
|---|---|

Debtor 1 __Brandon M. Chasen, Sr.__
First Name   Middle Name   Last Name

Debtor 2
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number   __25-15437__
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B........................................ | $ 0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $ 564,120.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................... | $ 564,120.00 |

### Part 2:   Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... | $ 1,240,896.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 70,148,537.32 |
| **Your total liabilities** | $ 71,389,433.32 |

### Part 3:   Summarize Your Income and Expenses

| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $ 0.00 |
|---|---|
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $ 8,705.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1  **Brandon M. Chasen, Sr.**                    Case number *(if known)* **25-15437**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Brandon M. Chasen, Sr.** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | **25-15437** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☑ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>

   **$0.00**

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|
| 6. **Household goods and furnishings** <br> *Examples:* Major appliances, furniture, linens, china, kitchenware <br> ☐ No <br> ☑ Yes. Describe..... <br><br> living room set, dining room set, 3 bedroom sets, tables, chairs, lamps  Furnishings consistent with a 5,500 Square Foot House consisting of 5 Bedrooms and 5/5 Bathrooms. | **Unknown** |

| Debtor 1 | Brandon M. Chasen, Sr. | Case number *(if known)* | 25-15437 |
|---|---|---|---|

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| | |
|---|---|
| **5 TVs, 2 computer, printer, cell phone, stereo, speakers, cords, cables, remotes, chargers, small electronics, games, kitchen appliances** | **$5,000.00** |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes. Describe.....

| | |
|---|---|
| **books, pictures, knick knacks, wall art, small statues, decrotive arts** | **$5,000.00** |

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes. Describe.....

| | |
|---|---|
| **sports and hobby equipment, items to be taken to the gym, small weights, belts, bags, gloves, bats, balls, etc. Surfboard** | **$150.00** |
| **Pdcasting equipment, lights, etc.** | **$1,500.00** |

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| | |
|---|---|
| **Pants, shirts, suits, blouses, skirts, tops, hats, shoes, underwear, outerwear Designer suits, designer jackets, dress shoes, ties, pocket squares, etc.** | **$900.00** |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| | |
|---|---|
| **Costume jewelry consistent with gender. Non-precious metals and stones, unless otherwise indicated.** | **$350.00** |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes. Describe.....

Debtor 1  **Brandon M. Chasen, Sr.**                                    Case number *(if known)*  **25-15437**

14. **Any other personal and household items you did not already list, including any health aids you did not list**
- ■ No
- ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| |
|---|
| **$12,900.00** |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ■ No
- ☐ Yes.........................................................................................................

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
- ☐ No
- ■ Yes........................                Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking/savings (frozen)** | **United Bank** | **$68,000.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
- ☐ No
- ■ Yes.................                Institution or issuer name:

| | |
|---|---|
| **Fidelity Stock Trading account (garnished)** | **$14,000.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
- ☐ No
- ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Chasen Construction, LLC** | **50%** % | **$1.00** |
| **1702 Light Street, LLC** | **60** % | **$1.00** |
| **12 W. Montgomery Street, LLC** | **64%** % | **$1.00** |
| **415 St. Paul Place** | **80%** % | **$1.00** |
| **1719 Estern Ave., LLC** | **65%** % | **$1.00** |
| **Harbor Management Group, LLC** | **50** % | **$1.00** |
| **9 N. Howard Street, LLC** | **69.25** % | **$1.00** |

Debtor 1    **Brandon M. Chasen, Sr.**                                    Case number *(if known)*    **25-15437**

| | | | |
|---|---|---|---|
| **1617 Eastern Ave., LLC** | **65%** | % | **$1.00** |
| **CS 1122 N. Calvert, LLC** | **65** | % | **$1.00** |
| **CS 1511 Eastern Ave., LLC** | **65%** | % | **$1.00** |
| **CS 1709 Fleet Street, LLC** | **65%** | % | **$1.00** |
| **CS 211 St. Paul Place, LLC** | **60.06%** | % | **$1.00** |
| **CS 520 S. Caroline St., LLC** | **65%** | % | **$1.00** |
| **CS 421 South Broadway LLC** | **65%** | % | **$1.00** |
| **CS 500 S Bond Street, LLC** | **65%** | % | **$1.00** |
| **CC 115 E. Eagter St., LLC** | **65%** | % | **$1.00** |
| **CC 902 St. Paul St., LLC** | **65%** | % | **$1.00** |
| **CC  523 South Broadway, LLC** | **65%** | % | **$1.00** |
| **Chasen Acquisitions, LLC** | **50%** | % | **$1.00** |
| **CC 13 E. Read St., LLC** | **65%** | % | **$1.00** |
| **Chasen Holdings, LLC** | **65%** | % | **$1.00** |
| **CC Chateaus De Moutt Vernon, LLC** | **65%** | % | **$1.00** |
| **CC Washington House, LLC** | **65** | % | **$1.00** |
| **CC 300 Catherdral St., LLc** | **55.25** | % | **$1.00** |
| **CC 417-419 St. Paul Place, LLC** | **59.50** | % | **$1.00** |
| **CC Park Place, LLc** | **65%** | % | **$1.00** |
| **CC807 Park Ave., LLC** | **65%** | % | **$1.00** |
| **CC The Regency, LLC** | **65%** | % | **$1.00** |

Official Form 106A/B                    Schedule A/B: Property                    page 4

Debtor 1    **Brandon M. Chasen, Sr.**    Case number *(if known)*   25-15437

| | | |
|---|---|---|
| **CC 600 S. Caroline St., , LLC** | **65%** % | **$1.00** |
| **CC 1517 Eastern AVe., LLC** | **52.65** % | **$1.00** |
| **CC The Lyn, LLC** | **55.50** % | **$1.00** |
| **CC 417 St. Paul Place, LLC** | **63%** % | **$1.00** |
| **CC 1400 Aliceanna St., LLc** | **62.50** % | **$1.00** |
| **CC 311 Cathedral ST., LLC** | **58.50%** % | **$1.00** |
| **CC 201 E. Baltimore St., LLC** | **52.64%** % | **$1.00** |
| **CC 1005 North Charles St., LLc** | **65%** % | **$1.00** |
| **CC 816 Park Ave., LLC** | **65** % | **$1.00** |
| **CC 4000 Linkwood Road, LLc** | **57.20** % | **$1.00** |
| **CC 116 Princess Lona, LLC** | **50%** % | **$1.00** |
| **CC The Whitney, LLC** | **65%** % | **$1.00** |
| **CC 1720 St. Paul Street, LLc** | **53.75** % | **$1.00** |
| **CC 517 S. Broadway, LLc** | **53.75 %** % | **$1.00** |
| **CC The Bo, LLC** | **65%** % | **$1.00** |
| **CC 3522 Beech Ave., LLc** | **53.75%** % | **$1.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                Type of account:           Institution name:

Debtor 1    **Brandon M. Chasen, Sr.**                                    Case number *(if known)*    **25-15437**

| Debtor's Retirement account | Baker Donillson Law Firm | $283,000.00 |
|---|---|---|

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................                                        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|---|

28. **Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2023 tax refunds.  Filed tax returns, but refunds are still pending | Federal | $106,850.00 |
|---|---|---|
| 2023 tax refunds.  Return filed, refund pending | State | $19,325.00 |
| 2024 Tax Refunds | Combined | $1.00 |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

Debtor 1 **Brandon M. Chasen, Sr.**   Case number *(if known)* **25-15437**

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | Prudential Whole Life Policy #1 | Chasen Family Trust | $40,000.00 |
   | Prudential Life Insurance | Chasen Family Trust | $20,000.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................

   | |
   |---|
   | $551,220.00 |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
   If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

Debtor 1    **Brandon M. Chasen, Sr.**                                    Case number *(if known)*    **25-15437**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................    | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2** ...............................................................................................    **$0.00**

56. **Part 2: Total vehicles, line 5**                                    $0.00

57. **Part 3: Total personal and household items, line 15**    $12,900.00

58. **Part 4: Total financial assets, line 36**                     $551,220.00

59. **Part 5: Total business-related property, line 45**           $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61. **Part 7: Total other property not listed, line 54**    +    $0.00

