**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | Case Number 25-15437 |
| Brandon M. Chasen, Sr., | * | Chapter 7 |
| | * | |
| Debtor(s). | * | |

*   *   *   *   *   *   *

**NOTICE OF CONTINUED BANKRUPTCY CODE**
**SECTION 341 MEETING OF CREDITORS**

**PLEASE TAKE NOTICE:** The initial Bankruptcy Code Section 341 Meeting of Creditors for the above-captioned case, originally scheduled for (date) at August 28, 2025 at 2 PM has been continued **to September 15, 2025 at 2 PM.** The continued meeting will be conducted at the Office of the U.S. Trustee, 101 W. Lombard Street, Suite 2650, Baltimore, Maryland 21201.

As required by Bankruptcy Rule 5071-1(3)(C) copies of the foregoing Notice of Continued Bankruptcy Code Section 341Meeting of Creditors and the Consent Motion Pursuant to Local Bankruptcy Rule 5071-1(d) to Extend Deadlines as Condition for Postponement of Bankruptcy Rule Section 341 Meeting of Creditors and Proposed Order have been sent first class mail, postage prepaid to all creditors on the attached mailing matrix, the Trustee and the Office of the United Stated Trustee this 22nd day of August 20_25_ which is at least seven (7) days in advance of the rescheduled meeting.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2025_, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice will be served electronically by the Court's CM/ECF system on the following:

Joshua D. Bradley jbradley@rosenbergmartin.com,
lfeigh@rosenbergmartin.com
Aaron L. Casagrande aaron.casagrande@icemiller.com

Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com
Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com
Scott W. Foley swf@shapirosher.com,
ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
Adam M. Freiman adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com
Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com
Andre' R Weitzman aequityhouse@aol.com
Heather Kirkwood Yeung hyeung@darslaw.com

I HEREBY FURTHER CERTIFY that on the August 22, 2025 a copy of the Notice was also mailed first class mail, postage prepaid to:
All Parties to the attached mailing matrix.
And
Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
Respectfully submitted,


By:/s/ Adam M. Freiman
Adam M. Freiman 23047
115 McHenry Ave, Suite B4
Pikesville, MD 21208
adam@pikesvillelaw.com