IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| In re: | |
| | Case Number: 25-15437-NVA |
| Brandon M. Chasen, Sr., | Chapter 7 |
| Debtor(s). | |

**CONSENT MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 5071-1(d) TO EXTEND DEADLINES AS CONDITION FOR POSTPONEMENT OF BANKRUPTCY RULE SECTION 341 MEETING OF CREDITORS**

The above-captioned Debtor(s) has requested a postponement of the Bankruptcy Code Section 341 Meeting of Creditors in accordance with Local Bankruptcy Rule 5071-1(d).

As required by Bankruptcy Rule 5071-1(d)(3)(B), this Court is hereby requested to extend deadlines as follows:

(i) the right of any party to object to a discharge as provided by Section 727(c)(1) of the Bankruptcy Code, and the right to file a complaint to determine the dischargeability of a debt under Section 523(c) of the Bankruptcy Code, until December 31, 2025;

(ii) the right of any party to file a motion to dismiss the bankruptcy case pursuant to Section 707(b)(3) of the Bankruptcy Code until December 31, 2025;

(iii) the right of the Office of the United States Trustee to file a Statement of Presumed Abuse under Section 704(b)(1)(A) of the Bankruptcy Code until ten (10) days after the conclusion of the rescheduled meeting of creditors.

In compliance with Local Bankruptcy Rule 5071-1(d)(3)(C), notice of the Consent Motion shall be served on all parties on the matrix, the Trustee and the Office of the United States Trustee by first-class mail or CM/ECF, together with a notice of the new meeting and time of the Bankruptcy Code Section 341 Meeting of Creditors at least seven days in advance of the rescheduled meeting.

WHEREFORE, the Debtor(s) respectfully request(s) that this Court enter an order extending such deadlines as indicated above.

Respectfully submitted,

Date:_8/22/2025

By:/s/ Adam M. Freiman
Adam M. Freiman 23047
115 McHenry Ave, Suite B4
Pikesville, MD  21208
adam@pikesvillelaw.com
410-486-3500
Counsel to Debtor Brandon Chasen, Sr.

**CONSENTED TO BY:**

Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500 (Phone)

I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation
submitted to the Court are identical to those set forth in the original consent
order/stipulation; and the signatures represented by the
/s/_____ on this copy
reference the signatures of consenting parties on the original consent order/stipulation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2025_, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Consent Motion Pursuant to Local Bankruptcy Rule 5071-1(d) to Extend Deadlines as Condition for Postponement of Bankruptcy Rule Section 341 Meeting of Creditors will be served electronically by the Court's CM/ECF system on the following:
Joshua D. Bradley jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Aaron L. Casagrande aaron.casagrande@icemiller.com
Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com
Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com
Scott W. Foley swf@shapirosher.com, ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
Adam M. Freiman adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com
Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com
Andre' R Weitzman aequityhouse@aol.com
Heather Kirkwood Yeung hyeung@darslaw.com


     I HEREBY FURTHER CERTIFY that on the August 22, 2025 a copy of the Consent Motion Pursuant to Local Bankruptcy Rule 5071-1(d) to Extend Deadlines as Condition for Postponement of Bankruptcy Rule Section 341 Meeting of Creditors was also mailed first class mail, postage prepaid to:

All Parties to the attached mailing matrix.
And

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
Respectfully submitted,


By:/s/ Adam M. Freiman
Adam M. Freiman 23047
115 McHenry Ave, Suite B4
Pikesville, MD 21208
adam@pikesvillelaw.com

410-486-3500
Counsel to Debtor Brandon Chasen, S