United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-15437-NVA |
| Brandon M. Chasen, Sr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 26, 2025 | Form ID: pdfall | Total Noticed: 96 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon M. Chasen, Sr., 4304 St. Paul St., Baltimore, MD 21218-1021 |
| intp | + | Assurant, Inc., Rosenberg Martin Greenberg, LLP, 25 S. Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Capital Lighting & Supply, LLC D/B/A Capital Elect, 12850 Middlebrook Road, Suite 225, Germantown, MD 20874, UNITED STATES 20874-5279 |
| cr | + | Family Pension Corp. 401(k) Plan and Trust, ICE MILLER LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| cr | + | PR GIV, LLC, c/o Anthony Bobulinski, 1959 Calle Loiza # 6397, San Juan, PR 00914-1420 |
| cr | | StanCorp Mortgage Investors, LLC, 19225 Tanasbourne Drive, Hillsboro, OR 97124 |
| cr | + | Steven C Tourkin, 2401 Holiday Ranch Road, Park City, UT 84060-6835 |
| cr | + | United Bank, 374 Maple Ave. East, Attn. Gaile S. Binder, Vienna, VA 22180-4718 |
| 32937978 | + | ADKAT, LLC, 7008 Deep Creek Court, Bethesda, MD 20817-2958 |
| 32937976 | + | Adam Gottbertman, 230 Vesey St., New York, NY 10281-1027 |
| 32937977 | + | Adam Stern, 9429 Harding Ave., Ste. 225, Miami Beach, FL 33154-2803 |
| 32937979 | + | Afram, Inc., 5450 REISTERSTOWN ROAD, Baltimore, MD 21215-4435 |
| 32937980 | | Alexander Frederic Berthan Revocable Tru, 700 Lake Drive, West Palm Beach, FL 33422 |
| 32937981 | + | Alexandra Gerard, 700 Lake Drive, Boca Raton, FL 33432-6227 |
| 32937983 | + | Anne Davis, 11109 Piney Meetinghouse Rd., Potomac, MD 20854-1314 |
| 32937984 | + | Assurant, c/o Jeffrey Greenberg, Esquire, 25 S. Charles St., 21st Floor, Baltimore, MD 21201-3322 |
| 32905263 | + | Assurant, Inc., Jeffrey S. Greenberg,, Rosenberg Martin Greenberg, LLP, 25 S. Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| 32937985 | + | Avocado Isle Capital, LLc, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808-1645 |
| 32937988 | + | BTM Investment Holdings, LLC, 2795 E. Cottonwood Parkway, Suite 600, Salt Lake City, UT 84121-7094 |
| 32937986 | | Barry and Lyn Chasen, 15299 Vintage Oaks Lane, Elray Beach, FL |
| 32937987 | + | Bridger Thomas, 2795 E. Cottonwood Parkway, Suite 600, Salt Lake City, UT 84121-7094 |
| 32937989 | + | Capital LIghting and Supply, c/o Robert J. Schuster, Esquire, 12850 MIDDLEBROOK ROAD, SUITE 225, Germantown, MD 20874-5279 |
| 32889409 | + | Capital Lighting & Supply, LLC, D/B/A Capital Electric., Robert G. Shuster, LLC, 12850 Middlebrook Road, Suite 225 Germantown, MD 20874-5279 |
| 32937990 | + | Caplan Bros. Inc., 700 W. HAMBURG ST, Baltimore, MD 21230-2595 |
| 32937991 | + | Catherine Chasen, 13916 Green Branch Drive, Phoenix, MD 21131-1316 |
| 32938004 | + | DON BOWMAN FURNITURE REPAIR, 1494 Gensa Drive, Hanover, MD 21076-1648 |
| 32937992 | | Dan Waldman, 201 W. 90th St., New York, NY 10024 |
| 32937993 | + | David L. Cohen Revocable Trust, 232 Bears Club Drive, Jupiter, FL 33477-4202 |
| 32938003 | + | David L. Cohen Revocable Trust, 338 s. bEACH rD., Hobe Sound, FL 33455-2606 |
| 32938005 | + | Dugue Construction, 11000 Brokenland Parkway, Suite 600, Columbia, MD 21044-3534 |
| 32896368 | + | Duque Construction, LLC, Davis, Agnor, Rapaport, & Skalny, LLC, 11000 Broken Land Parkway, Suite 600, Columbia, Maryland 21044-3534 |
| 32938006 | + | Edwin Bradley, 600 Wood Glenn Court, Lutherville Timonium, MD 21093-7005 |
| 32938007 | + | Essex Financial, 2000 S Colorado Blvd, Bldg 2, Suite 300, Denver, CO 80222-7940 |
| 32938008 | | Family Pension 401K, 150 E. Palmetto Suite 404, Boca Raton, FL 33432 |
| 32881547 | + | Family Pension Corp. 401(k) Plan, c/o Aaron L. Casagrande, ICE MILLER LLP, 100 Light Street, Suite 1350, Baltimore, Maryland 21202-1216 |
| 32938009 | + | Family Pension Corp. 401K, c/o Ice Miller, 100 Light St., #1350, Baltimore, MD 21202-1216 |
| 32938010 | + | Ferguson Enterprises, 13890 Lowe Street, Chantilly, VA 20151-3277 |
| 32938013 | + | Flaum-Lieberman Trust, 325 Amber Way, Menlo Park, CA 94025-5801 |
| 32881550 | + | Four Kids Investment Fund, LLC, c/o Aaron L. Casagrande, ICE MILLER LLP, 100 Light Street, Suite 1350, Baltimore, Maryland 21202-1216 |
| 32938014 | + | Four Kids Investment Fund, LLc, 5825 Windsor Court, Boca Raton, FL 33496-2764 |
| 32938015 | + | H&H Capital, 463 Adams St., Denver, CO 80206-4410 |
| 32883034 | + | Heather Tourkin, Andre R. Weitzman, Equity House II, 410 Northway, Baltimore, MD. 21218-1115 |
| 32938045 | | Hunt Valley, MD 21031, SFO Ventures, LLC, 41100 Rosemary Street, Chevy Chase, MD 20815 |
| 32938017 | + | Jacob Honig, 150 E. Palmetto Park Rd., Ste. 404, Boca Raton, FL 33432-4848 |

