IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| BRANDON M. CHASEN, SR. ) | |
| ) | Case No. 25-15437-NVA |
| Debtor. ) | |
| _____ ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of Shulman Rogers, P.A., and Michael J. Lichtenstein, Esquire, 12505 Park Potomac Avenue, Sixth Floor, Potomac, Maryland 20854, as proposed attorneys for Zvi Guttman, Chapter 7 Trustee, a party-in-interest in the above-captioned proceeding.

This request is hereby made, pursuant to Bankruptcy Rule 2002, that all notices, plans, orders, and other pleadings required to be mailed to creditors under Bankruptcy Rule 2002 be first class mailed or delivered via electronic (ECF) filing to the following:

Michael J. Lichtenstein
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
mjl@shulmanrogers.com

Respectfully submitted,

**SHULMAN ROGERS, P.A.**

By:   /s/ Michael J. Lichtenstein
Michael J. Lichtenstein (Bar No. 05604)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL: (301) 230-5231
FAX: (301) 230-2891
Email: mjl@shulmanrogers.com

*Attorneys for Chapter 7 Trustee, Zvi Guttman*

**CERTIFICATE OF SERVICE**

The following parties received electronic notice of this **Entry of Appearance and Request for Notices,** this 4th day of September, 2025:

Joshua D. Bradley  jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Aaron L. Casagrande aaron.casagrande@icemiller.com

Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Scott W. Foley swf@shapirosher.com, ajs@shapirosher.com, ens@shapirosher.com, blr@shapirosher.com, LAR@shapirosher.com

Adam M. Freiman adam@pikesvillelaw.com, r54650@notify.bestcase.com

Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com

Jeffrey Greenberg jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>,

Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Roger Schlossberg trustee@schlosslaw.com, MD20@ecfcbis.com

Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com

Andre' R Weitzman aequityhouse@aol.com

Heather Kirkwood Yeung hyeung@darslaw.com

To the extent that the following persons were not served electronically via CM/ECF system, a copy of this **Entry of Appearance and Request for Notices** was first class mailed, postage prepaid, this 4th day of September, 2025, to:


...


Brandon M. Chasen
Larry Strauss, Esq.
CPA & Associates, Inc.
2310 Smith Avenue
Baltimore, MD 21209

                                              /s/ Michael J. Lichtenstein
                                              Michael J. Lichtenstein