UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

BRANDON M. CHASEN SR.                    CASE NO: 25-15437

                                                                                    CHAPTER 7

***

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please entry the appearances of Richard C. Burch and Andrew Janquitto on behalf of Catherine Chasen. The attorneys request that they receive all notices, including notices of proceedings, hearings, and reports, at their email addresses below.

Respectfully submitted,

/s/ Richard C. Burch
_____
Richard C. Burch
rcb@mhblaw.com


/s/ Andrew Janquitto
_____
Andrew Janquitto
Mudd, Harrison & Burch, LLP
222 Bosley Avenue, Suite A-1
Towson, Maryland 21204
T. 410 828 1335
F 410 828 1042
aj@mhblaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2025, I efiled, eserved, and/or mailed a copy of this Entry of Appearance and Request for Notices to the following:

    Adam M. Freiman, Esquire
    Law Offices of Adam M. Freiman, P.C.
    115 McHenry Ave., Suite B4
    Pikesville, MD 21208

    Zvi Guttman, Esquire
    The Law Offices of Zvi Guttman, P.A.
    P.O. Box 32308
    Baltimore, MD 21282

                                  */s/ Andrew Janquitto*
                                  _____
                                  Andrew Janquitto