United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-15437-NVA |
| Brandon M. Chasen, Sr. | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Sep 03 2025 19:19:00 | U.S. Trustee Baltimore, 101 W. Lombard St, Room 2650, Baltimore MD 21201-2623 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | aaron.casagrande@icemiller.com |
| Adam M. Freiman | adam@pikesvillelaw.com  r54650@notify.bestcase.com |
| Alan D. Eisler | aeisler@e-hlegal.com  mcghamilton@gmail.com |
| Andre' R Weitzman | aequityhouse@aol.com |
| Darrell William Clark | darrell.clark@stinson.com  catherine.scott@stinson.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdfparty | Total Noticed: 1 |

Heather Kirkwood Yeung
    hyeung@darslaw.com

Jason J. Giguere
    jgiguere@zwickerpc.com bknotices@zwickerpc.com

Jeffrey Greenberg
    jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com&gt;,

Joshua D. Bradley
    jbradley@rosenbergmartin.com lfeigh@rosenbergmartin.com

Robert G. Shuster
    rob@shusterlaw.com courts@shusterlaw.com

Roger Schlossberg
    trustee@schlosslaw.com MD20@ecfcbis.com

Scott W. Foley
    swf@shapirosher.com ajs@shapirosher.com,ens@shapirosher.com,blr@shapirosher.com,LAR@shapirosher.com

Tracey Michelle Ohm
    tracey.ohm@stinson.com porsche.barnes@stinson.com

Zvi Guttman
    zvi@zviguttman.com zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 14

Entered: September 3rd, 2025
Signed: September 2nd, 2025
**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

In re:

Brandon M. Chasen, Sr.                Bankr. Case No.:25-15437-NVA

Debtor(s)                             (Chapter 7)

**<u>ORDER AUTHORIZING EMPLOYMENT OF COUNSEL FOR TRUSTEE</u>**

Upon consideration of the Application for Authority to Employ Counsel for Trustee, and it appearing that the appointment of The Law Offices of Zvi Guttman, P.A. (the "Firm") as counsel for Zvi Guttman, Trustee, is in the best interest of the creditors and the estate, and that such counsel represent no interests adverse to the estate, it is by the United States Bankruptcy Court for the District of Maryland --

ORDERED, that the Trustee is authorized to employ the Firm as counsel to perform such professional and paraprofessional legal services as are necessary or desirable in the administration of the captioned Estate; and it is

FURTHER ORDERED, that the allowance and payment of fees and expenses shall be as described in the Application, subject to approval of this Court.

S<u>uggested Distribution List:</u>

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

Joshua D. Bradley    jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Aaron L. Casagrande    aaron.casagrande@icemiller.com
Alan D. Eisler    aeisler@e-hlegal.com, mcghamilton@gmail.com
Scott W. Foley    swf@shapirosher.com, ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
Adam M. Freiman    adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere    jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg    jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
Zvi Guttman    zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
Robert G. Shuster    rob@shusterlaw.com, courts@shusterlaw.com
Andre' R Weitzman    aequityhouse@aol.com
Heather Kirkwood Yeung    hyeung@darslaw.com

**END OF ORDER**