# United States Bankruptcy Court
## District of Maryland

In re   **Brandon M. Chasen, Sr.**

Debtor(s)

Case No.   **25-15437**

Chapter   **7**

## Notice of Change of Address

Debtor's Social Security Number:        **xxx-xx-2011**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:             **Brandon M. Chasen, Sr.**

Street:            **4304 St. Paul St.**

City, State and Zip:   **Baltimore, MD 21202**

Telephone #:

**Please be advised that effective   October 1       , 20 25   ,
my (our) new mailing address and telephone number is:**

Name:             **Brandon M. Chasen, Sr.**

Street:              **1511 EASTERN AVENUE**

City, State and Zip:   Baltimore, Md  21210

Telephone #:

**/s/ Brandon M. Chasen, Sr.**

**Brandon M. Chasen, Sr.**

Debtor