IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | | |
|---|---|---|
| In re: | ( | |
| | ( | |
| Chasen, Brandon Michael | ( | Bankr. Case No.: 25-15437-NVA |
| | ( | (Chapter 7) |
| Debtor(s) | ( | |
| | ( | |

**<u>REQUEST FOR ESTABLISHMENT OF BAR DATE</u>**

Please set a claims' bar date and notify creditors accordingly.

Date: September 22, 2025    /s/ Zvi Guttman, Trustee
c/o The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Phone (410) 580-0500
Fax (410) 580-0700
Zvi@ZviGuttman.com

cc:    Office of the U.S. Trustee