Entered: September 25th, 2025
Signed: September 25th, 2025

**SO ORDERED**



Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| In re: | |
| BRANDON M. CHASEN, SR., | CASE NO. 25-15437-NVA |
| Debtor. | CHAPTER 7 |

### ORDER SHORTENING TIME FOR RESPONSE
### AND SETTING VIRTUAL HEARING, IF NECESSARY

Pending before the Court is the *Emergency Motion for Extension of Time in Which to Assume And/Or Assign Executory Contracts of the Debtor* (the "Emergency Motion"), filed by the chapter 7 trustee. [ECF No. 73]. Given the exigent circumstances represented in the Emergency Motion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that any responses to the Emergency Motion shall be filed by 12:00 p.m. on Friday, September 26, 2025; and it is further,

ORDERED, that if any responses are filed and a hearing is necessary, a **virtual hearing** will be conducted on **Friday, September 26, 2025 at 1:00 p.m.**; and it is further,

ORDERED, that any party wishing to attend the virtual hearing shall contact the Courtroom Deputy at hearings_nva@mdb.uscourts.gov for hearing information; and it is further,

ORDERED, that the chapter 7 trustee shall serve a copy of this Order electronically on all interested parties and certify same by 5:00 p.m. on Thursday, September 25, 2025.

cc:  Debtor
 Counsel for Debtor – Adam Freiman
 Chapter 7 Trustee – Zvi Guttman
 U.S. Trustee
 All Parties in Interest

**END OF ORDER**