IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| BRANDON M. CHASEN, SR. ) | |
| ) | Case No. 25-15437-NVA |
| Debtor. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE RE:
ORDER SHORTENING TIME FOR RESPONSE
AND SETTING VIRTUAL HEARING, IF NECESSARY**

I HEREBY CERTIFY that on this 25th day of September, 2025, a copy of the Court's September 25, 2025, Order Shortening Time for Response and Setting Virtual Hearing, if Necessary was served

**By CM/ECF to**:

Joshua D. Bradley jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Aaron L. Casagrande aaron.casagrande@icemiller.com

Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Scott W. Foley swf@shapirosher.com, ajs@shapirosher.com, ens@shapirosher.com, blr@shapirosher.com, LAR@shapirosher.com

Adam M. Freiman adam@pikesvillelaw.com, r54650@notify.bestcase.com

Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com

Jeffrey Greenberg jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com&gt,

Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Andrew Janquitto aj@mhblaw.com

Michael J. Lichtenstein mjl@shulmanrogers.com, tlockwood@shulmanrogers.com, nlawal@shulmanrogers.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Roger Schlossberg trustee@schlosslaw.com, MD20@ecfcbis.com

Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com

Andre' R Weitzman aequityhouse@aol.com

Heather Kirkwood Yeung hyeung@darslaw.com

**By email on the following or their counsel**:

Gerard Vetter, Esq.

Paul William Davis

ASG Development, LLC

Jonathan Honig
Alan Honig
Renee Honig
The Renee Honing Family Foundation

Nelson Gerard

Jason Slohn

Alexandra Gerard

STJ Monaco, LLC

STJ, LLC

Supplies Unlimited, Inc.

Svetlin Tintchev

Tara Stetson

The Gerard Family Subchapter S 2022 Trust

Tierra Stetson

William Jautze

Waste Management of Maryland, Inc.

**By fax**:

Tom Clute

UBS Financial Services, Inc.

/s/ Zvi Guttman
Zvi Guttman, Trustee
c/o The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500 Phone
(410) 580-0700 Fax
Zvi@zviguttman.com

**Counsel to the Trustee**