**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>**BRANDON M. CHASEN, SR.**<br><br>   Debtor. | Case No: Case No.: 25-15437-NVA<br><br>Chapter 11 |

**STIPULATION EXTENDING TIME**
**FOR THE UNITED STATES TRUSTEE TO OBJECT TO**
**CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO**
**JOINTLY RETAIN AND COMPENSATE ROBERT L. PATRICK**
**AND SC&H GROUP, INC. AS FINANCIAL ADVISORS**

Matthew W. Cheney, Acting United States Trustee for Region 4, and Zvi Guttman, Chapter 7 Trustee, hereby agree and stipulate that the United States Trustee shall have through and including October 23, 2025 to object to "Chapter 7 Trustee's Application for Authority to Jointly Retain and Compensate Robert L. Patrick and SC&H Group, Inc. as Financial Advisors," filed as Doc. 70 in the above-captioned case.

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ *Gerard R. Vetter*<br>Gerard R. Vetter (Fed. Bar No.: 08521)<br>United States Department of Justice<br>101 West Lombard Street, Suite 2625<br>Baltimore, Maryland 21201<br>(410) 962-4300<br>gerard.r.vetter@usdoj.gov | /s/ *Zvi Guttman*<br>Zvi Guttman, Trustee<br>c/o The Law Offices of Zvi Guttman, P.A.<br>Post Office Box 32308<br>Baltimore, Maryland 21282<br>Telephone: (410) 580-0500<br>Zvi@zviguttman.com |

**CERTIFICATE OF SERVICE**

**I HEREBY FURTHER CERTIFY** that, on this 26th day of September, 2025, according to the Court's ECF records, electronic notice of this document should be provided to the following persons:

- Joshua D. Bradley    jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
- Aaron L. Casagrande    aaron.casagrande@icemiller.com
- Darrell William Clark    darrell.clark@stinson.com, catherine.scott@stinson.com
- Alan D. Eisler    aeisler@e-hlegal.com , mcghamilton@gmail.com
- Scott W. Foley    swf@shapirosher.com, ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
- Adam M. Freiman    adam@pikesvillelaw.com, r54650@notify.bestcase.com
- Jason J. Giguere    jgiguere@zwickerpc.com, bknotices@zwickerpc.com
- Jeffrey Greenberg    jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
- Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- Zvi Guttman    zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
- Andrew Janquitto    aj@mhblaw.com
- Michael J. Lichtenstein    mjl@shulmanrogers.com, tlockwood@shulmanrogers.com;nlawal@shulmanrogers.com
- Tracey Michelle Ohm    tracey.ohm@stinson.com, porsche.barnes@stinson.com
- Roger Schlossberg    trustee@schlosslaw.com, MD20@ecfcbis.com
- Robert G. Shuster    rob@shusterlaw.com, courts@shusterlaw.com
- Andre' R Weitzman    aequityhouse@aol.com
- Heather Kirkwood Yeung    hyeung@darslaw.com

/s/ *Gerard R. Vetter*
Gerard R. Vetter