Entered: October 14th, 2025
Signed: October 10th, 2025

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 7** |
| BRANDON M. CHASEN, SR. | ) | |
| | ) | **Case No. 25-15437-NVA** |
| Debtor. | ) | |
| ——————————————————— | ) | |

### ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE
### AUTHORIZING RETENTION OF SHULMAN ROGERS, P.A. AS OF AUGUST 19,
### 2025 AS SPECIAL COUNSEL TO ZVI GUTTMAN, CHAPTER 7 TRUSTEE

Upon the Application to Employ Shulman Rogers, P.A. ("Shulman Rogers") and Michael

J. Lichtenstein as special counsel to Zvi Guttman (the "Trustee"), the Chapter 7 Trustee (the

"Application"), and based upon the Declaration of Michael J. Lichtenstein, a Shulman Rogers

shareholder, in support thereof (the "Lichtenstein Declaration"); and it appearing that this Court

has jurisdiction over these matters pursuant to 28 U.S.C. §§ 1157 and 1334; and it appearing that

these proceedings are a core proceeding pursuant to 2 U.S.C. § 158(a); and the Court being

satisfied based on the representations made in the Application and in the Lichtenstein Declaration

that said attorneys represent no interest adverse to the Debtor's estates with respect to the matters

upon which they are to be engaged, and that their employment is necessary and in the best interests

of the Debtor, his creditors and other parties-in-interest; and after due deliberation, it is by the United States Bankruptcy Court for the District of Maryland;

**ORDERED**, that the Application is granted; and it is further

**ORDERED**, in accordance with § 327(e) of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Trustee is authorized and empowered to retain and employ Shulman Rogers and Michael J. Lichtenstein as special counsel, as of August 19, 2025, and Shulman Rogers is authorized to provide any necessary and appropriate services related thereto as may be required by the Trustee; and it is further

**ORDERED**, Shulman Rogers shall seek compensation and reimbursement of expenses upon proper applications for allowance of interim and final compensation in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the rules and orders of this Court.

Suggested Distribution List:

Joshua D. Bradley jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Aaron L. Casagrande aaron.casagrande@icemiller.com

Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Scott W. Foley swf@shapirosher.com, ajs@shapirosher.com, ens@shapirosher.com, blr@shapirosher.com, LAR@shapirosher.com

Adam M. Freiman adam@pikesvillelaw.com, r54650@notify.bestcase.com

Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com

Jeffrey Greenberg jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>,

Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Roger Schlossberg trustee@schlosslaw.com, MD20@ecfcbis.com

Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com

Andre' R Weitzman aequityhouse@aol.com

Heather Kirkwood Yeung hyeung@darslaw.com

**END OF ORDER**