# EXHIBIT A

| Property Owner/Borrower Name | Debtor's Membership Interest Percentage | Manager's Authority[A] | Property Address | Land Records Recording Information | Total Amount to Payoff Loan on 8/31/2025[B] | Unpaid Water Bills | Appraised Value | Appraise Valued less 10% cost of sale | Payoff - Appraised Value (inc 10% cost of sale) | Assumption Amount[C] |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 W MONTGOMERY STREET LLC | 64% | exclusive authority to take action | 12 West Montgomery Street, Baltimore, MD 21230 | Bk 20694, pg 282 12/03/2018 | $2,976,900.80 | $7,263.79 | $2,700,000 | $2,430,000 | ($546,900.80) | $2,198,035.00 |
| 1702 LIGHT STREET PLACE LLC | 60% | exclusive authority to take action | 1702-1708 Light Street , Baltimore, MD 21230 | Bk 20868, Pg 374 02/08/2019 | $3,218,301.65 | $21,713.13 | $2,700,000 | $2,430,000 | ($788,301.65) | $2,364,510.00 |
| 415 ST PAUL PLACE LLC | 80% | exclusive authority to take action | 411-415 St. Paul Place, Baltimore, MD 21202 | Bk 21026, Pg 420 04/12/2019 | $3,179,810.65 | $13,906.09 | $2,550,000 | $2,295,000 | ($884,810.65) | $2,329,391.00 |
| 1719 EASTERN AVE LLC | 65% | exclusive authority to take action | 1719 Eastern Avenue, Baltimore, MD 21231 | Bk 21868 Pg 149 02/14/2020 | $3,435,465.11 | $9,567.85 | $2,600,000 | $2,340,000 | ($1,095,465.11) | $2,556,607.00 |
| 1742 FLEET STREET LLC | 65% | exclusive authority to take action | 1742-1746 Fleet Street, Baltimore, MD 21231 | Bk 21785, Pg 377 01/17/2020 | $3,783,081.87 | $7,411.24 | $4,000,000 | $3,600,000 | ($183,081.87) | $2,829,309.00 |
| CS 1617 EASTERN AVE LLC | 65% | exclusive authority to take action | 1617 Eastern Avenue, Baltimore, MD 21231 | Bk 22260, Pg 262 09/08/2020 | $6,675,535.35 | $9,819.39 | $5,100,000 | $4,590,000 | ($2,085,535.35) | $4,969,692.00 |
| CS 1122 N CALVERT LLC | 65% | exclusive authority to take action | 1122-1126 N. Calvert Street, Baltimore, MD 21202 | Bk 22579, Pg 369 01/26/2021 | $4,026,200.41 | $24,459.07 | $2,450,000 | $2,205,000 | ($1,821,200.41) | $3,009,837.00 |
| CS 1709 FLEET STREET LLC | 65% | exclusive authority to take action | 1709-1719 Fleet Street, Baltimore, MD 21231 | Bk 23152, Pg 28 05/24/2021 | $8,434,759.13 | $23,271.55 | $6,300,000 | $5,670,000 | ($2,764,759.13) | $6,362,060.00 |
| CC 115 E EAGER ST LLC | 65% | exclusive authority to take action | 115 East Eager Street, Baltimore, MD 21202 | Bk 22975, Pg 173 04/20/2021 | $2,230,538.26 | $19,560.18 | $1,590,000 | $1,431,000 | ($799,538.26) | $1,665,996.00 |
| CC 902 SAINT PAUL ST LLC | 65% | exclusive authority to take action | 902 and 904 Saint Paul Street, Baltimore, MD 21202 | Bk 22975, Pg 209 04/20/2021 | $3,648,171.74 | $14,273.67 | $2,550,000 | $2,295,000 | ($1,353,171.74) | $2,717,156.00 |
| CS 520 SOUTH CAROLINE STREET LLC | 65% | exclusive authority to take action | 520-532 South Caroline St., Baltimore, MD 21231 | Bk 24388, Pg 57 03/17/2022 | $10,973,521.64 | $36,042.96 | $8,100,000 | $7,290,000 | ($3,683,521.64) | $9,658,543.00 |
| CC 311 CATHEDRAL STREET LLC | 58.50% | exclusive authority to take action | 311 Cathedral Street, AKA 19 W. Mulberry Street, Baltimore, MD 21201 | Bk 25040, Pg 315 09/08/2022 | $8,995,703.59 | $43,191.89 | $4,850,000 | $4,365,000 | ($4,630,703.59) | $8,076,971.00 |
