**Fill in this information to identify your case and this filing:**

Debtor 1        **Brandon M. Chasen, Sr.**
                First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number    **25-15437**

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
☐ Yes.  Where is the property?

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>**    | **$0.00**

**Part 3:   Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

living room set, dining room set, 3 bedroom sets, tables, chairs, lamps  Furnishings consistent with a 5,500 Square Foot House consisting of 5 Bedrooms and 5/5 Bathrooms.    | **Unknown**

Debtor 1     **Brandon M. Chasen, Sr.**                                    Case number *(if known)*    **25-15437**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes.  Describe.....

   | | |
   |---|---|
   | **5 TVs, 2 computer, printer, cell phone, stereo, speakers, cords, cables, remotes, chargers, small electronics, games, kitchen appliances** | **$5,000.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes.  Describe.....

   | | |
   |---|---|
   | **books, pictures, knick knacks, wall art, small statues, decrotive arts** | **$5,000.00** |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments

   ☐ No
   ☑ Yes.  Describe.....

   | | |
   |---|---|
   | **sports and hobby equipment, items to be taken to the gym, small weights, belts, bags, gloves, bats, balls, etc. Surfboard** | **$150.00** |
   | **Pdcasting equipment, lights, etc.** | **$1,500.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes.  Describe.....

    | | |
    |---|---|
    | **Pants, shirts, suits, tops, hats, shoes, underwear, outerwear Designer suits, designer jackets, dress shoes, ties, pocket squares, etc.** | **$900.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes.  Describe.....

    | | |
    |---|---|
    | **Costume jewelry consistent with gender.  Non-precious metals and stones, unless otherwise indicated.** | **$350.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes.  Describe.....

Debtor 1    **Brandon M. Chasen, Sr.**    Case number *(if known)*    **25-15437**

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

   **$12,900.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.........................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes......................    Institution name:

   17.1.    **Checking/savings (frozen)**    **United Bank**    **$68,000.00**

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ■ Yes.................    Institution or issuer name:

   **Fidelity Stock Trading account (garnished)**    **$14,000.00**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Chasen Construction, LLC** | **50%** % | **$1.00** |
| **1702 Light Street, LLC** | **60** % | **$1.00** |
| **12 W. Montgomery Street, LLC** | **64%** % | **$1.00** |
| **415 St. Paul Place** | **80%** % | **$1.00** |
| **1719 Estern Ave., LLC** | **65%** % | **$1.00** |
| **Harbor Management Group, LLC** | **50** % | **$1.00** |
| **9 N. Howard Street, LLC** | **69.25** % | **$1.00** |

Debtor 1  **Brandon M. Chasen, Sr.**                                    Case number *(if known)*  25-15437

| | | | |
|---|---|---|---|
| **1617 Eastern Ave., LLC** | **65%** | % | $1.00 |
| **CS 1122 N. Calvert, LLC** | **65** | % | $1.00 |
| **CS 1511 Eastern Ave., LLC** | **65%** | % | $1.00 |
| **CS 1709 Fleet Street, LLC** | **65%** | % | $1.00 |
| **CS 211 St. Paul Place, LLC** | **60.06%** | % | $1.00 |
| **CS 520 S. Caroline St., LLC** | **65%** | % | $1.00 |
| **CS 421 South Broadway LLC** | **65%** | % | $1.00 |
| **CS 500 S Bond Street, LLC** | **65%** | % | $1.00 |
| **CC 115 E. Eagter St., LLC** | **65%** | % | $1.00 |
| **CC 902 St. Paul St., LLC** | **65%** | % | $1.00 |
| **CC  523 South Broadway, LLC** | **65%** | % | $1.00 |
| **Chasen Acquisitions, LLC** | **50%** | % | $1.00 |
| **CC 13 E. Read St., LLC** | **65%** | % | $1.00 |
| **Chasen Holdings, LLC** | **65%** | % | $1.00 |
| **CC Chateaus De Moutt Vernon, LLC** | **65%** | % | $1.00 |
| **CC Washington House, LLC** | **65** | % | $1.00 |
| **CC 300 Catherdral St., LLc** | **55.25** | % | $1.00 |
| **CC 417-419 St. Paul Place, LLC** | **59.50** | % | $1.00 |
| **CC Park Place, LLc** | **65%** | % | $1.00 |
| **CC807 Park Ave., LLC** | **65%** | % | $1.00 |
| **CC The Regency, LLC** | **65%** | % | $1.00 |

