**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brandon M. Chasen, Sr.** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 25-15437 |

■ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **18555 COLLINS AVE**<br>**North Miami Beach, FL 33160** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **13916 GREEN BRANCH DR,**<br>**Phoenix, MD 21131** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **300 International Drive**<br>**Unit 2601**<br>**Baltimore, MD 21202** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **4304 Saint Paul Street**<br>**Baltimore, MD 21218** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                              Case number *(if known)*    **25-15437**

---

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.  Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $0.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | **Unknown** | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $527,834.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |

**5.  Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■  No
☐  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from<br>each source**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions<br>and exclusions) |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■  **No.   Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

   ■  **No.**    Go to line 7.

   ☐  **Yes**    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

---

| Debtor 1 | **Brandon M. Chasen, Sr.** | | Case number *(if known)* | **25-15437** |
|---|---|---|---|---|

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Catherine Chasen**<br>**13916 Green Branch Drive**<br>**Phoenix, MD 21131** | **2023-2025** | **Unknown** | **$0.00** | **Support for spouse and 4 children** |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| | | | | |

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                    Case number *(if known)*    **25-15437**

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Case Number** | | | ☐ Pending |
| | | | ☐ On appeal |
| **Name** | | | ☐ Concluded |
| **Date of Birth** | | | |
| **Party Type** | | | |
| **Court** | | | |
| **Case Type** | | | |
| **Case Status** | | | |
| **Filing Date** | | | |
| **Case Caption** | | | |

**C15CV24006645**

**Chasen, Brandon M. Sr.**

**Defendant**

**Montgomery County Circuit Court**

**Confessed Judgment**

**Reopened**

**12/16/2024**

**First National Bank of Pennsylvania vs. CC 1400 Aliceanna Street LLC, et al.**

**C15JG24009411**

**Chasen, Brandon**

**Defendant**

**Montgomery County Circuit Court**

**Judgment - Other Court**

**Reopened**

**12/10/2024**

**Sandy Spring Bank vs. C**

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
   Check all that apply and fill in the details below.

   ☐ No. Go to line 11.
   ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  **Brandon M. Chasen, Sr.**                                                    Case number *(if known)*  **25-15437**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Santander Comsumer USA<br>POB 105255<br>Atlanta, GA 30348** | **2023 Rolls Royce Cullinan**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>☐ Property was attached, seized or levied. | **1/2025** | **Unknown** |
| **Santander Comsumer USA<br>POB 105255<br>Atlanta, GA 30348** | **Ferarri F8**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **1/2025** | **Unknown** |
| **Grasshopper Bank** | **2008 115' Technomar Grasshopper**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **7/2025** | **Unknown** |
| **Sandy Springs Bank<br>17801 Georgia Avenue<br>Olney, MD 20832** | **Bank account at United Bank**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **unkown** | **$0.00** |
| **Sandy Springs Bank<br>17801 Georgia Avenue<br>Olney, MD 20832** | **Fidelity Investment account**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **unkown** | **$14,000.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

Debtor 1    **Brandon M. Chasen, Sr.**                                      Case number (if known) **25-15437**

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **The Minor Children of the Debtor**<br><br>Person's relationship to you: | **Debtor has given his minor children items and purchases which would qualify as those things necesssary and reasonable for the health, safety and welfare of said children. While those things would not qualify as "gifts", the Debtor has also purchased and given to his children items with a value in excess of $600 per child (birthday gifts, holiday gifts, school rewards, etc.) so in an abundance of caution is disclosing it here.** | **6/2023-6-2025** | **Unknown** |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Various Recipients** | **Debtor was philanthropic when his circumstances permitted him to do so.** | **2023-2025** | **Unknown** |

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1   **Brandon M. Chasen, Sr.**                                                   Case number *(if known)*   **25-15437**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Adam M. Freiman<br>115 McHenry Ave., Suite B-4<br>Pikesville, MD 21208<br>Beker Donelson law firm paid utilizing Debtor's funds** | **Debtor used proceeds from the liquidation of his exempt 401K which were held in Escrow and transferred to Counsel** | **June 26, 2025** | **$50,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Adam M. Freiman<br>115 McHenry Ave., Suite B-4<br>Pikesville, MD 21208** | **Counsel was paid to represent Chasen Construction, and related entities in December, 2024. Included in Counsel's representation was work performed on behalf of Chasen Constrution and related entities, Brandon Chasen personally, and Paul Davis, personally. This amount does not include services rendered in the bankruptcy case. Approximately 50% of the fee was utilized representing Chasen business entities, Approximately 50% of the fee was utilized representing the partners each individually.** | **12/2024** | **$50,000.00** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Catherine Chasen<br>13916 Green Branch Drive<br>Phoenix, MD 21131<br><br>Wife** | **13916 Green Branch Drive<br>Phoenix, MD  21131** | **None** | **4/23/2024** |
| **Catherine Chasen<br>13916 Green Branch Drive<br>Phoenix, MD 21131<br><br>Wife** | **12201 White Stree<br>Ocean City, MD** | **None** | **11/2024** |

