In the United States Bankruptcy Court
For the District of Maryland
<u>Baltimore Division</u>

| | |
|---|---|
| In re: | ( |
| | ( |
| Brandon M. Chasen, Sr. | (   Case No.: 25-15437-NVA |
| | ( |
| Debtor(s) | (        (Chapter 7) |
| | ( |

## REPORT OF TRANSFER

To Creditors and Parties in Interest:

     On 11/18/2025, the Court entered an Order Granting Trustee's Motion for Authority to Use Property of the Estate, Enter into Limited Settlement with Stancorp and PR GIV LLC, and Facilitate Mortgage Assumption Transactions with Stancorp [Dkt. 104]. Thereunder, the Trustee was authorized to exercise his rights to transfer certain real estate on behalf of the Subject LLCs.* At closing, StanCorp was to pay the Trustee for the benefit of the Estate a carve-out of $25,000.00 for each of the Assumption Transactions* that closes, and in turn, the Trustee was to pay PR GIV, LLC 36.5% of the carve-out. All of the Assumption Transactions have closed, the Trustee has received the carve-out, and the Trustee has paid PR GIV, LLC 36.5% of the carve out.

     Creditors requesting additional information should contact the undersigned.

                                            /s/ Zvi Guttman
                                            Zvi Guttman (06902)
                                            The Law Offices of Zvi Guttman, P.A.
                                            P.O. Box 32308
                                            Baltimore, Maryland 21282
                                            (410) 580-0500
                                            Zvi@zviguttman.com

* As defined in the underlying Motion [Doc. 84].

**Certificate of Service**

I hereby certify that on this December 18, 2025, a copy of this Report was served via CM/ECF on:

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Joshua D. Bradley jbradley@rosenbergmartin.com,
lfeigh@rosenbergmartin.com

Aaron L. Casagrande Aaron.casagrande@Icemiller.com

Darrell William Clark darrell.clark@stinson.com,
catherine.scott@stinson.com

Alan D. Eisler aeisler@e-hlegal.com,
alaneisler@gmail.com

Scott W. Foley swf@shapirosher.com,
ajs@shapirosher.com,
ens@shapirosher.com,
blr@shapirosher.com,
LAR@shapirosher.com

Adam M. Freiman adam@pikesvillelaw.com,
r54650@notify.bestcase.com

Jason J. Giguere jgiguere@zwickerpc.com,
bknotices@zwickerpc.com

Jeffrey Greenberg jgreenberg@rosenbergmartin.com,
lfeigh@rosenbergmartin.com>,

Zvi Guttman zguttman@gmail.com,
zviguttman@outlook.com,
MD55@ecfcbis.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,
zviguttman@outlook.com,
MD55@ecfcbis.com

Andrew Janquitto aj@mhblaw.com

Michael J. Lichtenstein mjl@shulmanrogers.com,
tlockwood@shulmanrogers.com,
nlawal@shulmanrogers.com

Tracey Michelle Ohm tracey.ohm@stinson.com,
porsche.barnes@stinson.com

Roger Schlossberg trustee@schlosslaw.com,

MD20@ecfcbis.com

Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com

Morgan Taylor morgan.taylor@icemiller.com

Andre' R Weitzman aequityhouse@aol.com

Heather Kirkwood Yeung hyeung@darslaw.com

                                                      /s/ Zvi Guttman