UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

BRANDON M. CHASEN SR.　　　　　　　　　CASE NO: 25-15437

　　　　　　　　　　　　　　　　　　　　　　CHAPTER 7

\*\*\*

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please entry the appearances of Richard C. Burch as additional counsel on behalf of Catherine Chasen. He requests that he receive all notices, including notices of proceedings, hearings, and reports, at their email addresses below.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　*/s/ Richard C. Burch*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Richard C. Burch
　　　　　　　　　　　　　　　　　　　Mudd, Harrison & Burch, LLP
　　　　　　　　　　　　　　　　　　　222 Bosley Avenue, Suite A-1
　　　　　　　　　　　　　　　　　　　Towson, Maryland 21204
　　　　　　　　　　　　　　　　　　　T. 410 828 1335
　　　　　　　　　　　　　　　　　　　F 410 828 1042
　　　　　　　　　　　　　　　　　　　rcb@mhblaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2025, I efiled, eserved, emailed, and/or mailed a copy of this Entry of Appearance on all attorneys or parties of record.

*/s/ Richard C. Burch*
_____
Richard C. Burch