

Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| In re: | |
| Brandon M. Chasen, Sr. | Bankr. Case No.: 25-15437-NVA |
| Debtor(s) | (Chapter 7) |

### CONSENT ORDER RE: TURNOVER

UPON CONSIDERATION of the Motion for Entry of Consent Order Re: Turnover filed by Zvi Guttman, Chapter 7 Trustee; and

WHEREAS, among the Debtor's scheduled assets are certain funds held in an attorney escrow account maintained by the law firm of Baker Donelson. See, Schedule A/B-21. The Scheduled value of asset is $283,000 (the "Escrow"). The current balance in the escrow account is $89,580.95 (the "Escrow Balance");

WHEREAS, the Debtor and the Trustee disagree over the genesis of, ownership of, and the Debtor's claim of exemption in, the Escrow;

WHEREAS, Baker Donelson is a neutral stakeholder of the Escrow Balance pending resolution of the competing claims thereto; and

WHEREAS, the parties agree that Baker Donelson should be relieved of the continuing obligation to hold onto the Escrow Balance and that the Escrow Balance

should be turned over to the Trustee pending resolution of the competing claims thereto.

NOW, THEREFORE, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that Baker Donelson shall turn over the Escrow Balance to the Trustee within ten (10) days of entry of this Order; and it is

FURTHER ORDERED, that the Trustee shall hold the Escrow Balance in escrow pending an agreement of the parties or further order of this Court; and it is

FURTHER ORDERED, that the time period for the Trustee to object to the Debtor's claim of exemption in the Escrow Balance shall not commence until final entry of an Order of this Court establishing such time period; and it is

FURTHER ORDERED, that the turnover is without prejudice to any claims of the Debtor or the Trustee to the Escrow Balance, or the claims of the Trustee, if any, to recover for any prior disbursement from the Escrow Account from any party or person; and it is

FURTHER ORDERED, that the parties hereto shall be, and hereby are, authorized to take all reasonable steps expedient or necessary to consummate and implement the terms and intent of this Consent Order.

CONSENTED TO:

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500 (Phone)

**Counsel to the Trustee**

/s/ Matthew A. Mace
Matthew A. Mace (04788)
Baker Donelson
100 Light St., 19th Floor

/s/ Adam M. Freiman
Adam M. Freiman (23047)
115 McHenry Ave., Suite B4
Pikesville, Maryland 21208
adam@pikesvillelaw.com
410-486-3500

**Counsel to the Debtor**

Baltimore, MD 21202
(410) 685-1120

      I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation submitted to the Court are identical to those set forth in the original consent order/stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order/stipulation.
/s/ Zvi Guttman

**Suggested Distribution List**

Hugh M. (UST) Bernstein: hugh.m.bernstein@usdoj.gov
Joshua D. Bradley: jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Richard C Burch: rcb@mhblaw.com
Aaron L. Casagrande: Aaron.casagrande@Icemiller.com
Darrell William Clark: darrell.clark@stinson.com, catherine.scott@stinson.com
Alan D. Eisler: aeisler@e-hlegal.com, alaneisler@gmail.com
Scott W. Foley: swf@shapirosher.com, ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
Adam M. Freiman: adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere: jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg: jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
Zvi Guttman: zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Zvi Guttman: zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
Andrew Janquitto: aj@mhblaw.com
Michael J. Lichtenstein: mjl@shulmanrogers.com, tlockwood@shulmanrogers.com;nlawal@shulmanrogers.com
Tracey Michelle Ohm: tracey.ohm@stinson.com, porsche.barnes@stinson.com
Roger Schlossberg: trustee@schlosslaw.com, MD20@ecfcbis.com
Robert G. Shuster: rob@shusterlaw.com, courts@shusterlaw.com
Benjamin Smith: bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com;MZawalick@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rparadis@shulmanrogers.com
Morgan Taylor: morgan.taylor@icemiller.com
Andre' R Weitzman: aequityhouse@aol.com
Heather Kirkwood Yeung: hyeung@darslaw.com

**END OF ORDER**