62. **Total personal property.** Add lines 56 through 61...    $564,120.00    Copy personal property total    **$564,120.00**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    | **$564,120.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brandon M. Chasen, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | **25-15437** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **living room set, dining room set, 3 bedroom sets, tables, chairs, lamps Furnishings consistent with a 5,500 Square Foot House consisting of 5 Bedrooms and 5/5 Bathrooms.**<br>Line from *Schedule A/B*: **6.1** | **Unknown** | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) Sumy v. Schlossburg |
| **5 TVs, 2 computer, printer, cell phone, stereo, speakers, cords, cables, remotes, chargers, small electronics, games, kitchen appliances**<br>Line from *Schedule A/B*: **7.1** | **$5,000.00** | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **books, pictures, knick knacks, wall art, small statues, decrotive arts**<br>Line from *Schedule A/B*: **8.1** | **$5,000.00** | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **sports and hobby equipment, items to be taken to the gym, small weights, belts, bags, gloves, bats, balls, etc. Surfboard**<br>Line from *Schedule A/B*: **9.1** | **$150.00** | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  **Brandon M. Chasen, Sr.**                                Case number *(if known)*  **25-15437**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Pdcasting equipment, lights, etc.**<br>Line from *Schedule A/B*: **9.2** | $1,500.00 | ■  $1,500.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** |
| **Pants, shirts, suits, blouses, skirts, tops, hats, shoes, underwear, outerwear Designer suits, designer jackets, dress shoes, ties, pocket squares, etc.**<br>Line from *Schedule A/B*: **11.1** | $900.00 | ■  $900.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** |
| **Checking/savings (frozen): United Bank**<br>Line from *Schedule A/B*: **17.1** | $68,000.00 | ■  $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| **Chasen Construction, LLC 50%**<br>Line from *Schedule A/B*: **19.1** | $1.00 | ■  $1.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6)** |
| **1702 Light Street, LLC 60 % ownership**<br>Line from *Schedule A/B*: **19.2** | $1.00 | ■  $1.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6)** |
| **12 W. Montgomery Street, LLC 64%**<br>Line from *Schedule A/B*: **19.3** | $1.00 | ■  $1.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6)** |
| **415 St. Paul Place 80%**<br>Line from *Schedule A/B*: **19.4** | $1.00 | ■  $1.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6)** |
| **1719 Estern Ave., LLC 65%**<br>Line from *Schedule A/B*: **19.5** | $1.00 | ■  $1.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6)** |
| **Harbor Management Group, LLC 50 % ownership**<br>Line from *Schedule A/B*: **19.6** | $1.00 | ■  $1.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6)** |
| **9 N. Howard Street, LLC 69.25 % ownership**<br>Line from *Schedule A/B*: **19.7** | $1.00 | ■  $1.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6)** |
| **1617 Eastern Ave., LLC 65%**<br>Line from *Schedule A/B*: **19.8** | $1.00 | ■  $1.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6)** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Brandon M. Chasen, Sr.** | | Case number (if known) | **25-15437** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **CS 1122 N. Calvert, LLC**<br>**65 % ownership**<br>Line from *Schedule A/B*: **19.9** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6) |
| **CS 1511 Eastern Ave., LLC**<br>**65%**<br>Line from *Schedule A/B*: **19.10** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6) |
| **CS 1709 Fleet Street, LLC**<br>**65%**<br>Line from *Schedule A/B*: **19.11** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6) |
| **CS 211 St. Paul Place, LLC**<br>**60.06%**<br>Line from *Schedule A/B*: **19.12** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6) |
| **Debtor's Retirement account: Baker Donillson Law Firm**<br>Line from *Schedule A/B*: **21.1** | $283,000.00 | ■ $283,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) |
| **Federal: 2023 tax refunds.  Filed tax returns, but refunds are still pending**<br>Line from *Schedule A/B*: **28.1** | $106,850.00 | ■ $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **State: 2023 tax refunds.  Return filed, refund pending**<br>Line from *Schedule A/B*: **28.2** | $19,325.00 | ■ $20,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Combined: 2024 Tax Refunds**<br>Line from *Schedule A/B*: **28.3** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Prudential Whole Life Policy #1**<br>**Beneficiary: Chasen Family Trust**<br>Line from *Schedule A/B*: **31.1** | $40,000.00 | ■ $5,986.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6) |
| **Prudential Life Insurance**<br>**Beneficiary: Chasen Family Trust**<br>Line from *Schedule A/B*: **31.2** | $20,000.00 | ■ $3,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brandon M. Chasen, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 25-15437 |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.1 | **United Bank** | Describe the property that secures the claim: | $838,696.00 | Unknown | Unknown |
|---|---|---|---|---|---|

**2.1  United Bank**
Creditor's Name

**Attn: Bankruptcy
500 Virginia St E
Charleston, WV 26301**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

**Real Estate Mortgage**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| | | |
|---|---|---|
| Date debt was incurred | **Opened 12/18  Last Active 2/03/25** | Last 4 digits of account number  **2749** |

Column A: **$838,696.00**  Column B: **Unknown**  Column C: **Unknown**

Debtor 1   **Brandon M. Chasen, Sr.**

First Name   Middle Name   Last Name

Case number (if known)   **25-15437**

| 2.2 | **United Bank** | Describe the property that secures the claim: | **$402,200.00** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy**
**500 Virginia St E**
**Charleston, WV 26301**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **Credit Line Secured**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**   **Opened 07/20  Last Active 2/15/25**

**Last 4 digits of account number**   **0001**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,240,896.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,240,896.00** |

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[  ]   Name, Number, Street, City, State & Zip Code
**United Bank**
**500 Virginia St E**
**Charleston, WV 25392**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number ___

[  ]   Name, Number, Street, City, State & Zip Code
**United Bank**
**500 Virginia St E**
**Charleston, WV 25392**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brandon M. Chasen, Sr.** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | 25-15437 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Catherine Chasen** | Last 4 digits of account number ____ ____ ____ ____ | **Unknown** | **$0.00** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **13916 Green Branch Drive** | When was the debt incurred? _____ | | | |
| | **Phoenix, MD 21131** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt?** Check one. | | | | |
| | | ■ Contingent | | | |
| | ■ Debtor 1 only | | | | |
| | ☐ Debtor 2 only | ■ Unliquidated | | | |
| | ☐ Debtor 1 and Debtor 2 only | ■ Disputed | | | |
| | ☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ **Check if this claim is for a community debt** | ■ Domestic support obligations | | | |
| | **Is the claim subject to offset?** | ☐ Taxes and certain other debts you owe the government | | | |
| | ■ No | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ☐ Yes | ☐ Other. Specify _____ | | | |

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                    **Total claim**

Debtor 1    **Brandon M. Chasen, Sr.**          Case number (if known)    **25-15437**

---

**4.1**    **Adam Gottbertman**                    Last 4 digits of account number _____                **$500,000.00**
Nonpriority Creditor's Name
**230 Vesey St.**                               When was the debt incurred?    **7/14/2023**
**New York, NY 10080**
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                ■ Contingent
☐ Debtor 2 only                                ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               **Business debt/no admission of personal
                                               liability**

☐ Yes                                          ■ Other. Specify    **CC2125 Jackson Bluff Road, LLC**

---

**4.2**    **Adam Gottbertman**                    Last 4 digits of account number _____                **$300,000.00**
Nonpriority Creditor's Name
**230 Vesey St.**                               When was the debt incurred?    **4/19/2023**
**New York, NY 10080**
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                ■ Contingent
☐ Debtor 2 only                                ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               **Business debt/no admission of personal
                                               liability**

☐ Yes                                          ■ Other. Specify    **CC 3522 Beach Ave., LLC**

---

**4.3**    **Adam Stern**                          Last 4 digits of account number _____                **$250,000.00**
Nonpriority Creditor's Name
**9429 Harding Ave., Ste. 225**                 When was the debt incurred?    **12/7/2021**
**Miami Beach, FL 33154**
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                ■ Contingent
☐ Debtor 2 only                                ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               **Business debt no admission of personal
                                               liability**

☐ Yes                                          ■ Other. Specify    **CC 311 Cathedral**

---

Debtor 1  **Brandon M. Chasen, Sr.**                          Case number (if known)  **25-15437**

---

**4.4** | **ADKAT, LLC**
Nonpriority Creditor's Name
**7008 Deep Creek Court**
**Bethesda, MD 20817**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$250,000.00**

**When was the debt incurred?**  **7/14/2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify  **CC 2125 Jackson Bluff Road, LLC**

---

**4.5** | **Afram, Inc.**
Nonpriority Creditor's Name
**5450 REISTERSTOWN ROAD**
**Baltimore, MD 21215**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

☐ Other. Specify

---

**4.6** | **Alexander Frederic Berthan Revocable Tru**
Nonpriority Creditor's Name
**700 Lake Drive**
**West Palm Beach, FL 33422**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$1,000,000.00**

**When was the debt incurred?**  **6/1/2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify  **CC 600 S. Caroline**

---

Debtor 1  **Brandon M. Chasen, Sr.**                    Case number (if known)  **25-15437**

---

**4.7** | **Alexandra Gerard**

Nonpriority Creditor's Name

**700 Lake Drive**
**Boca Raton, FL 33432**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify   **CC 2125 Jackson Bluff Road, LLC**