| District/off: 0416-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: pdfall | Total Noticed: 96 |

| | | |
|---|---|---|
| 32881561 | + | Jacob Honig, c/o Aaron L. Casagrande, ICE MILLER LLP, 100 Light Street, Suite 1350, Baltimore, Maryland 21202-1216 |
| 32938018 | + | Jacob Honig 2019 Irrecvocable Trust, 150 E. Palmetto Park Rd., Ste. 404, Boca Raton, FL 33432-4848 |
| 32938019 | + | Jared Grindle, 1228 Mt. Pleasant Drive, Annapolis, MD 21409-5212 |
| 32938020 | + | Jeffrey Lichy, 2000 Riveredge Pkwy, Atlanta, GA 30328-4694 |
| 32938021 | + | Jeffrey Martin, Martin Law Group, 8065 Leesburg Pike, Suite 750, Vienna, VA 22182-2702 |
| 32881747 | + | Jonathan Honig, as Tr for the Renee, Honig 2019 Irrev Trust Agrmt U/A DTD 09/, c/o Aaron L. Casagrande, ICE MILLER LLP, 100 Light Street, Suite 1350 Baltimore, Maryland 21202-1216 |
| 32938023 | + | Keith Flaum, Flaum Liberman Trust, 325 Amber Way, Menlo Park, CA 94025-5801 |
| 32938024 | + | Lilycap Note Purchaser, LLC, 300 E. Lombard St., Baltimore, MD 21202-3219 |
| 32938025 | + | Mark Gross, 4829 Fairmont Ave., #200, Bethesda, MD 20814-6097 |
| 32938026 | + | Mike Manders, 12280 Wilkins Ave., Suite 201, Rockville, MD 20852-2075 |
| 32938027 | + | Nelson Gerard, 700 Lake Drive, Boca Raton, FL 33432-6227 |
| 32938028 | + | Nelson Gerard (Alexandra Trust), 700, Lake Drive, Boca Raton, FL 33432-6227 |
| 32938029 | + | Nelson Gerard TTEE Ima Gross 2009, 700, Lake Drive, Boca Raton, FL 33432-6227 |
| 32938030 | + | Nelson Gerard TTEEE Ima Gross, 700, Lake Drive, Boca Raton, FL 33432-6227 |
| 32938033 | + | Orrstown Bank, 2695 Philadelphia Avenue, Chambersburg, PA 17201-7908 |
| 32900832 | + | PR GIV, LLC, Alan D. Eisler, Esquire, Eisler Hamilton, LLC, 1 Research Court, Suite 450, Rockville, MD 20850-6252 |
| 32938036 | + | PR Giv, LLC, 1 Research Court, Suite 450, Rockville, MD 20850-6252 |
| 32938034 | + | Paul Davis, 5911 Ryland Drive, Bethesda, MD 20817-2540 |
| 32938037 | + | Protective Commercial Mortgage, 2801 Highway 280 Sout, Birmingham, AL 35223-2479 |
| 32938038 | + | Red Bridge Financial, 175 Greenwich St, 3 World Trade Center, 38th Floor, New York, NY 10007-2492 |
| 32938039 | + | Renee JHonig 2019 Irrevocable Truste DTD, 5825 Windsor Court, Boca Raton, FL 33496-2764 |
| 32938040 | + | Richard Burch, Esquire, 222 Bosley Ave Suite A1, Towson, MD 21204-4302 |