| CC 417 SAINT PAUL PLACE LLC<br>CC 419 SAINT PAUL PLACE LLC | 65%<br>59.5% | exclusive authority to take action | 417-421 St. Paul Place, Baltimore, MD 21202 | Bk 25438, Pg 362 01/03/2023 | $7,645,945.25 | $9,203.29 | $4,900,000 | $4,410,000 | ($3,235,945.25) | $5,638,616.00 |
| CC 601 SOUTH BROADWAY LLC | 65% | exclusive authority to take action | 601 South Broadway, Baltimore, MD 21231 | Bk 25450, Pg 143 01/06/2023 | $12,866,929.51 | $8,516.72 | $8,100,000 | $7,290,000 | ($5,576,929.51) | $9,577,367.00 |
| CS 421 SOUTH BROADWAY LLC | 65% | exclusive authority to take action | 421-431 South Broadway, Baltimore, MD 21231 | Bk 25585, Pg 439 02/12/2023 | $20,015,656.31 | $10,030.12 | $8,100,000 | $7,290,000 | ($12,725,656.31) | $12,472,694.00 |
| CC 4000 LINKWOOD ROAD LLC | 57.20% | exclusive authority to take action | 4000-4014 Linkwood Road, Baltimore, MD 21210 | Bk 25713, Pg 83 03/22/2023 | $15,050,641.63 | $72,767.76 | $13,150,000 | $11,835,000 | ($3,215,641.63) | $11,209,749.00 |
| CC 817 SAINT PAUL STREET LLC | 65% | exclusive authority to take action | 817 Saint Paul Street, Baltimore, MD 21202 | Bk 26755, Pg 458 03/29/2024 | $22,927,350.82 | $40,807.92 | $11,100,000 | $9,990,000 | ($12,937,350.82) | $14,581,209.00 |
| CC 3522 BEECH AVE LLC | 53.75% | exclusive authority to take action | 3500-3522 Beech Ave; 618 Hubner Street, Baltimore, MD 21211 | Bk 26871, Pg 162 05/07/2024 | $19,102,241.78 | $50,250.10 | $20,000,000 | $18,000,000 | ($1,102,241.78) | $14,298,468.00 |
| CS 211 SAINT PAUL PLACE, LLC | 60.06% | exclusive authority to take action | 211 Saint Paul Place, Baltimore, MD 21202 | Bk 23332, Pg 213 07/01/2021 | $7,877,105.05 | $23,771.65 | $4,450,000 | $4,005,000 | ($3,872,105.05) | $5,980,387.00 |
| CC CHATEAUS DE MOUNT VERNON LLC | 65% | exclusive authority to take action | 1012, 1020, 1022, 1026, 1038 N Calvert Street, Baltimore, MD 21202 | Bk 23923, Pg 341 11/23/2021 | $9,301,814.17 | $47,606.95 | $6,550,000 | $5,895,000 | ($3,406,814.17) | $6,866,807.00 |
| CC PARK PLACE LLC | 65% | exclusive authority to take action | 807, 838-840 Park Avenue, Baltimore, MD 21202 | Bk 23891, Pg 207 11/16/2021 | $5,695,229.97 | $41,597.67 | $4,050,000 | $3,645,000 | ($2,050,229.97) | $4,302,926.00 |
| CC 300 CATHEDRAL STREET LLC | 57.50% | exclusive authority to take action | 300 Cathedral Street, Baltimore, MD 21201 | Bk 24838, Pg 255 07/18/2022 | $15,652,351.51 | $112,659.85 | $7,950,000 | $7,155,000 | ($8,497,351.51) | $11,897,762.00 |
| CC THE LYN LLC | 55.50% | exclusive authority to take action | 600-606 1/2, 608, 610 Cathedral St. & 617 Ploy St., Baltimore, MD 21201 | Bk 24543, Pg 416 4/28/2022 | $8,555,446.38 | $46,065.59 | $4,700,000 | $4,230,000 | ($4,325,446.38) | $7,611,755.00 |
| Totals: | | | | | $206,268,702.58 | $693,758.43 | $138,540,000.00 | $124,686,000.00 | ($81,582,702.58) | $153,175,847.00 |

[A] The operating agreements are available for inspection upon request and are not attached because they are voluminous
[B] Exclusive of substantial unpaid water bills and other municipal charges/liens.
[C] Subject to a possible upward adjustment to account for property taxes paid by StanCorp, prorated to the date of closing