Debtor 1   **Brandon M. Chasen, Sr.**                                    Case number *(if known)*   25-15437

| | | |
|---|---|---|
| **CC 600 S. Caroline St., , LLC** | 65% % | $1.00 |
| **CC 1517 Eastern AVe., LLC** | 52.65 % | $1.00 |
| **CC The Lyn, LLC** | 55.50 % | $1.00 |
| **CC 417 St. Paul Place, LLC** | 63% % | $1.00 |
| **CC 1400 Aliceanna St., LLc** | 62.50 % | $1.00 |
| **CC 311 Cathedral ST., LLC** | 58.50% % | $1.00 |
| **CC 201 E. Baltimore St., LLC** | 52.64% % | $1.00 |
| **CC 1005 North Charles St., LLc** | 65% % | $1.00 |
| **CC 816 Park Ave., LLC** | 65 % | $1.00 |
| **CC 4000 Linkwood Road, LLc** | 57.20 % | $1.00 |
| **CC 116 Princess Lona, LLC** | 50% % | $1.00 |
| **CC The Whitney, LLC** | 65% % | $1.00 |
| **CC 1720 St. Paul Street, LLc** | 53.75 % | $1.00 |
| **CC 517 S. Broadway, LLc** | 53.75 % % | $1.00 |
| **CC The Bo, LLC** | 65% % | $1.00 |
| **CC 3522 Beech Ave., LLc** | 53.75% % | $1.00 |
| **CC 2202 W. Pensalcola Street, LLC** | 65% % | $1.00 |
| **1742 Fleet St., LLC** | 65 % | $0.00 |
| **2402 Four Seasons, LLC** | 10 % | $1.00 |
| **280 E. Palmetto Park Rd., LLC** | unknown % | Unknown |
| **9 North Howard St., LLC** | 69.25 % | $1.00 |

Debtor 1    **Brandon M. Chasen, Sr.**                                    Case number *(if known)*    **25-15437**

| | | | |
|---|---|---|---|
| **CC 10 and 12 W. Biddle Street, LLC** | **10** | % | **$1.00** |
| **CC 10 W. Biddle St, LLC** | **65** | % | **$1.00** |
| **CC 10 E. Biddle St., LLC** | **65** | % | **$1.00** |
| **CC 1005 N. Charles St., LLC** | **65** | % | **$1.00** |
| **CC 1012 N. Calvert St., LLC** | **65** | % | **$1.00** |
| **1020 N. Calvert St., LLC** | **65** | % | **$1.00** |
| **1022 N. Calvert St., LLC** | **65** | % | **$1.00** |
| **CC 1038 N. Calvert St., LLC** | **65** | % | **$1.00** |
| **CC 1114 St. Paul St, LLC** | **10** | % | **$1.00** |
| **CC 115 E. Eager St.** | **65** | % | **$1.00** |
| **CC 12 W. Biddle St., LLC** | **65** | % | **$1.00** |
| **CC 1210 N. Calvert St., LLC** | **65** | % | **$1.00** |
| **CC 13 E. Read St., LLC** | **65** | % | **$1.00** |
| **CC 1400 Aliceanna St., LLC** | **62.5** | % | **$1.00** |
| **CC 1517 Eastern Ave., LLC** | **52.65** | % | **$1.00** |
| **CC 1720 St. Paul St., LLC** | **65** | % | **$1.00** |
| **CC 201 E. Baltimore St.** | **52.64** | % | **$1.00** |
| **CC 21 E. Eager St LLC** | **65** | % | **$1.00** |
| **CC 2125 Jackson Bluff Road, LLC** | **51** | % | **$1.00** |
| **CC 300 Catherdral St., LLC** | **55.25** | % | **$1.00** |
| **CC 311 Catherdral St., LLC** | **58.5** | % | **$1.00** |