Debtor 1    **Brandon M. Chasen, Sr.**                    Case number *(if known)*  **25-15437**

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**  Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- ■ No
- ☐ Yes.  Fill in the details.

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

Debtor 1    **Brandon M. Chasen, Sr.**                                              Case number *(if known)*  **25-15437**

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.** Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed<br>EIN:<br><br>From-To |
|---|---|---|
| | | EIN:<br><br>From-To |

Debtor 1   **Brandon M. Chasen, Sr.**                                   Case number *(if known)*   **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CHASEN ACQUISITIONS LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **PASS THROUGH ENTITY**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To   **12/30/2020 -** |
| **CHASEN CONSTRUCTION LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **DEVELOPMENT, FINANCING,**<br>**CONSTRUCTION, MARKETING,**<br>**LEASING, REPAIRS & MAINT**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:   **82-2767722**<br><br>From-To   **9/13/2017 -** |
| **CHASEN HOLDINGS LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **PASS THROUGH ENTITY**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:   **86-1379490**<br><br>From-To   **01/12/2021 -** |
| **CHASEN PROPERTIES LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To   **04/30/2018 -** |
| **HARBOR MANAGEMENT GROUP LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **PROPERTY MANAGEMENT**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:   **83-1448046**<br><br>From-To   **8/3/2018** |

| Debtor 1 | **Brandon M. Chasen, Sr.** | Case number *(if known)* **25-15437** |
| --- | --- | --- |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| **12 W MONTGOMERT STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN: **82-3500266**<br><br>From-To  **11/27/2017 -** |
| **1702 LIGHT STREET PLACE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN: **81-4174321**<br><br>From-To  **10/19/2016 -** |
| **1719 EASTERN AVE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN: **83-0753144**<br><br>From-To  **06/04/2018 -** |
| **1742 FLEET STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN: **83-1982021**<br><br>From-To  **09/21/2018 -** |
| **2402 FOUR SEASONS LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN: **86-3096783**<br><br>From-To  **11/25/2022 - 12/31/2025** |

| Debtor 1 | **Brandon M. Chasen, Sr.** | Case number (*if known*) | **25-15437** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **280 E PALMETTO PARK ROAD LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |
| **415 ST PAUL PLACE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:       82-4442365<br><br>From-To   02/16/2018 - |
| **9 N HOWARD STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:       83-2313890<br><br>From-To   10/24/2018 - |
| **CC 10 AND 12 W BIDDLE STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To   10/26/2023 - |
| **CC 10 E BIDDLE STREET LLC**<br>**1511 Eastern Avenue Baltimore,**<br>**MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To   - 12/31/2024 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   **Brandon M. Chasen, Sr.**                                    Case number *(if known)*   **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 10 W BIDDLE STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To   **- 12/31/2024** |
| **CC 1005 NORTH CHARLES STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:   **88-1070368**<br><br>From-To   **03/27/2022 -** |
| **CC 1012 N CALVERT STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:   **86-1620626**<br><br>From-To   **01/22/2021 - 12/31/2021** |
| **CC 1020 N CALVERT STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:   **86-1566292**<br><br>From-To   **1/20/2021 - 12/31/2021** |
| **CC 1022 N CALVERT STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:   **86-1531860**<br><br>From-To   **1/19/2021- 12/31/2021** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Brandon M. Chasen, Sr.** | Case number *(if known)* | **25-15437** |