---

**4.8** | **American Express**

Nonpriority Creditor's Name

**POB 1270**
**Newark, NJ 07101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debt no admission of personal liability**

■ Other. Specify

---

**4.9** | **Anne Davis**

Nonpriority Creditor's Name

**11109 Piney Meetinghouse Rd.**
**Potomac, MD 20854**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$900,000.00**

When was the debt incurred?   **2/1/2021**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify   **CC 601 S. Broadway, LLC**

---

Debtor 1  **Brandon M. Chasen, Sr.**                                    Case number (if known)  **25-15437**

---

**4.10**

**Assurant**

Nonpriority Creditor's Name
**c/o Jeffrey Greenberg, Esquire**
**25 S. Charles St.**
**21st Floor**
**Baltimore, MD 21201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt/no admission of personal liability**

---

**4.11**

**Avocado Isle Capital, LLc**

Nonpriority Creditor's Name
**2711 Centerville Rd.**
**Suite 400**
**Wilmington, DE 19808**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$150,000.00**

**When was the debt incurred?**    **4/13/2025**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify    **CC 3522 Beach Ave., LLC**

---

Debtor 1  **Brandon M. Chasen, Sr.**          Case number (if known)  **25-15437**

---

**4.12**

**Barry and Lyn Chasen**
Nonpriority Creditor's Name
**15299 Vintage Oaks Lane**
**Elray Beach, FL**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$500,007.44**

**When was the debt incurred?**  **7/8/2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify  **CC 419 St. Paul Place**

---

**4.13**

**Bridger Thomas**
Nonpriority Creditor's Name
**2795 E. Cottonwood Parkway**
**Suite 600**
**Salt Lake City, UT 84115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$20,000.00**

**When was the debt incurred?**  **6/14/2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt no admission of personal liablity**

■ Other. Specify  **CC 6000 S. Caroline**

---

Debtor 1   **Brandon M. Chasen, Sr.**                                    Case number (if known)   **25-15437**

---

**4.1 4**

**BTM Investment Holdings, LLC**                     Last 4 digits of account number _____                      **$1,800,000.00**
Nonpriority Creditor's Name
**2795 E. Cottonwood Parkway**                       When was the debt incurred?   **6/15/2022**
**Suite 600**
**Salt Lake City, UT 84115**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                      ■ Contingent
☐ Debtor 2 only                                      ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     **Business debt no admission of personal liability**

☐ Yes                                                ■ Other. Specify   **CC 600S.  Caroline**

---

**4.1 5**

**Capital LIghting and Supply**                      Last 4 digits of account number _____                      **Unknown**
Nonpriority Creditor's Name
**c/o Robert J. Schuster, Esquire**                  When was the debt incurred?   _____
**12850 MIDDLEBROOK ROAD**
**SUITE 225**
**Germantown, MD 20874**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                      ■ Contingent
☐ Debtor 2 only                                      ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     **Business debt/no admission of personal**
☐ Yes                                                ■ Other. Specify   **liability**

---

Debtor 1  **Brandon M. Chasen, Sr.**    Case number (if known)  **25-15437**

---

**4.16**

**Caplan Bros. Inc.**
Nonpriority Creditor's Name
**700 W. HAMBURG ST**
**Baltimore, MD 21230**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt/no admission of personal liability**

---

**4.17**

**Dan Waldman**
Nonpriority Creditor's Name
**201 W. 90th St.**
**New York, NY 10024**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$55,000.00**

When was the debt incurred?  **12/21/2021**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt/no admission of personal liability**  **CC 311 Cathedral**

---

**4.18**

**David L. Cohen Revocable Trust**
Nonpriority Creditor's Name
**232 Bears Club Drive**
**Jupiter, FL 33477**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$550,000.00**

When was the debt incurred?  **10/1/2022**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt/no admission of personal liability**  **CC 115 E. Eager St., LLC**

---

Debtor 1  **Brandon M. Chasen, Sr.**                    Case number (if known)  **25-15437**

---

**4.19**

**David L. Cohen Revocable Trust**
Nonpriority Creditor's Name
**338 s. bEACH rD.**
**Hobe Sound, FL 33455**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $1,200,000.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt no admission of personal liability**

☐ Other. Specify  **CS 211 St. Paul Place, LLC**

---

**4.20**

**DON BOWMAN FURNITURE REPAIR**
Nonpriority Creditor's Name
**1494 Gensa Drive**
**Hanover, MD 21076**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business debt/no admission of personal liability**

---

**4.21**

**Dugue Construction**
Nonpriority Creditor's Name
**11000 Brokenland Parkway**
**Suite 600**
**Columbia, MD 21044**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **business debt no admission of personal liability**

---

Debtor 1  Brandon M. Chasen, Sr.                                    Case number (if known)    25-15437

---

**4.22**

**Edwin Bradley**
Nonpriority Creditor's Name
**600 Wood Glenn Court**
**Lutherville Timonium, MD 21093**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                $500,000.00

**When was the debt incurred?**    **11/4/2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify   **CC 1400 Aliceanna**

---

**4.23**

**Essex Financial**
Nonpriority Creditor's Name
**2000 S Colorado Blvd**
**Bldg 2 | Suite 300**
**Denver, CO 80222**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify

---

Debtor 1  **Brandon M. Chasen, Sr.**

Case number (if known)  **25-15437**

---

**4.2 4**

**Family Pension 401K**

Last 4 digits of account number _____

$6,750,000.00

Nonpriority Creditor's Name
**150 E. Palmetto Suite 404**
**Boca Raton, FL 33432**

When was the debt incurred?  **3/14/2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

☐ Yes

■ Other. Specify  **CC 1 Plaza**

---

**4.2 5**

**Family Pension 401K**

Last 4 digits of account number _____

$1,250,000.00

Nonpriority Creditor's Name
**150 E. Palmetto Suite 404**
**Boca Raton, FL 33432**

When was the debt incurred?  **7/14/2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

☐ Yes

■ Other. Specify  **CC 2125 Jackson Bluff Road, LLC**

---

Debtor 1  Brandon M. Chasen, Sr.                                    Case number (if known)    25-15437

---

**4.26**

**Family Pension 401K**
Nonpriority Creditor's Name
**150 E. Palmetto Suite 404**
**Boca Raton, FL 33432**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No



☐ Yes

Last 4 digits of account number _____          $2,750,000.00

**When was the debt incurred?**   12/19/2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify   **CC The Brooks, LLC**

---

**4.27**

**Family Pension 401K**
Nonpriority Creditor's Name
**150 E. Palmetto Suite 404**
**Boca Raton, FL 33432**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No



☐ Yes

Last 4 digits of account number _____          $2,500,000.00

**When was the debt incurred?**   12/19/2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify   **CC The Bo, LLC**

---

Debtor 1  **Brandon M. Chasen, Sr.**

Case number (if known)  **25-15437**

---

**4.2 8**

**Family Pension Corp. 401K**
Nonpriority Creditor's Name
**c/o Ice Miller**
**100 Light St.**
**#1350**
**Baltimore, MD 21202**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____

$6,750,000.00

When was the debt incurred?  **4/13/2023**

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**business debt no admission of personal liability**

☐ Other. Specify  **CC 1 Plaza**

---

**4.2 9**

**Ferguson Enterprises**
Nonpriority Creditor's Name
**13890 Lowe Street**
**Chantilly, VA 20151**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____

Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **business debt/no admission of personal liability**

---

**4.3 0**

**First National Bank of Pennsyvania**
Nonpriority Creditor's Name
**300 East Lombard Street**
**Baltimore, MD 21202**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____

Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Business debt/no admission of personal liability**

---

Debtor 1  **Brandon M. Chasen, Sr.**                                    Case number (if known)   **25-15437**

---

| 4.3 1 | **Flaum-Lieberman Trust** | Last 4 digits of account number _____ | **$650,000.00** |

Nonpriority Creditor's Name
**325 Amber Way**
**Menlo Park, CA 94025**
Number Street City State Zip Code

When was the debt incurred?   **7/24/2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **CC 1517 Eastern Ave.**

---

| 4.3 2 | **Four Kids Investment Fund, LLc** | Last 4 digits of account number _____ | **$1,000,000.00** |

Nonpriority Creditor's Name
**5825 Windsor Court**
**Boca Raton, FL 33496**
Number Street City State Zip Code

When was the debt incurred?   **8/13/2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **CC 300 Cathedral**

---

Debtor 1  **Brandon M. Chasen, Sr.**                              Case number (if known)  **25-15437**

---

**4.3 3**

**Four Kids Investment Fund, LLC**

Nonpriority Creditor's Name
**5825 Windsor Court**
**Boca Raton, FL 33496**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____          $3,250,000.00