| 32938047 | + | SSMC GST Trust, 399 Park Avbe., New York, NY 10022-4614 |
| 32938055 | + | STJ, LLC, 5911 Ryland Drive, Bethesda, MD 20817-2540 |
| 32938041 | + | Sandy Spring Bank, 6831 Benjamin Franklin Drive, Columbia, MD 21046-2633 |
| 32883032 | + | Sandy Spring Bank,, a Division of Atlantic Union Bank, John E. Reid, Martin Law Group, P.C., 8065 Leesburg Pike, Suite 750 Vienna, VA 22182-2702 |
| 32938046 | + | Southland Insulators of Maryland, Inc., C/O NCS, 729 minor Road, Cleveland, OH 44143-2117 |
| 32888647 | + | Southland Insulators of Maryland, Inc., c/o NCS, 729 Miner Road, Highland Heights, OH 44143-2117 |
| 32938048 | | Stan Corp., c/o McEwen Gisvold llp, 1600 Standard Plaza, 1100 S.W. Sixth Ave, Portland, OR 97204 |
| 32903750 | + | StanCorp Mortgage Investors, LLC, Scott W. Foley, Esquire, SHAPIRO SHER GUINOT & SANDLER, P.A., 250 W. Pratt Street, Suite 2000, Baltimore, Maryland 21201-6814 |
| 32938049 | + | Standard Insurance, c/o Scott Foley, Esquire, Shapiro Sher, 250 W. Pratt St., #2000, Baltimore, MD 21201-6814 |
| 32938050 | + | Stetson Capital Investments, Inc., 811 SE 26th Ave., Fort Lauderdale, FL 33301-2711 |
| 32913775 | + | Steven C Tourkin, 2401 Holiday Ranch Loop Rd, Park City UT 84060-6835 |
| 32883033 | + | Steven C. Tourkin, Andre R. Weitzman, Equity House II, 410 Northway, Baltimore, MD. 21218-1115 |
| 32938053 | + | Steven C. Tourkin, Equity House II, 410 Northway, Baltimore, MD 21218-1115 |
| 32913773 | + | Steven C. Tourkin, Heather Tourkin, 2401 Holiday Ranch Loop Rd, Park City, UT 84060-6835 |
| 32938051 | + | Steven C. and Heather Tourkin, Equity House II, 410 Northway, Baltimore, MD 21218-1115 |
| 32938056 | + | Supplies Unlimited, Inc., 2201 Halethorpe Farms Road, Halethorpe, MD 21227-4598 |
| 32938057 | + | The Gerard Family Subchapter S, 700 Lake Drive, Boca Raton, FL 33432-6227 |
| 32938058 | + | Tierra Stetson, 811 SE 26th Ave., Fort Lauderdale, FL 33301-2711 |
| 32938059 | + | Tom Clute, 399 Park Ave., New York, NY 10022-4614 |
| 32926806 | + | United Bank, Darrell W. Clark, Esq., Tracey M. Ohm, Esq., STINSON LLP, 1775 Pennsylvania Ave., NW, Suite 800 Washington, DC 20006-4760 |
| 32881564 | + | United States Trustee for Region Four, c/o Gerard R. Vetter, United States Department of Justice, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |

TOTAL: 87

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Aug 26 2025 19:33:00 | American Express National Bank, c/o Zwicker & Assoicates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Aug 26 2025 19:33:00 | U.S. Trustee Baltimore, 101 W. Lombard St, Room 2650, Baltimore MD 21201-2623 |
| 32937982 | + | Email/PDF: bncnotices@becket-lee.com | Aug 26 2025 19:37:15 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 32917107 | + | Email/Text: bkfilings@zwickerpc.com | Aug 26 2025 19:33:00 | American Express National Bank, Jason J. |

| District/off: 0416-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: pdfall | Total Noticed: 96 |

| | | | | |
|---|---|---|---|---|
| | | | | Giguere, Esq., ZWICKER & ASSOCIATES, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |
| 32938011 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 26 2025 19:32:00 | First National Bank of Pennsyvania, 300 East Lombard Street, Baltimore, MD 21202-3219 |
| 32938016 | + | Email/Text: kcsykes@harfordcountymd.gov | Aug 26 2025 19:32:00 | Harford County, Maryland, 220 S. Main St., Bel Air, MD 21014-3820 |
| 32938061 | | Email/Text: unitedbankcollections@bankwithunited.com | Aug 26 2025 19:33:00 | United Bank, 500 Virginia St E, Charleston, WV 25392 |
| 32938060 | | Email/Text: unitedbankcollections@bankwithunited.com | Aug 26 2025 19:33:00 | United Bank, Attn: Bankruptcy, 500 Virginia St E, Charleston, WV 26301 |
| 32938062 | + | Email/Text: rmcbknotices@wm.com | Aug 26 2025 19:33:00 | Waste Management of Maryland, Inc., 625 Cherrington Parkway, Coraopolis, PA 15108-4314 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32938044 | | Scott Robinson, 11350 McCormick Rd., Executive Plaza II, Suite 601 |
| 32938035 | *+ | Paul Davis, 5911 Ryland Dr., Bethesda, MD 20817-2540 |
| 32938054 | *+ | Steven C. Tourkin, 2401 Holiday Ranch Loop Rd., Park City, UT 84060-6835 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | aaron.casagrande@icemiller.com |
| Adam M. Freiman | adam@pikesvillelaw.com  r54650@notify.bestcase.com |
| Alan D. Eisler | aeisler@e-hlegal.com  mcghamilton@gmail.com |
| Andre' R Weitzman | aequityhouse@aol.com |
| Darrell William Clark | darrell.clark@stinson.com  catherine.scott@stinson.com |
| Heather Kirkwood Yeung | hyeung@darslaw.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 26, 2025 | Form ID: pdfall | Total Noticed: 96 |

Jason J. Giguere
    jgiguere@zwickerpc.com bknotices@zwickerpc.com

Jeffrey Greenberg
    jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com&gt,

Joshua D. Bradley
    jbradley@rosenbergmartin.com lfeigh@rosenbergmartin.com

Robert G. Shuster
    rob@shusterlaw.com courts@shusterlaw.com

Scott W. Foley
    swf@shapirosher.com ajs@shapirosher.com,ens@shapirosher.com,blr@shapirosher.com,LAR@shapirosher.com

Tracey Michelle Ohm
    tracey.ohm@stinson.com porsche.barnes@stinson.com

Zvi Guttman
    zvi@zviguttman.com zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 13

Entered: August 25th, 2025
Signed: August 25th, 2025
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−15437 − NVA**   Chapter: **7**

**Brandon M. Chasen Sr.**
Debtor

## ORDER GRANTING DEBTOR'S CONSENT MOTION
## TO EXTEND DEADLINES

Upon consideration of the Consent Motion to Extend Deadlines filed by the Debtor pursuant to Local Bankruptcy Rule 9013−7(d)(3)(B), good cause appearing therein, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the deadline for all parties−in−interest to file complaints objecting to the discharge of the Debtor under 11 U.S.C. § 727 is hereby extended to and including **December 31, 2025;** and it is further,

ORDERED, that the deadline for all parties−in−interest to file complaints to determine the dischargeability of debt under 11 U.S.C. § 523 is hereby extended to and including **December 31, 2025;** and it is further,

ORDERED, that the deadline for all parties−in−interest to file motions to dismiss the Debtor's case under 11 U.S.C. § 707(b)(3) is hereby extended to and including **December 31, 2025;** and it is further,

ORDERED, that the deadline for the United States Trustee to file a Statement of Presumed Abuse under 11 U.S.C. § 704(b) is hereby extended to and including 10 days after the rescheduled meeting of creditors.

cc:   Debtor
      Attorney for Debtor − Adam M. Freiman
      Case Trustee − Zvi Guttman
      U.S. Trustee
      All Creditors

**End of Order**

22x07 (rev. 02/06/2017) − KellyHorning