Debtor 1  **Brandon M. Chasen, Sr.**                                    Case number *(if known)*  25-15437

| | | |
|---|---|---|
| **CC 330 N. Charles St., LLC** | **10** % | **$1.00** |
| **CC 3522 Beech Ave., LLC** | **41** % | **$1.00** |
| **CC 4 and 10 E. Billde St., LLC** | **10** % | **$1.00** |
| **CC 4000 Linkwood Road, LLC** | **57.20** % | **$1.00** |
| **CC 417 St. Paul Place, LLc** | **59.5** % | **$1.00** |
| **CC 419 St. Paul Place, LLC** | **59.5** % | **$1.00** |
| **CC 517 S. Broadway, LLc** | **53.75** % | **$1.00** |
| **CC 523 S. Broadway, LLC** | **65** % | **$1.00** |
| **CC 600  S. Caroline St., LLC** | **65** % | **$1.00** |
| **CC 601 S. Broadway, LLC** | **65** % | **$1.00** |
| **CC 7 and 9 E. Eager St., LLC** | **10** % | **$1.00** |
| **CC 7 E. Eager St., LLC** | **65** % | **$1.00** |
| **CC 8 and 21 E. Eager St., LLC** | **10** % | **$1.00** |
| **CC 8 E Eager St., LLc** | **65** % | **$1.00** |
| **CC Park Ave. ,LLC** | **65** % | **$1.00** |
| **CC 9 Eager St., LLC** | **65** % | **$1.00** |
| **CC 817 St. Paul St., LLC** | **10** % | **$1.00** |
| **CC 906 and 935 St. Paul St., LLC** | **10** % | **$1.00** |
| **CC 906 St. Paul, LLC** | **65** % | **$1.00** |
| **CC 921 and 923 St. Paul St., LLC** | **10** % | **$1.00** |
| **CC 921 St. Paul St., LLC** | **65** % | **$1.00** |

| Debtor 1 | Brandon M. Chasen, Sr. | Case number *(if known)* | 25-15437 |

| | | | |
|---|---|---|---|
| CC 923 St. Paul St., LLC | 65 | % | $1.00 |
| CC 930 N. Calvert St., LLC | 65 | % | $1.00 |
| CC 935 St. Paul Stl, LLc | 65 | % | $1.00 |
| CC 938 N. Calvert St., LLC | 65 | % | $1.00 |
| CC Broward 110, LLC | 65 | % | $1.00 |
| CC Chateaus de Mount Vernon, LLC | 65 | % | $1.00 |
| CC Hargrave 101, LLC | 65 | % | $1.00 |
| CC Park Place, LLc | 65 | % | $1.00 |
| Cc Serenity Court, LLc | 51 | % | $1.00 |
| CC Sheep Ranch, LLC | unkown | % | $1.00 |
| CC The Bear, LLC | 65 | % | $1.00 |
| CC The Brandon II, LLC | 65 | % | $1.00 |
| CC The Brandon, LLC | 65 | % | $1.00 |
| Cc Chateaus II, LLC | 65 | % | $0.00 |
| CC The Jimmy, LLC | 65 | % | $1.00 |
| CC The Molly, LLC | 65 | % | $1.00 |
| CC The Regency, LLC | 65 | % | $1.00 |
| CC The Seminole, LLC | 65 | % | $1.00 |
| CC Washington House, LLC | 65 | % | $1.00 |
| CDA FX Holdings, LLC | 65 | % | $1.00 |
| CDA Holdings, LLC | 60 | % | $1.00 |

Debtor 1    **Brandon M. Chasen, Sr.**                                    Case number *(if known)*   25-15437

| | | |
|---|---|---|
| **Chasen 2022 Family IRRV TR** | **n/a** % | $0.00 |
| **CS 1122 N. Calvert St., LLC** | **65** % | $1.00 |
| **CS 1511 Eastern Ave., LLC** | **65** % | $1.00 |
| **CS 1617 Eastern Ave.** | **65** % | $1.00 |
| **CS 1709 Fleet St., LLC** | **65** % | $1.00 |
| **CS 211 St. Paul Place, LLC** | **60.066** % | $1.00 |
| **CS 421 S. Broadway, LLC** | **65** % | $1.00 |
| **CS 500 S. Bond St, LLC** | **65** % | $1.00 |
| **CS 520 S. Caroline St., LLc** | **65** % | $1.00 |
| **CS 631 Constitution, LLC** | **unkown** % | $1.00 |
| **Live Loads, LLc** | **25** % | $1.00 |
| **MM Revive, LLC** | **33** % | $1.00 |
| **PB7 Investments, LLC** | **65** % | $1.00 |
| **PN7 Investments** | **unkown** % | $1.00 |
| **STJ Burnley, LLC** | **unkown** % | $1.00 |
| **STJ Investments, LLC** | **100** % | $1.00 |
| **STJ Monaco, LLC** | **unknown** % | $1.00 |
| **Stone House Lending, LLC** | **100** % | $1.00 |
| **Zuckerburg Management, LLC** | **100** % | $1.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                    Issuer name:

Official Form 106A/B                    Schedule A/B: Property                                    page 9

Debtor 1    **Brandon M. Chasen, Sr.**                                   Case number *(if known)*   25-15437

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **Debtor's Retirement account** | **Baker Donillson Law Firm** | **$283,000.00** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☑ No
    ☐ Yes. ....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| **2023 tax refunds.  Filed tax returns, but refunds are still pending** | **Federal** | **$106,850.00** |
| **2023 tax refunds.  Return filed, refund pending** | **State** | **$19,325.00** |
| **2024 Tax Refunds** | **Combined** | **$1.00** |

Official Form 106A/B                    Schedule A/B: Property                         page 10

| Debtor 1 | Brandon M. Chasen, Sr. | Case number *(if known)* | 25-15437 |
|---|---|---|---|

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Prudential Whole Life Policy #1 | Chasen Family Trust | $40,000.00 |
| Prudential Life Insurance | Chasen Family Trust | $20,000.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
■ No
☐ Yes.  Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**

$551,303.00

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|

If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

| Debtor 1 | **Brandon M. Chasen, Sr.** | Case number *(if known)* | **25-15437** |
|---|---|---|---|

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................

| | **$0.00** |
|---|---|

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ...................................................................................................................   **$0.00**

56. **Part 2: Total vehicles, line 5**                                      $0.00

57. **Part 3: Total personal and household items, line 15**           $12,900.00

58. **Part 4: Total financial assets, line 36**                         $551,303.00

59. **Part 5: Total business-related property, line 45**                 $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**        $0.00

61. **Part 7: Total other property not listed, line 54**            +     $0.00

62. **Total personal property.** Add lines 56 through 61...            $564,203.00     Copy personal property total     $564,203.00

63. **Total of all property on Schedule A/B**. Add line 55 + line 62

| | **$564,203.00** |
|---|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brandon M. Chasen, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | **25-15437** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | | |
|---|---|---|
| X | **/s/ Brandon M. Chasen, Sr.** | X |
| | **Brandon M. Chasen, Sr.** | Signature of Debtor 2 |
| | Signature of Debtor 1 | |
| Date | **November  1, 2025** | Date |

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

Adam Gottbertman
230 Vesey St.
New York, NY 10080


Adam Stern
9429 Harding Ave., Ste. 225
Miami Beach, FL 33154


ADKAT, LLC
7008 Deep Creek Court
Bethesda, MD 20817


Afram, Inc.
5450 REISTERSTOWN ROAD
Baltimore, MD 21215


Alexander Frederic Berthan Revocable Tru
700 Lake Drive
West Palm Beach, FL 33422


Alexandra Gerard
700 Lake Drive
Boca Raton, FL 33432


American Express
POB 1270
Newark, NJ 07101


Anne Davis
11109 Piney Meetinghouse Rd.
Potomac, MD 20854


Assurant
c/o Jeffrey Greenberg, Esquire
25 S. Charles St.
21st Floor
Baltimore, MD 21201

Avocado Isle Capital, LLc
2711 Centerville Rd.
Suite 400
Wilmington, DE 19808


Barry and Lyn Chasen
15299 Vintage Oaks Lane
Elray Beach, FL


Bridger Thomas
2795 E. Cottonwood Parkway
Suite 600
Salt Lake City, UT 84115


BTM Investment Holdings, LLC
2795 E. Cottonwood Parkway
Suite 600
Salt Lake City, UT 84115


Capital LIghting and Supply
c/o Robert J. Schuster, Esquire
12850 MIDDLEBROOK ROAD
SUITE 225
Germantown, MD 20874