| Business Name<br>Address<br><sub>(Number, Street, City, State and ZIP Code)</sub> | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 1038 N CALVERT STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **86-1478019**<br><br>From-To   **1/15/2021 - 12/31/2021** |
| **CC 1114 SAINT PAUL STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **93-4414098**<br><br>From-To   **11/15/2023 -** |
| **CC 115 E EAGER STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **85-2580702**<br><br>From-To   **08/18/2020 -** |
| **CC 116 PRINCESS LONA LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE BOAT**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **88-4084464**<br><br>From-To   **09/08/2022 - 12/31/2025** |
| **CC 12 W BIDDLE STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To   **- 12/31/2024** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                    Case number *(if known)*    **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 1210 N CALVERT STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **86-1450450**<br><br>From-To    **01/14/2021 - 12/31/2021** |
| **CC 13 E READ STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **86-1215846**<br><br>From-To    **01/05/2021 -** |
| **CC 1400 ALICEANNA STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **87-2840618**<br><br>From-To    **09/28/2021 - 12/31/2025** |
| **CC 1517 EASTERN AVE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **87-1865679**<br><br>From-To    **07/27/2021 -** |
| **CC 1720 SAINT PAUL STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **92-0980249**<br><br>From-To    **11/09/2022 -** |

Debtor 1    **Brandon M. Chasen, Sr.**                                            Case number (*if known*)  **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 201 E BALTIMORE STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **87-4208488**<br><br>From-To   **01/03/2022 -** |
| **CC 21 E EAGER STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |
| **CC 2125 JACKSON BLUFF ROAD LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **92-3886446**<br><br>From-To   **05/04/2023 - 12/31/2025** |
| **CC 2202 WEST PENSACOLA STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **88-4063766**<br><br>From-To   **09/07/2022 - 12/31/2025** |
| **CC 300 CATHEDRAL STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **86-3664158**<br><br>From-To   **05/04/2021 -** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                    Case number *(if known)*    **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 311 CATHEDRAL STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | **EIN:**      **87-3375461**<br><br>**From-To**   **11/02/2021 -** |
| **CC 330 N CHARLES STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | **EIN:**      **93-4560035**<br><br>**From-To**   **11/27/2023 -** |
| **CC 3522 BEECH AVE LLC**<br>**1511  Eastern  Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | **EIN:**      **93-1701992**<br><br>**From-To**   **06/05/2023 -** |
| **CC 4 AND 10 E BIDDLE STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | **EIN:**      **93-4325857**<br><br>**From-To**   **11/09/2023 -** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | Brandon M. Chasen, Sr. | Case number *(if known)* | 25-15437 |
| --- | --- | --- | --- |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| **CC 4000 LINKWOOD ROAD LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376326**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **88-3517234**<br><br>From-To    **08/02/2022 -** |
| **CC 417 SAINT PAUL PLACE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376326**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **87-3084767**<br><br>From-To    **10/13/2021 -** |
| **CC 419 SAINT PAUL PLACE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376326**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **87-1195295**<br><br>From-To    **12/18/2019 -** |
| **CC 517 SOUTH BROADWAY LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376326**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **92-0372194**<br><br>From-To    **09/20/2022 -** |
| **CC 523 SOUTH BROADWAY LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376326**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **93-2054631**<br><br>From-To    **06/26/2023 -** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Brandon M. Chasen, Sr.** | Case number *(if known)* | 25-15437 |

| Business Name<br>Address<br><small>(Number, Street, City, State and ZIP Code)</small> | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 600 SOUTH CAROLINE STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:     **87-1861527**<br><br>From-To   **07/26/2021 -** |
| **CC 601 SOUTH BROADWAY LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:     **85-3030015**<br><br>From-To   **09/16/2020 -** |
| **CC 7 AND 9 E EAGER STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:     **93-4279552**<br><br>From-To   **11/07/2023 -** |
| **CC 7 E EAGER STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |
| **CC 8 AND 21 E EAGER STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:     **93-4346191**<br><br>From-To   **11/10/2023 -** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  **Brandon M. Chasen, Sr.**

Case number *(if known)*  **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 8 E EAGER STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |
| **CC 816 PARK AVE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:     **88-1083872**<br><br>From-To   **03/08/2022 -** |
| **CC 9 E EAGER STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |
| **CC 817 SAINT PAUL STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:     **93-4269549**<br><br>From-To   **11/16/2023 -** |
| **CC 902 SAINT PAUL ST LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:     **85-2711019**<br><br>From-To   **08/26/2020 -** |