When was the debt incurred?  **3/14/2022**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
**buisness debt no admission of personal liability**
■ Other. Specify  **CC 1 Plaza**

---

**4.3 4**

**Four Kids Investment Fund, LLc**

Nonpriority Creditor's Name
**5825 Windsor Court**
**Boca Raton, FL 33496**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____          $1,000,000.00

When was the debt incurred?  **7/14/2025**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
**Business debt/no admission of personal liability**
■ Other. Specify  **CC 2125 Jackson Bluff Road, LLC**

---

**4.3 5**

**H&H Capital**

Nonpriority Creditor's Name
**463 Adams St.**
**Denver, CO 80206**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____          $450,000.00

When was the debt incurred?  **4/13/2023**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
**Business debt/no admission of personal liability**
■ Other. Specify

---

Debtor 1  **Brandon M. Chasen, Sr.**                    Case number (if known)  **25-15437**

---

**4.36**

**Harford County, Maryland**
Nonpriority Creditor's Name
**220 S. Main St.**
**Bel Air, MD 21014**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____              **Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt/no admission of personal liability**

---

**4.37**

**Jacob Honig**
Nonpriority Creditor's Name
**150 E. Palmetto Park Rd., Ste. 404**
**Boca Raton, FL 33432**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____              **$10,000,000.00**

When was the debt incurred?  **4/13/2025**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify  **CC 3522 Beach Ave., LLC**

---

Debtor 1    **Brandon M. Chasen, Sr.**                                    Case number (if known)    **25-15437**

---

**4.3 8**    **Jacob Honig 2019 Irrecvocable Trust**    Last 4 digits of account number _____    $1,000,000.00

Nonpriority Creditor's Name
**150 E. Palmetto Park Rd., Ste. 404**    When was the debt incurred? _____
**Boca Raton, FL 33432**
Number Street City State Zip Code    **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only    ■ Contingent
☐ Debtor 2 only    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only    ■ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
    **Business debt/no admission of personal liability**
☐ Yes    ■ Other. Specify    **CC 3522 Beach Ave., LLC**

---

**4.3 9**    **Jared Grindle**    Last 4 digits of account number _____    Unknown

Nonpriority Creditor's Name
**1228 Mt. Pleasant Drive**    When was the debt incurred? _____
**Annapolis, MD 21409**
Number Street City State Zip Code    **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only    ■ Contingent
☐ Debtor 2 only    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only    ■ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
    **Business debt/no admission of personal liability**
☐ Yes    ■ Other. Specify

---

**4.4 0**    **Jeffrey Lichy**    Last 4 digits of account number _____    $55,000.00

Nonpriority Creditor's Name
**2000 Riveredge Pkwy**    When was the debt incurred?    **4/15/2021**
**Atlanta, GA 30328**
Number Street City State Zip Code    **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only    ■ Contingent
☐ Debtor 2 only    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only    ■ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
    **Business debt no admission of personal liability**
☐ Yes    ■ Other. Specify    **CS 211 St. Paul Place, LLC**

---

Debtor 1  **Brandon M. Chasen, Sr.**          Case number (if known)  **25-15437**

---

**4.4
1**

**Keith Flaum**
Nonpriority Creditor's Name
**Flaum Liberman Trust**
**325 Amber Way**
**Menlo Park, CA 94025**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt no admission of personal liability**

---

**4.4
2**

**Lilycap Note Purchaser, LLC**
Nonpriority Creditor's Name
**300 E. Lombard St.**
**Baltimore, MD 21202**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt/no admission of personal liability**

---

**4.4
3**

**Mark Gross**
Nonpriority Creditor's Name
**4829 fAIRMONT aVE., #200**
**Bethesda, MD 20814**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$100,000.00**

When was the debt incurred?  **7/7/2021**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt no admission of personal liability**
**CC 419 St. Paul Place**

---

Debtor 1  __Brandon M. Chasen, Sr.__                          Case number (if known)  __25-15437__

---

**4.4 4**

**Mike Manders**
Nonpriority Creditor's Name
**12280 Wilkins Ave., Suite 201**
**Rockville, MD 20852**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **$500,000.00**

**When was the debt incurred?**  __6/15/2023__

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt no admission of personal liability**

■ Other. Specify  __CC 600 S. Caroline__

---

**4.4 5**

**Nelson Gerard**
Nonpriority Creditor's Name
**700**
**Lake Drive**
**Boca Raton, FL 33432**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **$500,000.00**

**When was the debt incurred?**  __7/14/2023__

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify  __CC 2125 Jackson Bluff Road, LLC__

---

Official Form 106 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page 19 of 32

Debtor 1  **Brandon M. Chasen, Sr.**                                    Case number (if known)  **25-15437**

---

**4.46**

**Nelson Gerard**

Nonpriority Creditor's Name

**700 Lake Drive**
**Boca Raton, FL 33432**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$250,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify  **CC 2125 Jackson Bluff Road, LLC**

---

**4.47**

**Nelson Gerard (Alexandra Trust)**

Nonpriority Creditor's Name

**700**
**Lake Drive**
**Boca Raton, FL 33432**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$250,000.00**

**When was the debt incurred?**  **7/14/2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify  **CC 2125 Jackson Bluff Road, LLC**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 20 of 32

Debtor 1  **Brandon M. Chasen, Sr.**                                Case number (if known)   **25-15437**

---

| 4.4 8 | **Nelson Gerard TTEE Ima Gross 2009** | Last 4 digits of account number _____ | **$250,000.00** |

Nonpriority Creditor's Name
**700**
**Lake Drive**
**Boca Raton, FL 33432**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt/no admission of personal liability**
**CC 2125 Jackson Bluff Road, LLC**

---

| 4.4 9 | **Nelson Gerard TTEEE Ima Gross** | Last 4 digits of account number _____ | **$1,000,000.00** |

Nonpriority Creditor's Name
**700 Lake Drive**
**Boca Raton, FL 33432**
Number Street City State Zip Code

**When was the debt incurred?**  **4/13/2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt/no admission of personal liability**
**CC 2125 Jackson Bluff Road, LLC**

---

Debtor 1   **Brandon M. Chasen, Sr.**                           Case number (if known)   **25-15437**

---

**4.50**

**Orrstown Bank**
Nonpriority Creditor's Name
**2695 Philadelphia Avenue**
**Chamberburg, PA 17201**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt/no admission of personal liability**

---

**4.51**

**Paul Davis**
Nonpriority Creditor's Name
**5911 Ryland Drive**
**Bethesda, MD 20817**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt no admission of personal liability**

---

**4.52**

**PR Giv, LLC**
Nonpriority Creditor's Name
**1 Research Court**
**Suite 450**
**Rockville, MD 20850**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                    **$300,000.00**

When was the debt incurred?   **11/18/2023**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**business debt no admission of personal liability**

■ Other. Specify   **Mount Vernon Collective 2**

---

Debtor 1  **Brandon M. Chasen, Sr.**                          Case number (if known)  **25-15437**

---

| 4.5 3 | **Protective Commercial Mortgage** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**2801 Highway 280 Sout**
**Birmingham, AL 35223**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **business debt no admission of personal liability**

---

| 4.5 4 | **Red Bridge Financial** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**175 Greenwich St**
**3 World Trade Center, 38th Floor**
**New York, NY 10007**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt/no admission of personal liability**

---

| 4.5 5 | **Renee JHonig 2019 Irrevocable Truste DTD** | Last 4 digits of account number | **$5,125,000.00** |

Nonpriority Creditor's Name
**5825 Windsor Court**
**Boca Raton, FL 33496**
Number Street City State Zip Code

When was the debt incurred?  **8/13/2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify  **300 Cathedral**

---

Debtor 1  **Brandon M. Chasen, Sr.**                                   Case number (if known)    **25-15437**

---

| 4.5 6 | **Renee JHonig 2019 Irrevocable Truste DTD** |
|---|---|

Nonpriority Creditor's Name
**5825 Windsor Court**
**Boca Raton, FL 33496**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$5,000,000.00**

**When was the debt incurred?**    **1/4/2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt no admission of personal liability**

■ Other. Specify    **CC 1400 Aliceanna**

---

| 4.5 7 | **Renee JHonig 2019 Irrevocable Truste DTD** |
|---|---|

Nonpriority Creditor's Name
**5825 Windsor Court**
**Boca Raton, FL 33496**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$1,000,000.00**

**When was the debt incurred?**    **7/14/2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**business debt only no admission of personal liability**

■ Other. Specify    **CC 2125 Jackson Bluff Road, LLC**

---

Debtor 1   **Brandon M. Chasen, Sr.**                                    Case number (if known)   **25-15437**

---

**4.58**

**Sandy Spring Bank**
Nonpriority Creditor's Name
**6831 Benjamin Franklin Drive**
**Columbia, MD 21046**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Bsuiness debt/no admission of personal liability**