Caplan Bros. Inc.
700 W. HAMBURG ST
Baltimore, MD 21230


Catherine Chasen
13916 Green Branch Drive
Phoenix, MD 21131


Dan Waldman
201 W. 90th St.
New York, NY 10024


David L. Cohen Revocable Trust
232 Bears Club Drive
Jupiter, FL 33477

David L. Cohen Revocable Trust
338 s. bEACH rD.
Hobe Sound, FL 33455


DON BOWMAN FURNITURE REPAIR
1494 Gensa Drive
Hanover, MD 21076


Dugue Construction
11000 Brokenland Parkway
Suite 600
Columbia, MD 21044


Edwin Bradley
600 Wood Glenn Court
Lutherville Timonium, MD 21093


Essex Financial
2000 S Colorado Blvd
Bldg 2 | Suite 300
Denver, CO 80222


Family Pension 401K
150 E. Palmetto Suite 404
Boca Raton, FL 33432


Family Pension Corp. 401K
c/o Ice Miller
100 Light St.
#1350
Baltimore, MD 21202


Ferguson Enterprises
13890 Lowe Street
Chantilly, VA 20151


First National Bank of Pennsyvania
300 East Lombard Street
Baltimore, MD 21202

Flaum-Lieberman Trust
325 Amber Way
Menlo Park, CA 94025


Four Kids Investment Fund, LLc
5825 Windsor Court
Boca Raton, FL 33496


H&H Capital
463 Adams St.
Denver, CO 80206


Harford County, Maryland
220 S. Main St.
Bel Air, MD 21014


Jacob Honig
150 E. Palmetto Park Rd., Ste. 404
Boca Raton, FL 33432


Jacob Honig 2019 Irrecvocable Trust
150 E. Palmetto Park Rd., Ste. 404
Boca Raton, FL 33432


Jared Grindle
1228 Mt. Pleasant Drive
Annapolis, MD 21409


Jeffrey Lichy
2000 Riveredge Pkwy
Atlanta, GA 30328


Jeffrey Martin
Martin Law Group
8065 Leesburg Pike
Suite 750
Vienna, VA 22182

Keith Flaum
Flaum Liberman Trust
325 Amber Way
Menlo Park, CA 94025


Lilycap Note Purchaser, LLC
300 E. Lombard St.
Baltimore, MD 21202


Mark Gross
4829 fAIRMONT aVE., #200
Bethesda, MD 20814


Mike Manders
12280 Wilkins Ave., Suite 201
Rockville, MD 20852


Nelson Gerard
700
Lake Drive
Boca Raton, FL 33432


Nelson Gerard
700 Lake Drive
Boca Raton, FL 33432


Nelson Gerard (Alexandra Trust)
700
Lake Drive
Boca Raton, FL 33432


Nelson Gerard TTEE Ima Gross 2009
700
Lake Drive
Boca Raton, FL 33432


Nelson Gerard TTEEE Ima Gross
700 Lake Drive
Boca Raton, FL 33432

Orrstown Bank
2695 Philadelphia Avenue
Chambersburg, PA 17201


Paul Davis
5911 Ryland Drive
Bethesda, MD 20817


Paul Davis
5911 Ryland Dr.
Bethesda, MD 20817


PR Giv, LLC
1 Research Court
Suite 450
Rockville, MD 20850


Protective Commercial Mortgage
2801 Highway 280 Sout
Birmingham, AL 35223


Red Bridge Financial
175 Greenwich St
3 World Trade Center, 38th Floor
New York, NY 10007


Renee JHonig 2019 Irrevocable Truste DTD
5825 Windsor Court
Boca Raton, FL 33496


Richard Burch, Esquire
222 Bosley Ave Suite A1
Towson, MD 21204


Sandy Spring Bank
6831 Benjamin Franklin Drive
Columbia, MD 21046

Scott Robinson
11350 McCormick Rd.
Executive Plaza II, Suite 601
Hunt Valley, MD 21031


SFO Ventures, LLC
41100 Rosemary Street
Chevy Chase, MD 20815


Southland Insulators of Maryland, Inc.
C/O NCS
729 minor Road
Cleveland, OH 44143


SSMC GST Trust
399 Park Avbe.
New York, NY 10022


Stan Corp.
c/o McEwen Gisvold llp
1600 Standard Plaza, 1100 S.W. Sixth Ave
Portland, OR 97204


Standard Insurance
c/o Scott Foley, Esquire
Shapiro Sher
250 W. Pratt St., #2000
Baltimore, MD 21201