Debtor 1  **Brandon M. Chasen, Sr.**                              Case number *(if known)*  **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 906 AND 935 SAINT PAUL STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:      93-4302704<br><br>From-To   11/08/2023 - |
| **CC 906 SAINT PAUL LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |
| **CC 921 AND 923 SAINT PAUL STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:      93-4390160<br><br>From-To   11/14/2021 - |
| **CC 921 SAINT PAUL STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |
| **CC 923 SAINT PAUL STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |

Debtor 1   **Brandon M. Chasen, Sr.**                    Case number *(if known)*   **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC 930 N CALVERT STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>**From-To**    **- 12/31/2021** |
| **CC 935 SAINT PAUL STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>**From-To** |
| **CC 938 N CALVERT STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>**From-To**    **- 12/31/2021** |
| **CC BROWARD 110 LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE BOAT**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **85-4387565**<br><br>**From-To**    **12/22/2020 - 12/31/2023** |
| **CC CHATEAUS DE MOUNT VERNON LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **86-3140354**<br><br>**From-To**    **04/08/2021 -** |

Debtor 1   **Brandon M. Chasen, Sr.**                              Case number (*if known*)  **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| **CC HARGRAVE 101 LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE BOAT**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:   **85-3886914**<br><br>From-To   **11/13/2020 - 12/31/2021** |
| **CC PARK PLACE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:   **87-1433489**<br><br>From-To   **6/29/2021 -** |
| **CC SERENITY COURT LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:   **99-1200081**<br><br>From-To   **02/07/2024 - 12/31/2025** |
| **CC SHEEP RANCH LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:   **87-3458033**<br><br>From-To   **09/28/2021 - 12/31/2024** |
| **CC THE BEAR LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **NO BUSINESS ACTIVITY**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Brandon M. Chasen, Sr.** | | Case number *(if known)* | **25-15437** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CC THE BO LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:      **92-3195539**<br><br>From-To   **03/29/2023 -** |
| **CC THE BRANDON II LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **NO BUSINESS ACTIVITY**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |
| **CC THE BRANDON LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **NO BUSINESS ACTIVITY**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |
| **CC CHATEAUS II LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **NO BUSINESS ACTIVITY**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |
| **CC THE JIMMY LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:      **92-1236407**<br><br>From-To   **09/07/2022 - 12/31/2025** |

Debtor 1  **Brandon M. Chasen, Sr.**                                    Case number (*if known*)  **25-15437**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| **CC THE LYN LLC 1511 Eastern Avenue Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES** MICHELLE MCLOUGHLIN M&M Consulting & Tax Services, Inc 85-3376316 (443)-962-3407 2 E Joppa Rd Towson MD 21286 | EIN: **87-1968600** From-To  **08/22/2021 -** |
| **CC THE MOLLY LLC 1511 Eastern Avenue Baltimore, MD 21231** | **NO BUSINESS ACTIVITY** MICHELLE MCLOUGHLIN M&M Consulting & Tax Services, Inc 85-3376316 (443)-962-3407 2 E Joppa Rd Towson MD 21286 | EIN: From-To |
| **CC THE REGENCY LLC 1511 Eastern Avenue Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES** MICHELLE MCLOUGHLIN M&M Consulting & Tax Services, Inc 85-3376316 (443)-962-3407 2 E Joppa Rd Towson MD 21286 | EIN: **87-1749473** From-To  **07/19/2021 -** |
| **CC THE SEMINOLE LLC 1511 Eastern Avenue Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES** MICHELLE MCLOUGHLIN M&M Consulting & Tax Services, Inc 85-3376316 (443)-962-3407 2 E Joppa Rd Towson MD 21286 | EIN: **99-1131738** From-To  **02/05/2024 - 12/31/2025** |
| **CC THE WHITNEY LLC 1511 Eastern Avenue Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES** MICHELLE MCLOUGHLIN M&M Consulting & Tax Services, Inc 85-3376316 (443)-962-3407 2 E Joppa Rd Towson MD 21286 | EIN: **92-0425126** From-To  **09/22/2022 -** |
| | | EIN: From-To |