---

**4.59**

**SFO Ventures, LLC**
Nonpriority Creditor's Name
**41100 Rosemary Street**
**Chevy Chase, MD 20815**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$6,160,000.00**

When was the debt incurred?   **12/15/2021**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt no admissionof personal liability**   **CC 1400 Aliceanna**

---

**4.60**

**SFO Ventures, LLC**
Nonpriority Creditor's Name
**41100 Rosemary Street**
**Chevy Chase, MD 20815**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$1,000,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **business debt no admission of personal liability**   **CC 600 S. Caroline**

---

Debtor 1  **Brandon M. Chasen, Sr.**                                    Case number (if known)  **25-15437**

---

| 4.6 1 | **Southland Insulators of Maryland, Inc.** | Last 4 digits of account number | | $276,029.88 |

Nonpriority Creditor's Name
**C/O NCS**
**729 minor Road**
**Cleveland, OH 44143**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **no admission of personal liability/business debt**

---

| 4.6 2 | **SSMC GST Trust** | Last 4 digits of account number | | $1,000,000.00 |

Nonpriority Creditor's Name
**399 Park Avbe.**
**New York, NY 10022**

Number Street City State Zip Code

When was the debt incurred?  **11/29/2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify  **CC 600 S. Caroline**

---

Debtor 1  **Brandon M. Chasen, Sr.**                    Case number (if known)   **25-15437**

---

| 4.6 3 | |
|---|---|

**Stan Corp.**

Nonpriority Creditor's Name

**c/o McEwen Gisvold llp**
**1600 Standard Plaza, 1100 S.W.**
**Sixth Ave**
**Portland, OR 97204**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt/no admission of personal liability**

---

| 4.6 4 | |
|---|---|

**Standard Insurance**

Nonpriority Creditor's Name

**c/o Scott Foley, Esquire**
**Shapiro Sher**
**250 W. Pratt St., #2000**
**Baltimore, MD 21201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt no admission of personal liability**

---

Debtor 1  **Brandon M. Chasen, Sr.**                    Case number (if known)  **25-15437**

| 4.6 5 | **Stetson Capital Investments, Inc.** | Last 4 digits of account number _____ | **$150,000.00** |

Nonpriority Creditor's Name

**811 SE 26th Ave.**
**Fort Lauderdale, FL 33301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred?  **4/13/2023**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify  **CC 3522 Beach Ave., LLC**

---

| 4.6 6 | **Steven C. and Heather Tourkin** | Last 4 digits of account number _____ | **$182,500.00** |

Nonpriority Creditor's Name

**Equity House II**
**410 Northway**
**Baltimore, MD 21218**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred?  **6/30/2021**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**business debt no admission of personal liability**

■ Other. Specify  **CS 211 St. Paul Place, LLC**

---

Debtor 1  **Brandon M. Chasen, Sr.**                          Case number (if known)  **25-15437**

---

| | |
|---|---|
| 4.6 7 | |

**Steven C. Tourkin**

Nonpriority Creditor's Name

**Equity House II**
**410 Northway**
**Baltimore, MD 21218**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  _____        $650,000.00

When was the debt incurred?   **4/15/2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify  **CS 211 St. Paul Place, LLC**

---

| | |
|---|---|
| 4.6 8 | |

**STJ, LLC**

Nonpriority Creditor's Name

**5911 Ryland Drive**
**Bethesda, MD 20817**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  _____        **Unknown**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**business debt no admission of personal liabiity**

■ Other. Specify

---

| | |
|---|---|
| 4.6 9 | |

**Supplies Unlimited, Inc.**

Nonpriority Creditor's Name

**2201 Halethorpe Farms Road**
**Halethorpe, MD 21227**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  _____        **Unknown**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debt/no admission of personal liability**

■ Other. Specify

---

Debtor 1   **Brandon M. Chasen, Sr.**                                 Case number (if known)   **25-15437**

---

**4.70**

**The Gerard Family Subchapter S**
Nonpriority Creditor's Name
**700 Lake Drive**
**Boca Raton, FL 33496**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____                          **$125,000.00**

**When was the debt incurred?**   **7/14/2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
**Business debt/no admission of personal liability**
■ Other. Specify   **CC 2125 Jackson Bluff Road, LLC**

---

**4.71**

**Tierra Stetson**
Nonpriority Creditor's Name
**811 SE 26th Ave.**
**Fort Lauderdale, FL 33301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____                          **$875,000.00**

**When was the debt incurred?**   **8/16/2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
**Business debt/no admission of personal liability**
■ Other. Specify   **CCc 300 Catherdral**

---

Debtor 1    **Brandon M. Chasen, Sr.**                              Case number (if known)    **25-15437**

---

| 4.7 2 | **Tom Clute** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**399 Park Ave.**
**New York, NY 10022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$75,000.00**

**When was the debt incurred?**    **12/15/2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt/no admission of personal liability**
                    **CC 1400 Aliceanna**

---

| 4.7 3 | **Waste Management of Maryland, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**625 Cherrington Parkway**
**Coraopolis, PA 15108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt/no admission of personal liability**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Jeffrey Martin**
**Martin Law Group**
**8065 Leesburg Pike**
**Suite 750**
**Vienna, VA 22182**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Richard Burch, Esquire**
**222 Bosley Ave Suite A1**
**Towson, MD 21204**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Scott Robinson**
**11350 McCormick Rd.**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1  **Brandon M. Chasen, Sr.**                                  Case number (if known)  **25-15437**

**Executive Plaza II, Suite 601**
**Hunt Valley, MD 21031**

Last 4 digits of account number

Name and Address                          On which entry in Part 1 or Part 2 did you list the original creditor?
**Steven C. Tourkin**                     Line **4.67** of (Check one):
**2401 Holiday Ranch Loop Rd.**                                ☐ Part 1: Creditors with Priority Unsecured Claims
**Park City, UT 84060**                                        ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  | Total Claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations**    6a. | $    0.00 |
|  | 6b. **Taxes and certain other debts you owe the government**    6b. | $    0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated**    6c. | $    0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here.    6d. | $    0.00 |
|  | 6e. **Total Priority.** Add lines 6a through 6d.    6e. | $    0.00 |

|  |  | Total Claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans**    6f. | $    0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**    6g. | $    0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts**    6h. | $    0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.    6i. | $    70,148,537.32 |
|  | 6j. **Total Nonpriority.** Add lines 6f through 6i.    6j. | $    70,148,537.32 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brandon M. Chasen, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | **25-15437** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 <br> Name <br><br> Number     Street <br><br> City          State      ZIP Code | |
| 2.2 <br> Name <br><br> Number     Street <br><br> City          State      ZIP Code | |
| 2.3 <br> Name <br><br> Number     Street <br><br> City          State      ZIP Code | |
| 2.4 <br> Name <br><br> Number     Street <br><br> City          State      ZIP Code | |
| 2.5 <br> Name <br><br> Number     Street <br><br> City          State      ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brandon M. Chasen, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | **25-15437** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>**Afram, Inc.** |
| 3.2   **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>**Capital LIghting and Supply** |
| 3.3   **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>**Caplan Bros. Inc.** |

Debtor 1  **Brandon M. Chasen, Sr.**                                        Case number *(if known)*  **25-15437**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.20__<br>☐ Schedule G _____<br>**DON BOWMAN FURNITURE REPAIR** |
| 3.5  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**Essex Financial** |
| 3.6  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Ferguson Enterprises** |
| 3.7  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**First National Bank of Pennsyvania** |
| 3.8  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Harford County, Maryland** |
| 3.9  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**Jared Grindle** |
| 3.10  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**Lilycap Note Purchaser, LLC** |
| 3.11  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Orrstown Bank** |

Debtor 1   **Brandon M. Chasen, Sr.**                    Case number *(if known)*   **25-15437**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.51**___<br>☐ Schedule G _____<br>**Paul Davis** |
| 3.13 **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.54**___<br>☐ Schedule G _____<br>**Red Bridge Financial** |
| 3.14 **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.58**___<br>☐ Schedule G _____<br>**Sandy Spring Bank** |
| 3.15 **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.61**___<br>☐ Schedule G _____<br>**Southland Insulators of Maryland, Inc.** |
| 3.16 **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.63**___<br>☐ Schedule G _____<br>**Stan Corp.** |
| 3.17 **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.67**___<br>☐ Schedule G _____<br>**Steven C. Tourkin** |
| 3.18 **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.69**___<br>☐ Schedule G _____<br>**Supplies Unlimited, Inc.** |
| 3.19 **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.73**___<br>☐ Schedule G _____<br>**Waste Management of Maryland, Inc.** |