Stetson Capital Investments, Inc.
811 SE 26th Ave.
Fort Lauderdale, FL 33301


Steven C. and Heather Tourkin
Equity House II
410 Northway
Baltimore, MD 21218

Steven C. Tourkin
Equity House II
410 Northway
Baltimore, MD 21218


Steven C. Tourkin
2401 Holiday Ranch Loop Rd.
Park City, UT 84060


STJ, LLC
5911 Ryland Drive
Bethesda, MD 20817


Supplies Unlimited, Inc.
2201 Halethorpe Farms Road
Halethorpe, MD 21227


The Gerard Family Subchapter S
700 Lake Drive
Boca Raton, FL 33496


Tierra Stetson
811 SE 26th Ave.
Fort Lauderdale, FL 33301


Tom Clute
399 Park Ave.
New York, NY 10022


United Bank
Attn: Bankruptcy
500 Virginia St E
Charleston, WV 26301


United Bank
500 Virginia St E
Charleston, WV 25392

Waste Management of Maryland, Inc.
625 Cherrington Parkway
Coraopolis, PA 15108

**United States Bankruptcy Court**
**District of Maryland**

In re   **Brandon M. Chasen, Sr.**

_____
                                        Debtor(s)

Case No.   **25-15437**
Chapter    **7**

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Amended Schedules  will be served electronically by the Court's CM/ECF system on the following:

Joshua D. Bradley jbradley@rosenbergmartin.com,

lfeigh@rosenbergmartin.com

Aaron L. Casagrande aaron.casagrande@icemiller.com

Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Scott W. Foley swf@shapirosher.com,

ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.

com

Adam M. Freiman adam@pikesvillelaw.com, r54650@notify.bestcase.com

Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com

Jeffrey Greenberg jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>

Zvi Guttman zvi@zviguttman.com,

zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com

Andre' R Weitzman aequityhouse@aol.com

Heather Kirkwood Yeung hyeung@darslaw.com

I hereby further certify that on November 1, 2025, a copy of the same    was also mailed to the addresses on the attached list and by first class mail, postage prepaid to:

Adam Gottbertman
Adam Gottbertman
Adam Stern
ADKAT, LLC
Afram, Inc.
Alexander Frederic Berthan Revocable Tru
Alexandra Gerard
American Express
Anne Davis
Assurant
Avocado Isle Capital, LLc
Barry and Lyn Chasen
Bridger Thomas
BTM Investment Holdings, LLC
Capital LIghting and Supply
Caplan Bros. Inc.
Catherine Chasen
Dan Waldman
David L. Cohen Revocable Trust
David L. Cohen Revocable Trust
DON BOWMAN FURNITURE REPAIR
Dugue Construction
Edwin Bradley
Essex Financial
Family Pension 401K
Family Pension 401K
Family Pension 401K
Family Pension 401K
Family Pension Corp. 401K
Ferguson Enterprises
First National Bank of Pennsyvania
Flaum-Lieberman Trust
Four Kids Investment Fund, LLc
Four Kids Investment Fund, LLc
Four Kids Investment Fund, LLc
H&H Capital
Harford County, Maryland
Jacob Honig
Jacob Honig 2019 Irrecvocable Trust
Jared Grindle
Jeffrey Lichy
Jeffrey Martin
Keith Flaum
Lilycap Note Purchaser, LLC
Mark Gross

| |
|---|
| Mike Manders |
| Nelson Gerard |
| Nelson Gerard |
| Nelson Gerard (Alexandra Trust) |
| Nelson Gerard TTEE Ima Gross 2009 |
| Nelson Gerard TTEEE Ima Gross |
| Orrstown Bank |
| Paul Davis |
| PR Giv, LLC |
| Protective Commercial Mortgage |
| Red Bridge Financial |
| Renee JHonig 2019 Irrevocable Truste DTD |
| Renee JHonig 2019 Irrevocable Truste DTD |
| Renee JHonig 2019 Irrevocable Truste DTD |
| Richard Burch, Esquire |
| Sandy Spring Bank |
| Scott Robinson |
| SFO Ventures, LLC |
| SFO Ventures, LLC |
| Southland Insulators of Maryland, Inc. |
| SSMC GST Trust |
| Stan Corp. |
| Standard Insurance |
| Stetson Capital Investments, Inc. |
| Steven C. and Heather Tourkin |
| Steven C. Tourkin |
| Steven C. Tourkin |
| STJ, LLC |
| Supplies Unlimited, Inc. |
| The Gerard Family Subchapter S |
| Tierra Stetson |
| Tom Clute |
| United Bank |
| United Bank |
| United Bank |
| United Bank |
| Waste Management of Maryland, Inc. |

/s/ Adam M. Freiman
Adam M. Freiman 23047 CPF#:9306230121
Law Offices of Adam M. Freiman, P.C.
115 McHenry Ave.
Suite B4
Pikesville, MD 21208
410-486-3500Fax:410-630-8066
adam@pikesvillelaw.com