| Debtor 1 | **Brandon M. Chasen, Sr.** | | Case number (*if known*) | **25-15437** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CDA FX HOLDINGS LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **NO BUSINESS ACTIVITY**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | **EIN:**<br><br>**From-To** |
| **CDA   HOLDINGS   LLC**<br>**1511   Eastern   Avenue**<br>**Baltimore, MD 21231** | **NO BUSINESS ACTIVITY**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | **EIN:**     **92-1146270**<br><br>**From-To**   **11/25/2022 - 12/31/20223** |
| **CS 1122 N CALVERT LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | **EIN:**     **84-1917208**<br><br>**From-To**   **05/29/2019 -** |
| **CC WASHINGTON HOUSE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | **EIN:**     **86-3521482**<br><br>**From-To**    **04/27/2021 -** |
| **CS 1511 EASTERN AVE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | **EIN:**     **84-2692081**<br><br>**From-To**   **08/12/2019 -** |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                        Case number *(if known)*    **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CS 1617 EASTERN AVE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **83-3691151**<br><br>From-To    **02/22/2019 -** |
| **CS 1709 FLEET STREET LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **84-2533573**<br><br>From-To    **08/16/2019 -** |
| **CS 211 SAINT PAUL PLACE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **84-2521817**<br><br>From-To    **10/01/2019 -** |
| **CS 421 SOUTH BROADWAY LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **84-4012914**<br><br>From-To    **12/18/2019 -** |
| **CS 500 SOUTH BOND STREET LLC**<br>**1511    Eastern    Avenue**<br>**Baltimore,    MD    21231** | **OWN AND OPERATE RENTAL PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:    **85-1384056**<br><br>From-To    **06/11/2020 -** |

Debtor 1   **Brandon M. Chasen, Sr.**               Case number *(if known)*   **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **CS 520 SOUTH CAROLINE STREET LLC**<br>1511 Eastern Avenue<br>Baltimore, MD 21231 | OWN AND OPERATE RENTAL PROPERTIES<br><br>MICHELLE MCLOUGHLIN<br>M&M Consulting & Tax Services, Inc<br>85-3376316<br>(443)-962-3407<br>2 E Joppa Rd<br>Towson MD 21286 | EIN:      84-3844738<br><br>From-To   12/3/2019 - |
| **CS 631 CONSTITUTION LLC**<br>1511 Eastern Avenue<br>Baltimore, MD 21231 | OWN AND OPERATE RENTAL PROPERTIES<br><br>MICHELLE MCLOUGHLIN<br>M&M Consulting & Tax Services, Inc<br>85-3376316<br>(443)-962-3407<br>2 E Joppa Rd<br>Towson MD 21286 | EIN:      83-2767660<br><br>From-To   12/10/2018 - |
| **FS 2601 LLC**<br>1511 Eastern Avenue<br>Baltimore, MD 21231 | OWN AND OPERATE RENTAL PROPERTIES<br><br>MICHELLE MCLOUGHLIN<br>M&M Consulting & Tax Services, Inc<br>85-3376316<br>(443)-962-3407<br>2 E Joppa Rd<br>Towson MD 21286 | EIN:      87-2786455<br><br>From-To   09/23/2021 - 12/31/2025 |
| **FS 2603 LLC**<br>1511 Eastern Avenue<br>Baltimore, MD 21231 | OWN AND OPERATE RENTAL PROPERTIES<br><br>MICHELLE MCLOUGHLIN<br>M&M Consulting & Tax Services, Inc<br>85-3376316<br>(443)-962-3407<br>2 E Joppa Rd<br>Towson MD 21286 | EIN:      88-2996771<br><br>From-To   09/23/2021 - 12/31/2024 |
| **LIVE LOADS LLC**<br>1511 Eastern Avenue<br>Baltimore, MD 21231 | DEMO & DUMP TRUCK SERVICES<br><br>MICHELLE MCLOUGHLIN<br>M&M Consulting & Tax Services, Inc<br>85-3376316<br>(443)-962-3407<br>2 E Joppa Rd<br>Towson MD 21286 | EIN:      84-2937757<br><br>From-To   09/04/2019 - 12/31/2023 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Brandon M. Chasen, Sr.** | Case number *(if known)* | **25-15437** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **MM REVIVE LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **NO BUSINESS ACTIVITY**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:<br><br>From-To |
| **PB7 INVESTMENTS LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **INVESTMENTS**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc** | EIN:     **87-1591549**<br><br>From-To   **07/08/2021 - 12/31/2024** |
| **STJ BURNLEY LLC**<br>**1106 GREENHILL AVENUE**<br>**WILMINGTON DE 19805** | **INVESTMENT**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:     **85-2743194**<br><br>From-To   **08/27/2020 -** |
| **STJ INVESTMENTS LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **INVESTMENT**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc** | EIN:<br><br>From-To |
| **STJ MONACO LLC**<br>**5911 RYLAND DRIVE**<br>**BETHESDA, MD 20817** | **PRIVATE COMPANY INVESTMENT**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:     **84-5084416**<br><br>From-To   **08/26/2019 -** |
| **STONE HOUSE LENDING LLC**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | **CASH ADVANCE & LENDING**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | EIN:     **81-4009224**<br><br>From-To   **10/16/2016 - 12/31/2023** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                              Case number *(if known)*    **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **ZUCKERBURG MANAGEMENT LLC**<br>**1511 EASTERN AVENUE**<br>**BALTIMORE, MD, 21231** | **OWN AND OPERATE RENTAL**<br>**PROPERTIES**<br><br>**MICHELLE MCLOUGHLIN**<br>**M&M Consulting & Tax Services, Inc**<br>**85-3376316**<br>**(443)-962-3407**<br>**2 E Joppa Rd**<br>**Towson MD 21286** | **EIN:**<br><br>**From-To** |
| | | **EIN:**<br><br>**From-To** |
| | | **EIN:**<br><br>**From-To** |
| | | **EIN:**<br><br>**From-To** |
| | | **EIN:**<br><br>**From-To** |
| | | **EIN:**<br><br>**From-To** |
| | | **EIN:**<br><br>**From-To** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Brandon M. Chasen, Sr.**                                    Case number *(if known)*   **25-15437**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed<br>EIN:<br><br>From-To |
| --- | --- | --- |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
| --- | --- |
| **United Bank**<br>**Attn: Bankruptcy**<br>**500 Virginia St E**<br>**Charleston, WV 26301** | |
| **First National Bank of PA**<br>**One North Shore Cent**<br>**Pittsburgh, PA 15212** | |
| **Sandy Springs Bank**<br>**17801 Georgia Avenue**<br>**Olney, MD 20832** | |
| **Red Bridge Financial**<br>**175 Greenwich St**<br>**3 World Trade Center, 38th Floor**<br>**New York, NY 10007** | |
| **Stan Corp.**<br>**c/o McEwen Gisvold llp**<br>**1600 Standard Plaza, 1100 S.W.**<br>**Sixth Ave**<br>**Portland, OR 97204** | |
| **Arrowmark Partners**<br>**100 Fillmore St.,**<br>**325**<br>**Denver, CO 80206** | |