Debtor 1  **Brandon M. Chasen, Sr.**

Case number *(if known)*  **25-15437**

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20  **Paul Davis**<br>5911 Ryland Dr.<br>Bethesda, MD 20817 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Dugue Construction** |
| 3.21  **Paul Davis**<br>5911 Ryland Dr.<br>Bethesda, MD 20817 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Family Pension Corp. 401K** |
| 3.22  **Paul Davis**<br>5911 Ryland Dr.<br>Bethesda, MD 20817 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Assurant** |
| 3.23  **Paul Davis**<br>5911 Ryland Dr.<br>Bethesda, MD 20817 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**American Express** |
| 3.24  **Paul Davis**<br>5911 Ryland Dr.<br>Bethesda, MD 20817 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.52__<br>☐ Schedule G _____<br>**PR Giv, LLC** |
| 3.25  **Paul Davis**<br>5911 Ryland Dr.<br>Bethesda, MD 20817 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**Keith Flaum** |
| 3.26  **Paul Davis**<br>5911 Ryland Dr.<br>Bethesda, MD 20817 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Adam Stern** |
| 3.27  **Paul Davis**<br>5911 Ryland Dr.<br>Bethesda, MD 20817 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**SFO Ventures, LLC** |

Debtor 1  **Brandon M. Chasen, Sr.**                          Case number *(if known)*  **25-15437**

███  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.28  **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.13**__
☐ Schedule G _____
**Bridger Thomas**

3.29  **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.14**__
☐ Schedule G _____
**BTM Investment Holdings, LLC**

3.30  **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.40**__
☐ Schedule G _____
**Jeffrey Lichy**

3.31  **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.1**__
☐ Schedule G _____
**Adam Gottbertman**

3.32  **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.4**__
☐ Schedule G _____
**ADKAT, LLC**

3.33  **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.6**__
☐ Schedule G _____
**Alexander Frederic Berthan Revocable Tru**

3.34  **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.7**__
☐ Schedule G _____
**Alexandra Gerard**

3.35  **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.9**__
☐ Schedule G _____
**Anne Davis**

Debtor 1  **Brandon M. Chasen, Sr.**

Case number *(if known)*  **25-15437**

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.36  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.11**__<br>☐ Schedule G _____<br>**Avocado Isle Capital, LLc** |
| 3.37  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.12**__<br>☐ Schedule G _____<br>**Barry and Lyn Chasen** |
| 3.38  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Dan Waldman** |
| 3.39  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.18**__<br>☐ Schedule G _____<br>**David L. Cohen Revocable Trust** |
| 3.40  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**David L. Cohen Revocable Trust** |
| 3.41  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.22**__<br>☐ Schedule G _____<br>**Edwin Bradley** |
| 3.42  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.24**__<br>☐ Schedule G _____<br>**Family Pension 401K** |
| 3.43  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**Four Kids Investment Fund, LLc** |

Debtor 1   **Brandon M. Chasen, Sr.**                                    Case number *(if known)*   **25-15437**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.44  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.35**___<br>☐ Schedule G _____<br>**H&H Capital** |
| 3.45  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.38**___<br>☐ Schedule G _____<br>**Jacob Honig 2019 Irrecvocable Trust** |
| 3.46  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.43**___<br>☐ Schedule G _____<br>**Mark Gross** |
| 3.47  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.44**___<br>☐ Schedule G _____<br>**Mike Manders** |
| 3.48  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.45**___<br>☐ Schedule G _____<br>**Nelson Gerard** |
| 3.49  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.48**___<br>☐ Schedule G _____<br>**Nelson Gerard TTEE Ima Gross 2009** |
| 3.50  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.55**___<br>☐ Schedule G _____<br>**Renee JHonig 2019 Irrevocable Truste DTD** |
| 3.51  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.62**___<br>☐ Schedule G _____<br>**SSMC GST Trust** |

Debtor 1  **Brandon M. Chasen, Sr.**                                    Case number *(if known)*  **25-15437**

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.64___<br>☐ Schedule G _____<br>**Standard Insurance** |
| 3.53  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>**Stetson Capital Investments, Inc.** |
| 3.54  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>**The Gerard Family Subchapter S** |
| 3.55  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>**Tierra Stetson** |
| 3.56  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>**Tom Clute** |
| 3.57  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>**Steven C. and Heather Tourkin** |
| 3.58  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>**Four Kids Investment Fund, LLc** |
| 3.59  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>**SFO Ventures, LLC** |

Debtor 1    **Brandon M. Chasen, Sr.**                                            Case number *(if known)*   **25-15437**

<table>
<tr><td>■</td><td colspan="2"><b>Additional Page to List More Codebtors</b></td></tr>
<tr><td></td><td><i>Column 1:</i> <b>Your codebtor</b></td><td><i>Column 2:</i> <b>The creditor to whom you owe the debt</b><br>Check all schedules that apply:</td></tr>
</table>

3.60    **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.57**___
☐ Schedule G _____
**Renee JHonig 2019 Irrevocable Truste DTD**

3.61    **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.34**___
☐ Schedule G _____
**Four Kids Investment Fund, LLc**

3.62    **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.46**___
☐ Schedule G _____
**Nelson Gerard**

3.63    **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.49**___
☐ Schedule G _____
**Nelson Gerard TTEEE Ima Gross**

3.64    **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Adam Gottbertman**

3.65    **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.37**___
☐ Schedule G _____
**Jacob Honig**

3.66    **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.31**___
☐ Schedule G _____
**Flaum-Lieberman Trust**

3.67    **Paul Davis**
**5911 Ryland Dr.**
**Bethesda, MD 20817**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.68**___
☐ Schedule G _____
**STJ, LLC**

Debtor 1  **Brandon M. Chasen, Sr.**                                    Case number *(if known)*  **25-15437**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.68  **Paul Davis**<br>**5911 Ryland Dr.**<br>**Bethesda, MD 20817** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**Protective Commercial Mortgage** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Brandon M. Chasen, Sr.** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (If known) | **25-15437** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | **unemplyed** | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $ _____ 0.00 | $ _____ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ _____ 0.00 | +$ _____ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ _____ 0.00 | $ _____ 0.00 |

| Debtor 1 | **Brandon M. Chasen, Sr.** | Case number (*if known*) | **25-15437** |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here ................................................................ | 4. | | $ 0.00 | $ 0.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00

**8.** List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00

8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00

8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00

8e. **Social Security** | 8e. | $ 0.00 | $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: | 8f. | $ 0.00 | $ 0.00

8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00

8h. **Other monthly income. Specify:** _____ | 8h.+ | $ 0.00 + | $ 0.00

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00

**10.** Calculate monthly income. Add line 7 + line 9. | 10. | $ 0.00 + $ 0.00 = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ | 11. +$ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 0.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1      **Brandon M. Chasen, Sr.**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number    **25-15437**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
　☐ No
　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 5 | ■ No ☐ Yes |
| Son | 8 | ■ No ☐ Yes |
| Son | 10 | ■ No ☐ Yes |
| Son | 12 | ■ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.  $ 0.00

If not included in line 4:

4a.  Real estate taxes    4a.  $ 0.00
4b.  Property, homeowner's, or renter's insurance    4b.  $ 0.00
4c.  Home maintenance, repair, and upkeep expenses    4c.  $ 0.00
4d.  Homeowner's association or condominium dues    4d.  $ 0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans    5.  $ 0.00

Debtor 1   **Brandon M. Chasen, Sr.**                                      Case number (if known)   **25-15437**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b.    Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 265.00 |
| | 6d.    Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 400.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 75.00 |
| 10. | **Personal care products and services** | 10. $ | 125.00 |
| 11. | **Medical and dental expenses** | 11. $ | 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. <br> Do not include car payments. | 12. $ | 225.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 65.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** <br> Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.    Life insurance | 15a. $ | 0.00 |
| | 15b.    Health insurance | 15b. $ | 0.00 |
| | 15c.    Vehicle insurance | 15c. $ | 0.00 |
| | 15d.    Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. <br> Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.    Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.    Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.    Other. Specify: | 17c. $ | 0.00 |
| | 17d.    Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. $ | 7,500.00 |
| 19. | **Other payments you make to support others who do not live with you.** <br> Specify: | 19. $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.    Mortgages on other property | 20a. $ | 0.00 |
| | 20b.    Real estate taxes | 20b. $ | 0.00 |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.    Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 8,705.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 8,705.00 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 0.00 |
| | 23b.   Copy your monthly expenses from line 22c above. | 23b. -$ | 8,705.00 |
| | 23c.   Subtract your monthly expenses from your monthly income. <br> The result is your monthly net income. | 23c. $ | -8,705.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.     Explain here:

**Fill in this information to identify your case:**

Debtor 1  **Brandon M. Chasen, Sr.**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number  **25-15437**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Brandon M. Chasen, Sr.**                    X _____
**Brandon M. Chasen, Sr.**                          Signature of Debtor 2
Signature of Debtor 1

Date  **August 22, 2025**                            Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brandon M. Chasen, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | 25-15437 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

   ☑ Married
   ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **18555 COLLINS AVE**<br>**North Miami Beach, FL 33160** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **13916 GREEN BRANCH DR,**<br>**Phoenix, MD 21131** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **300 International Drive**<br>**Unit 2601**<br>**Baltimore, MD 21202** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **4304 Saint Paul Street**<br>**Baltimore, MD 21218** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   **Brandon M. Chasen, Sr.**                                    Case number *(if known)*   25-15437

| Part 2 | Explain the Sources of Your Income |

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | ■ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | ■ Wages, commissions, bonuses, tips | $527,834.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

■ No.     Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                     Case number (*if known*)    25-15437

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☐ No
    ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Catherine Chasen 13916 Green Branch Drive Phoenix, MD 21131** | **2023-2025** | **Unknown** | **$0.00** | **Support for spouse and 4 children** |

8.    **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.    **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

| Debtor 1 | Brandon M. Chasen, Sr. | | Case number (*if known*) | 25-15437 |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Case Number** | | | ☐ Pending |
| **Name** | | | ☐ On appeal |
| **Date of Birth** | | | ☐ Concluded |
| **Party Type** | | | |
| **Court** | | | |
| **Case Type** | | | |
| **Case Status** | | | |
| **Filing Date** | | | |
| **Case Caption** | | | |
| **C15CV24006645** | | | |
| **Chasen, Brandon M. Sr.** | | | |
| **Defendant** | | | |
| **Montgomery County Circuit Court** | | | |
| **Confessed Judgment** | | | |
| **Reopened** | | | |
| **12/16/2024** | | | |
| **First National Bank of Pennsylvania vs. CC 1400 Aliceanna Street LLC, et al.** | | | |
| **C15JG24009411** | | | |
| **Chasen, Brandon** | | | |
| **Defendant** | | | |
| **Montgomery County Circuit Court** | | | |
| **Judgment - Other Court** | | | |
| **Reopened** | | | |
| **12/10/2024** | | | |
| **Sandy Spring Bank vs. C** | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

Debtor 1    **Brandon M. Chasen, Sr.**    Case number *(if known)*    **25-15437**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Santander Comsumer USA**<br>**POB 105255**<br>**Atlanta, GA 30348** | **2023 Rolls Royce Cullinan**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **1/2025** | **Unknown** |
| **Santander Comsumer USA**<br>**POB 105255**<br>**Atlanta, GA 30348** | **Ferarri F8**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **1/2025** | **Unknown** |
| **Grasshopper Bank** | **2008 115' Technomar Grasshopper**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **7/2025** | **Unknown** |
| **Sandy Springs Bank**<br>**17801 Georgia Avenue**<br>**Olney, MD 20832** | **Bank account at United Bank**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **unkown** | **$0.00** |
| **Sandy Springs Bank**<br>**17801 Georgia Avenue**<br>**Olney, MD 20832** | **Fidelity Investment account**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **unkown** | **$14,000.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

Debtor 1    **Brandon M. Chasen, Sr.**                                          Case number *(if known)*    **25-15437**

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **The Minor Children of the Debtor**<br><br>Person's relationship to you: | **Debtor has given his minor children items and purchases which would qualify as those things necesssary and reasonable for the health, safety and welfare of said children.  While those things would not qualify as "gifts", the Debtor has also purchased and given to his children items with a value in excess of $600 per child (birthday gifts, holiday gifts, school rewards, etc.) so in an abundance of caution is disclosing it here.** | **6/2023-6-2025** | **Unknown** |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Various Recipients** | **Debtor was philanthropic when his circumstances permitted him to do so.** | **2023-2025** | **Unknown** |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1    **Brandon M. Chasen, Sr.**                                    Case number *(if known)*   **25-15437**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Adam M. Freiman<br>115 McHenry Ave., Suite B-4<br>Pikesville, MD 21208<br>Beker Donelson law firm paid utilizing Debtor's funds** | **Debtor used proceeds from the liquidation of his exempt 401K which were held in Escrow and transferred to Counsel** | **June 26, 2025** | **$50,000.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Adam M. Freiman<br>115 McHenry Ave., Suite B-4<br>Pikesville, MD 21208** | **Counsel was paid to represent Chasen Construction, and related entities in December, 2024.  Included in Counsel's representation was work performed on behalf of Chasen Constrution and related entities, Brandon Chasen personally, and Paul Davis, personally. This amount does not include services rendered in the bankruptcy case. Approximately 50% of the fee was utilized representing Chasen business entities, Approximately 50% of the fee was utilized representing the partners each individually.** | **12/2024** | **$50,000.00** |

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Catherine Chasen<br>13916 Green Branch Drive<br>Phoenix, MD 21131<br><br>Wife** | **13916 Green Branch Drive Phoenix, MD  21131** | **None** | **4/23/2024** |
| **Catherine Chasen<br>13916 Green Branch Drive<br>Phoenix, MD 21131<br><br>Wife** | **12201 White Stree Ocean City, MD** | **None** | **11/2024** |

Debtor 1    **Brandon M. Chasen, Sr.**                                          Case number *(if known)*    **25-15437**

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    **Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| **Part 9:** | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| **Part 10:** | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                         Case number (*if known*)    **25-15437**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:** Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| **1702 Light Street, LLC**<br>**12 W MONTGOMERY ST**<br>**Baltimore, MD 21230** | **owned and operated rentail property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    **81-4174321**<br><br>From-To  **10/19/2016** | |
| **12 W. Montgomery Street, LLC**<br>**12 Montgomery Street**<br>**Baltimore, MD 21230** | **Own and operate Rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    **82-3500266**<br><br>From-To  **11/27/2017-** | |

Debtor 1   **Brandon M. Chasen, Sr.**                                Case number (*if known*)   **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Chasen Construction, LLC**<br>**12 Montgomery St.**<br>**Baltimore, MD 21230** | **construction and development**<br>**company**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    **82-2767722**<br><br>From-To    **1/1/2018-** |
| **4 St. Paul Place, LLC**<br>**1511 EASTERN AVE**<br>**Baltimore, MD 21230** | **Owns and operates rental proper**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    **82-4442365**<br><br>From-To    **2/16/2018-** |
| **Chasen Properties, LLC**<br>**12 W MONTGOMERY ST**<br>**Baltimore, MD 21230** | **Owns and poperates rental**<br>**property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    **82-2912334**<br><br>From-To    **4/30/18-** |
| **1719 Esatern Ave., LLC**<br>**12 Montgomery St.**<br>**Baltimore, MD 21230** | **Owns and operates rental**<br>**properties**<br><br>**MMICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    **83-0753144**<br><br>From-To    **6/4/2018-** |
| **Harbor Management Group, LLC**<br>**1511 EASTERN AVENUE**<br>**Baltimore, MD 21230** | **Property Management**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    **83-1448046**<br><br>From-To    **8/3/2018** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                                    Case number (*if known*)    **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **1742 Fleet Street, LLC**<br>**12 W. Montgomery St.**<br>**Baltimore, MD 21230** | **Owns and operates rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     83-1982021<br><br>From-To   9/21/2018- |
| **9 N. Howard St., LLC**<br>**12 W. Montgomery St.**<br>**Baltimore, MD 21230** | **Owns and operates rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     82-13890<br><br>From-To   10/24/2018-current |
| **1617 Eastern Ave, LLC**<br>**1511 EASTERN AVENUE**<br>**Baltimore, MD 21231** | **Owns and operates rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     83-3691151<br><br>From-To   2/22/2019- |
| **1122 N. Calvert< LLc**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns and operates rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     84-1817208<br><br>From-To   5/29/2019- |
| **CS 1511 Eastern Ave., LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns and operates rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     84-2692081<br><br>From-To   8/12/2019 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                  Case number *(if known)*   **25-15437**

| Business Name<br>Address<br><sub>(Number, Street, City, State and ZIP Code)</sub> | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CS 1709 Fleet Street, LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns and operates rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    **84-2533573**<br><br>From-To   **8/16/2019-** |
| **CS 211 St. Paul Place, LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns and operates rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    **84-2521817**<br><br>From-To   **10-01-2019-** |
| **CS 520 S/. Caroline St., LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21211** | **Rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    **85-1384056**<br><br>From-To   **12/3/2019-** |
| **CS 421 South Broadway**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    **84-4012914**<br><br>From-To   **12/18/2019** |
| **CS 500 S. Bond Street, LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental property**<br><br>**MMICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    **85-4012914**<br><br>From-To   **6/11/2020** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   **Brandon M. Chasen, Sr.**                                      Case number (*if known*)   **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 115 E. Eager St., LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental properoty**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:   **85-2580702**<br><br>From-To   **8/18/2020-** |
| **CC 902 St. Paul St., LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental proeprty**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:   **85-2711019**<br><br>From-To   **8/26/2020** |
| **CC 601 South Broadway, LLc**<br>**1511 Esatern Ave.**<br>**Baltimore, MD 21231** | **Owns rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:   **85-3030015**<br><br>From-To   **9/16/2020-** |
| **Chasen Acquisitions, LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Pass through entity**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:   **85-4133166**<br><br>From-To   **12/3/2020** |
| **CC 13 E. Read St., LLC**<br>**1511 Esatern Ave.**<br>**Baltimore, MD 21231** | **Owna ewnrL preoperty**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:   **86-1215864**<br><br>From-To   **1/5/2021-** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                    Case number (*if known*)    25-15437