Debtor 1   **Brandon M. Chasen, Sr.**                                    Case number *(if known)*   **25-15437**

---

| **Part 12:** | Sign Below |

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Brandon M. Chasen, Sr.
_____           _____
**Brandon M. Chasen, Sr.**                 **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **November  8, 2025**                Date   _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

```
Adam Gottbertman
230 Vesey St.
New York, NY 10080


Adam Stern
9429 Harding Ave., Ste. 225
Miami Beach, FL 33154


ADKAT, LLC
7008 Deep Creek Court
Bethesda, MD 20817


Afram, Inc.
5450 REISTERSTOWN ROAD
Baltimore, MD 21215


Alexander Frederic Berthan Revocable Tru
700 Lake Drive
West Palm Beach, FL 33422


Alexandra Gerard
700 Lake Drive
Boca Raton, FL 33432


American Express
POB 1270
Newark, NJ 07101


Anne Davis
11109 Piney Meetinghouse Rd.
Potomac, MD 20854


Assurant
c/o Jeffrey Greenberg, Esquire
25 S. Charles St.
21st Floor
Baltimore, MD 21201
```

```
Avocado Isle Capital, LLc
2711 Centerville Rd.
Suite 400
Wilmington, DE 19808


Barry and Lyn Chasen
15299 Vintage Oaks Lane
Elray Beach, FL


Bridger Thomas
2795 E. Cottonwood Parkway
Suite 600
Salt Lake City, UT 84115


BTM Investment Holdings, LLC
2795 E. Cottonwood Parkway
Suite 600
Salt Lake City, UT 84115


Capital LIghting and Supply
c/o Robert J. Schuster, Esquire
12850 MIDDLEBROOK ROAD
SUITE 225
Germantown, MD 20874


Caplan Bros. Inc.
700 W. HAMBURG ST
Baltimore, MD 21230


Catherine Chasen
13916 Green Branch Drive
Phoenix, MD 21131


Dan Waldman
201 W. 90th St.
New York, NY 10024


David L. Cohen Revocable Trust
232 Bears Club Drive
Jupiter, FL 33477
```