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 13 E. Read St., LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    86-1215846<br><br>From-To    1/5/2021 |
| **Chasen Holdings**<br>**1511 Esatern Ave.**<br>**Baltimore, MD 21231** | **Pass though entity**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    86-1379490<br><br>From-To    1/12/2021- |
| **CC Chateaus De Mount Vernaon,**<br>**LLC**<br>**1511Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    86-3140354<br><br>From-To    4/8/2021- |
| **CC Washington House, LLC**<br>**1511 Estern Ave.**<br>**Baltimore, MD 21231** | **Owns Rental proporty**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    86-3521482<br><br>From-To    4/2/2021- |
| **CC 300 cathedral Street, LLC**<br>**1511 Eastern AVe.**<br>**Baltimore, MD 21231** | **Owns rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:    86-3664158<br><br>From-To    4/28/2021- |

Debtor 1    **Brandon M. Chasen, Sr.**                                          Case number *(if known)*   **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 417-419 St. Paul Place, LLC**<br>**1511 Eastern AVe.**<br>**Baltimore, MD 21231** | **Owns Rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **87-1195295**<br><br>From-To   **6/1/2021** |
| **CC Park Place, LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **87-1433489**<br><br>From-To   **6/29/2021** |
| **CC807 Park AVe., LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **86-1244874**<br><br>From-To   **1/6/2021-** |
| **CC 840 Park, LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **85-4372418**<br><br>From-To   **12/21/2020** |
| **3522 Beech Ave., LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental proeprty**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **93-1701992**<br><br>From-To   **6/5/2023-** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                        Case number (*if known*)   **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **600 S. Caroline St., LLc**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental proeprty**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **87-1861527**<br><br>**From-To**  **7/26/2021-** |
| **CC 1517 Eastern AVe., LLC**<br>**1511 Easstern Ave.**<br>**21231** | **Owns retnal property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **87-1865679**<br><br>**From-To**  **7/26/2021-** |
| **CC The Lyn, LLc**<br>**1511 EAsrtern AVe.**<br>**Baltimore, MD 21231** | **Owns rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **87-1968600**<br><br>**From-To**  **8/2/2021** |
| **CC 417 St, Paul PLace, LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **87-3084767**<br><br>**From-To**  **9/22/2021-** |
| **CC Bo LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **owns rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services,**<br>**Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 21286** | EIN:     **92-3886446**<br><br>**From-To**  **3/29/2023-** |

| Debtor 1 | Brandon M. Chasen, Sr. | Case number (*if known*) | 25-15437 |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| CC 2202 West Pensacola St;, LLc<br>1511 Eastern Ave.<br>Baltimore, MD 21231 | Owns rental property<br><br>MICHELLE MCLOUGHLIN<br>04/29/2025 P02018570<br>M&M Consulting & Tax Services, Inc<br>85-3376316<br>(443)962-3407<br>0.<br>0.<br>0.<br>0.<br>0.<br>0.<br>2,700.<br>2,700.<br>3,150.<br>3,150.<br>109,550.<br>No<br>6,400.<br>6,400.<br>106,850.<br>106,850.<br>100,000.<br>2 E Joppa Rd Towson MD 21286<br>BAA REV 09/17/24 PRO | EIN:    88-40637666<br><br>From-To    9/7/2022 |
| CC 116 Princess Lona, LLc<br>1511 Eastern Ave.<br>Baltimore, MD 21231 | Boat ownership and rental<br><br>MICHELLE MCLOUGHLIN<br>M&M Consulting & Tax Services, Inc<br>85-3376316<br>(443)962-3407<br>2 E Joppa Rd T<br>Towson MD 2128 | EIN:    88-4084464<br><br>From-To    9/8/2022- |
| The Whitney, LLC<br>1511 Eastern Ave.<br>Baltimore, MD 21231 | Owns rental property<br><br>MICHELLE MCLOUGHLIN<br>M&M Consulting & Tax Services, Inc<br>85-3376316<br>(443)962-3407<br>2 E Joppa Rd T<br>Towson MD 2128 | EIN:    92-0425126<br><br>From-To    9/22/22- |
| 600 S. Caroline, LLC<br>1511 Eastern Ave.<br>Baltimore, MD 21231 | Owns rentalperty<br><br>MICHELLE MCLOUGHLIN<br>M&M Consulting & Tax Services, Inc<br>85-3376316<br>(443)962-3407<br>2 E Joppa Rd T<br>Towson MD 2128 | EIN:<br><br>From-To |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                                     Case number *(if known)*    **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 1720 St. Paul St., LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental proeprty**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **92-0980249**<br><br>From-To  **11/9/2022** |
| **CC 517 S. Broadway, LLc**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns Rental Property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **92-0372194**<br><br>From-To  **9/20/2022-** |
| **CC 201 East Baltimore St., LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **87-4208488**<br><br>From-To  **1/2/2022-** |
| **CC 1005 North Charles St., LLc**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns Rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **88-1070368**<br><br>From-To  **3/7/2022-** |
| **CC 816 Park Ave., LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **owns rental proeprty**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | EIN:     **88-1083872**<br><br>From-To  **3/8/2022** |

Debtor 1   **Brandon M. Chasen, Sr.**                     Case number (*if known*)   **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **FS 2603, LLC**<br>**1511 Easrtern Ave.**<br>**Baltimore, MD 21231** | **owns rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | **EIN:**   **88-2996771**<br><br>**From-To**   **6/26/2022** |
| **CC 4000Linkwood Rd., LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental proeprty**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | **EIN:**   **88-3517234**<br><br>**From-To**   **8/2/2022-** |
| **FS 2601, LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **Owns rental proeprty**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | **EIN:**   **87-2786455**<br><br>**From-To**   **9/23/2021** |
| **CC 1400 Aliceanna Street, LLC**<br>**5811 Eastern Ave.**<br>**Baltimore, MD 21231** | **owns Rental property**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | **EIN:**   **87-2840618**<br><br>**From-To**   **9/28/2021-** |
| **CC 311 Cathedral Street, LLC**<br>**1511 Eastern Ave.**<br>**Baltimore, MD 21231** | **owns rental proeprty**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)962-3407**<br>**2 E Joppa Rd T**<br>**Towson MD 2128** | **EIN:**   **87-3375461**<br><br>**From-To**   **11/1/2021-** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐  **No**
■  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

Debtor 1   **Brandon M. Chasen, Sr.**                                      Case number *(if known)*   **25-15437**

| **Name**<br>**Address**<br>(Number, Street, City, State and ZIP Code) | **Date Issued** |
|---|---|

**United Bank**
**Attn: Bankruptcy**
**500 Virginia St E**
**Charleston, WV 26301**

**First National Bank of PA**
**One North Shore Cent**
**Pittsburgh, PA 15212**

**Sandy Springs Bank**
**17801 Georgia Avenue**
**Olney, MD 20832**

**Red Bridge Financial**
**175 Greenwich St**
**3 World Trade Center, 38th Floor**
**New York, NY 10007**

**Stan Corp.**
**c/o McEwen Gisvold llp**
**1600 Standard Plaza, 1100 S.W.**
**Sixth Ave**
**Portland, OR 97204**

**Arrowmark Partners**
**100 Fillmore St.,**
**325**
**Denver, CO 80206**

---

**Part 12:**  Sign Below

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Brandon M. Chasen, Sr.**

**Brandon M. Chasen, Sr.**                                      **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **August 22, 2025**                                      Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7:**    **Liquidation**

|  |  |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + |  $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + |  $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
### District of Maryland

In re  **Brandon M. Chasen, Sr.**

                                              Debtor(s)

Case No.    **25-15437**

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **August 22, 2025**

**/s/ Brandon M. Chasen, Sr.**

**Brandon M. Chasen, Sr.**

Signature of Debtor