David L. Cohen Revocable Trust
338 s. bEACH rD.
Hobe Sound, FL 33455


DON BOWMAN FURNITURE REPAIR
1494 Gensa Drive
Hanover, MD 21076


Dugue Construction
11000 Brokenland Parkway
Suite 600
Columbia, MD 21044


Edwin Bradley
600 Wood Glenn Court
Lutherville Timonium, MD 21093


Essex Financial
2000 S Colorado Blvd
Bldg 2 | Suite 300
Denver, CO 80222


Family Pension 401K
150 E. Palmetto Suite 404
Boca Raton, FL 33432


Family Pension Corp. 401K
c/o Ice Miller
100 Light St.
#1350
Baltimore, MD 21202


Ferguson Enterprises
13890 Lowe Street
Chantilly, VA 20151


First National Bank of Pennsyvania
300 East Lombard Street
Baltimore, MD 21202

Flaum-Lieberman Trust
325 Amber Way
Menlo Park, CA 94025


Four Kids Investment Fund, LLc
5825 Windsor Court
Boca Raton, FL 33496


H&H Capital
463 Adams St.
Denver, CO 80206


Harford County, Maryland
220 S. Main St.
Bel Air, MD 21014


Jacob Honig
150 E. Palmetto Park Rd., Ste. 404
Boca Raton, FL 33432


Jacob Honig 2019 Irrecvocable Trust
150 E. Palmetto Park Rd., Ste. 404
Boca Raton, FL 33432


Jared Grindle
1228 Mt. Pleasant Drive
Annapolis, MD 21409


Jeffrey Lichy
2000 Riveredge Pkwy
Atlanta, GA 30328


Jeffrey Martin
Martin Law Group
8065 Leesburg Pike
Suite 750
Vienna, VA 22182

Keith Flaum
Flaum Liberman Trust
325 Amber Way
Menlo Park, CA 94025


Lilycap Note Purchaser, LLC
300 E. Lombard St.
Baltimore, MD 21202


Mark Gross
4829 fAIRMONT aVE., #200
Bethesda, MD 20814


Mike Manders
12280 Wilkins Ave., Suite 201
Rockville, MD 20852


Nelson Gerard
700
Lake Drive
Boca Raton, FL 33432


Nelson Gerard
700 Lake Drive
Boca Raton, FL 33432


Nelson Gerard (Alexandra Trust)
700
Lake Drive
Boca Raton, FL 33432


Nelson Gerard TTEE Ima Gross 2009
700
Lake Drive
Boca Raton, FL 33432


Nelson Gerard TTEEE Ima Gross
700 Lake Drive
Boca Raton, FL 33432

Orrstown Bank
2695 Philadelphia Avenue
Chambersburg, PA 17201


Paul Davis
5911 Ryland Drive
Bethesda, MD 20817


Paul Davis
5911 Ryland Dr.
Bethesda, MD 20817


PR Giv, LLC
1 Research Court
Suite 450
Rockville, MD 20850


Protective Commercial Mortgage
2801 Highway 280 Sout
Birmingham, AL 35223


Red Bridge Financial
175 Greenwich St
3 World Trade Center, 38th Floor
New York, NY 10007


Renee JHonig 2019 Irrevocable Truste DTD
5825 Windsor Court
Boca Raton, FL 33496


Richard Burch, Esquire
222 Bosley Ave Suite A1
Towson, MD 21204


Sandy Spring Bank
6831 Benjamin Franklin Drive
Columbia, MD 21046

Scott Robinson
11350 McCormick Rd.
Executive Plaza II, Suite 601
Hunt Valley, MD 21031


SFO Ventures, LLC
41100 Rosemary Street
Chevy Chase, MD 20815


Southland Insulators of Maryland, Inc.
C/O NCS
729 minor Road
Cleveland, OH 44143


SSMC GST Trust
399 Park Avbe.
New York, NY 10022


Stan Corp.
c/o McEwen Gisvold llp
1600 Standard Plaza, 1100 S.W. Sixth Ave
Portland, OR 97204


Standard Insurance
c/o Scott Foley, Esquire
Shapiro Sher
250 W. Pratt St., #2000
Baltimore, MD 21201


Stetson Capital Investments, Inc.
811 SE 26th Ave.
Fort Lauderdale, FL 33301


Steven C. and Heather Tourkin
Equity House II
410 Northway
Baltimore, MD 21218

Steven C. Tourkin
Equity House II
410 Northway
Baltimore, MD 21218


Steven C. Tourkin
2401 Holiday Ranch Loop Rd.
Park City, UT 84060


STJ, LLC
5911 Ryland Drive
Bethesda, MD 20817


Supplies Unlimited, Inc.
2201 Halethorpe Farms Road
Halethorpe, MD 21227


The Gerard Family Subchapter S
700 Lake Drive
Boca Raton, FL 33496


Tierra Stetson
811 SE 26th Ave.
Fort Lauderdale, FL 33301


Tom Clute
399 Park Ave.
New York, NY 10022


United Bank
Attn: Bankruptcy
500 Virginia St E
Charleston, WV 26301


United Bank
500 Virginia St E
Charleston, WV 25392

Waste Management of Maryland, Inc.
625 Cherrington Parkway
Coraopolis, PA 15108

## United States Bankruptcy Court
### District of Maryland

In re   **Brandon M. Chasen, Sr.**                                    Case No.   **25-15437**
                                               Debtor(s)              Chapter   **7**

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Amended Statement of Financial Affairs will be served electronically by the Court's CM/ECF system on the following:

Joshua D. Bradley jbradley@rosenbergmartin.com,

lfeigh@rosenbergmartin.com

Aaron L. Casagrande aaron.casagrande@icemiller.com

Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Scott W. Foley swf@shapirosher.com,

ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.

com

Adam M. Freiman adam@pikesvillelaw.com, r54650@notify.bestcase.com

Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com

Jeffrey Greenberg jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>

Zvi Guttman zvi@zviguttman.com,

zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com

Andre' R Weitzman aequityhouse@aol.com

Heather Kirkwood Yeung hyeung@darslaw.com

I hereby further certify that on November 1, 2025, a copy of the same was also mailed to the addresses on the attached list and by first class mail, postage prepaid to:

Adam Gottbertman
Adam Gottbertman
Adam Stern
ADKAT, LLC
Afram, Inc.
Alexander Frederic Berthan Revocable Tru
Alexandra Gerard
American Express
Anne Davis
Assurant
Avocado Isle Capital, LLc
Barry and Lyn Chasen
Bridger Thomas
BTM Investment Holdings, LLC
Capital LIghting and Supply
Caplan Bros. Inc.
Catherine Chasen
Dan Waldman
David L. Cohen Revocable Trust
David L. Cohen Revocable Trust
DON BOWMAN FURNITURE REPAIR
Dugue Construction
Edwin Bradley
Essex Financial
Family Pension 401K
Family Pension 401K
Family Pension 401K
Family Pension 401K
Family Pension Corp. 401K
Ferguson Enterprises
First National Bank of Pennsyvania
Flaum-Lieberman Trust
Four Kids Investment Fund, LLc
Four Kids Investment Fund, LLc
Four Kids Investment Fund, LLc
H&H Capital
Harford County, Maryland
Jacob Honig
Jacob Honig 2019 Irrecvocable Trust
Jared Grindle
Jeffrey Lichy
Jeffrey Martin
Keith Flaum
Lilycap Note Purchaser, LLC
Mark Gross

Mike Manders
Nelson Gerard
Nelson Gerard
Nelson Gerard (Alexandra Trust)
Nelson Gerard TTEE Ima Gross 2009
Nelson Gerard TTEEE Ima Gross
Orrstown Bank
Paul Davis
PR Giv, LLC
Protective Commercial Mortgage
Red Bridge Financial
Renee JHonig 2019 Irrevocable Truste DTD
Renee JHonig 2019 Irrevocable Truste DTD
Renee JHonig 2019 Irrevocable Truste DTD
Richard Burch, Esquire
Sandy Spring Bank
Scott Robinson
SFO Ventures, LLC
SFO Ventures, LLC
Southland Insulators of Maryland, Inc.
SSMC GST Trust
Stan Corp.
Standard Insurance
Stetson Capital Investments, Inc.
Steven C. and Heather Tourkin
Steven C. Tourkin
Steven C. Tourkin
STJ, LLC
Supplies Unlimited, Inc.
The Gerard Family Subchapter S
Tierra Stetson
Tom Clute
United Bank
United Bank
United Bank
United Bank
Waste Management of Maryland, Inc.

/s/ Adam M. Freiman
Adam M. Freiman 23047 CPF#:9306230121
Law Offices of Adam M. Freiman, P.C.
115 McHenry Ave.
Suite B4
Pikesville, MD 21208
410-486-3500Fax:410-630-8066
adam@pikesvillelaw.com