United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 25-15437-NVA

Brandon M. Chasen, Sr.                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdfall | Total Noticed: 123 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brandon M. Chasen, Sr., 1511 Eastern Avenue, Baltimore, MD 21231-2328 |
| aty | Roger Schlossberg, Esquire, Frank J. Mastro, Esqui, P.O. Box 2067, Hagerstown, MD 21742-2067 |
| intp | + Assurant, Inc., Rosenberg Martin Greenberg, LLP, 25 S. Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + Capital Lighting & Supply, LLC D/B/A Capital Elect, 12850 Middlebrook Road, Suite 225, Germantown, MD 20874, UNITED STATES 20874-5279 |
| cr | + Catherine Marie Chasen, 510 Chadwick Road, Lutherville, MD 21093-2809 |
| cr | + Family Pension Corp. 401(k) Plan and Trust, ICE MILLER LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| cr | + Four Kids Investment Fund, LLC, Ice Miller LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| cr | + Jacob Honig, Ice Miller LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| cr | + Jonathan Honig, as Trustee by and for the Renee Ho, Ice Miller LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| acc | + Larry Strauss, Esq., CPA & Associates, Inc., 2310 Smith Avenue, Baltimore, MD 21209-2611 |
| | + Matthew A. Mace (04788), Baker Donelson, 100 Light St., 19th Floor, Baltimore, MD 21202-1153 |
| cr | + PR GIV, LLC, c/o Anthony Bobulinski, 1959 Calle Loiza # 6397, San Juan, PR 00914-1420 |
| cr | + Shepherd Electric Company, Incorporated, c/o Douglas H. Seitz, Esq, 1 Olympic Place, Suite 800, Towson, MD 21204-4114 |
| cr | StanCorp Mortgage Investors, LLC, 19225 Tanasbourne Drive, Hillsboro, OR 97124 |
| cr | + Steven C Tourkin, 2401 Holiday Ranch Road, Park City, UT 84060-6835 |
| cr | + United Bank, 374 Maple Ave. East, Attn. Gaile S. Binder, Vienna, VA 22180-4718 |
| 32937978 | + ADKAT, LLC, 7008 Deep Creek Court, Bethesda, MD 20817-2958 |
| 32937976 | + Adam Gottbertman, 230 Vesey St., New York, NY 10281-1027 |
| 33025060 | + Adam Stern, 888 C 8th Ave #530, New York NY 10019-8511 |
| 32937977 | + Adam Stern, 9429 Harding Ave., Ste. 225, Miami Beach, FL 33154-2803 |
| 32937979 | + Afram, Inc., 5450 REISTERSTOWN ROAD, Baltimore, MD 21215-4435 |
| 32937980 | Alexander Frederic Berthan Revocable Tru, 700 Lake Drive, West Palm Beach, FL 33422 |
| 32937981 | + Alexandra Gerard, 700 Lake Drive, Boca Raton, FL 33432-6227 |
| 32937983 | + Anne Davis, 11109 Piney Meetinghouse Rd., Potomac, MD 20854-1314 |
| 32937984 | + Assurant, c/o Jeffrey Greenberg, Esquire, 25 S. Charles St., 21st Floor, Baltimore, MD 21201-3322 |
| 32905263 | + Assurant, Inc., Jeffrey S. Greenberg,, Rosenberg Martin Greenberg, LLP, 25 S. Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| 32937985 | + Avocado Isle Capital, LLc, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808-1645 |
| 32937988 | + BTM Investment Holdings, LLC, 2795 E. Cottonwood Parkway, Suite 600, Salt Lake City, UT 84121-7094 |
| 33048071 | + Barry and Lyn Chasen, 16299 Vintage Oaks Lane, Delray Beach FL 33484-6429 |
| 32937986 | Barry and Lyn Chasen, 15299 Vintage Oaks Lane, Elray Beach, FL |
| 32937987 | + Bridger Thomas, 2795 E. Cottonwood Parkway, Suite 600, Salt Lake City, UT 84121-7094 |
| 32937989 | + Capital LIghting and Supply, c/o Robert J. Schuster, Esquire, 12850 MIDDLEBROOK ROAD, SUITE 225, Germantown, MD 20874-5279 |
| 32889409 | + Capital Lighting & Supply, LLC, D/B/A Capital Electric., Robert G. Shuster, LLC, 12850 Middlebrook Road, Suite 225 Germantown, MD 20874-5279 |
| 32937990 | + Caplan Bros. Inc., 700 W. HAMBURG ST, Baltimore, MD 21230-2595 |
| 32937991 | + Catherine Chasen, 13916 Green Branch Drive, Phoenix, MD 21131-1316 |
| 32949938 | + Catherine Marie Chasen, Richard C. Burch, Andrew Janquitto, Mudd, Harrison & Burch, LLP, 222 Bosley Avenue, Suite A-1 Towson, Maryland 21204-4302 |
| 33043855 | + Consumer Program Administrators Inc., c/o Jeffrey S. Greenberg, Esq., Rosenberg Martin Greenberg, LLP, 25 S. Charles Street, 21st Fl., Baltimore, MD 21201-3322 |
| 32938004 | + DON BOWMAN FURNITURE REPAIR, 1494 Gensa Drive, Hanover, MD 21076-1648 |
| 32937992 | Dan Waldman, 201 W. 90th St., New York, NY 10024 |
| 32937993 | + David L. Cohen Revocable Trust, 232 Bears Club Drive, Jupiter, FL 33477-4202 |
| 32938003 | + David L. Cohen Revocable Trust, 338 s. bEACH rD., Hobe Sound, FL 33455-2606 |
| 32938005 | + Dugue Construction, 11000 Brokenland Parkway, Suite 600, Columbia, MD 21044-3534 |
| 32896368 | + Duque Construction, LLC, Davis, Agnor, Rapaport, & Skalny, LLC, 11000 Broken Land Parkway, Suite 600, Columbia, Maryland 21044-3534 |
| 32938006 | + Edwin Bradley, 600 Wood Glenn Court, Lutherville Timonium, MD 21093-7005 |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdfall | Total Noticed: 123 |

33036835    + Edwin J Bradley Jr, 600 Wood Glenn Ct, 600 Wood Glenn Ct, Lutherville-Timonium, MD 21093-7005

32938007    + Essex Financial, 2000 S Colorado Blvd, Bldg 2, Suite 300, Denver, CO 80222-7940

33043966    + Eve's Trust c/u Gianni Family Irrev. Trust 5/12/08, 700 Lake Drive, 700 Lake Drive, BOCA RATON, FL 33432-6227

32938008     Family Pension 401K, 150 E. Palmetto Suite 404, Boca Raton, FL 33432

32881547    + Family Pension Corp. 401(k) Plan, c/o Aaron L. Casagrande, ICE MILLER LLP, 100 Light Street, Suite 2700, Baltimore, Maryland 21202-1160

32938009    + Family Pension Corp. 401K, c/o Ice Miller, 100 Light St., #1350, Baltimore, MD 21202-1216

32938010    + Ferguson Enterprises, 13890 Lowe Street, Chantilly, VA 20151-3277

32938013    + Flaum-Lieberman Trust, Keith A. Flaum, Trustee, 325 Amber Way, Menlo Park, CA 94025-5801

32881550    + Four Kids Investment Fund, LLC, c/o Aaron L. Casagrande, ICE MILLER LLP, 100 Light Street, Suite 2700, Baltimore, Maryland 21202-1160

32938014    + Four Kids Investment Fund, LLc, 5825 Windsor Court, Boca Raton, FL 33496-2764

32938015    + H&H Capital, 463 Adams St., Denver, CO 80206-4410

32883034    + Heather Tourkin, Andre R. Weitzman, Equity House II, 410 Northway, Baltimore, MD. 21218-1115

32938045     Hunt Valley, MD 21031, SFO Ventures, LLC, 41100 Rosemary Street, Chevy Chase, MD 20815

32938017    + Jacob Honig, c/o Aaron Casagrande, 100 Light Street, Suite 2700, Baltimore City, MD 21202-1160

32881561    + Jacob Honig, c/o Aaron L. Casagrande, ICE MILLER LLP, 100 Light Street, Suite 1350, Baltimore, Maryland 21202-1216

32938018    + Jacob Honig 2019 Irrecvocable Trust, 150 E. Palmetto Park Rd., Ste. 404, Boca Raton, FL 33432-4848

32938019    + Jared Grindle, 1228 Mt. Pleasant Drive, Annapolis, MD 21409-5212

32938020    + Jeffrey Lichy, 2000 Riveredge Pkwy, Atlanta, GA 30328-4694

32938021    + Jeffrey Martin, Martin Law Group, 8065 Leesburg Pike, Suite 750, Vienna, VA 22182-2702

32881747    + Jonathan Honig, as Tr for the Renee, Honig 2019 Irrev Trust Agrmt U/A DTD 09/, c/o Aaron L. Casagrande, ICE MILLER LLP, 100 Light Street, Suite 2700 Baltimore, Maryland 21202-1160

33043965     Joseph Kessler TTEE Gerard Family Sub-S 2002 Trust, 7008 Deep Creek Court, Bethesda, MD 20817-2958

32938023    + Keith Flaum, Flaum Liberman Trust, 325 Amber Way, Menlo Park, CA 94025-5801

32938024    + Lilycap Note Purchaser, LLC, c/o Jared S. Dvornicky, Esq., Gallagher LLP, 218 N. Charles St., Ste 400, Baltimore, MD 21201-4070

32938025    + Mark Gross, 4829 Fairmont Ave., #200, Bethesda, MD 20814-6097

32938026    + Mike Manders, 12280 Wilkins Ave., Suite 201, Rockville, MD 20852-2075

32938027    + Nelson Gerard, 700 Lake Drive, Boca Raton, FL 33432-6227

32938028    + Nelson Gerard (Alexandra Trust), 700, Lake Drive, Boca Raton, FL 33432-6227

32938029    + Nelson Gerard TTEE Ima Gross 2009, 700, Lake Drive, Boca Raton, FL 33432-6227

33043964    + Nelson Gerard TTEE Irma Gross 2009 Irrev. Trust, 700 Lake Drive, 700 Lake Drive, BOCA RATON, FL 33432-6227

32938030    + Nelson Gerard TTEEE Ima Gross, 700 Lake Drive, Boca Raton, FL 33432-6227

32938033    + Orrstown Bank, 2695 Philadelphia Avenue, Chambersburg, PA 17201-7908

32900832    + PR GIV, LLC, Alan D. Eisler, Esquire, Eisler Hamilton, LLC, 1 Research Court, Suite 450, Rockville, MD 20850-6252

32938036    + PR Giv, LLC, 1 Research Court, Suite 450, Rockville, MD 20850-6252

32938034    + Paul Davis, 5911 Ryland Drive, Bethesda, MD 20817-2540

32938037    + Protective Commercial Mortgage, 2801 Highway 280 Sout, Birmingham, AL 35223-2479

32938038    + Red Bridge Financial, 175 Greenwich St, 3 World Trade Center, 38th Floor, New York, NY 10007-2492

32938039    + Renee JHonig 2019 Irrevocable Truste DTD, 5825 Windsor Court, Boca Raton, FL 33496-2764

32938040    + Richard Burch, Esquire, 222 Bosley Ave Suite A1, Towson, MD 21204-4302

32938047    + SSMC GST Trust, 399 Park Avbe., New York, NY 10022-4614

32938055    + STJ, LLC, 5911 Ryland Drive, Bethesda, MD 20817-2540

32938041    + Sandy Spring Bank, 6831 Benjamin Franklin Drive, Columbia, MD 21046-2633

32883032    + Sandy Spring Bank,, a Division of Atlantic Union Bank, John E. Reid, Martin Law Group, P.C., 8065 Leesburg Pike, Suite 750 Vienna, VA 22182-2702

32975142    + Shepherd Electric Company, Incorporated, c/o Douglas H. Seitz, Esq., Wright, Constable & Skeen, LLP, 1 Olympic Place, Suite 800, Towson, MD 21204-4114

32888647    + Southland Insulators of Maryland, Inc., c/o NCS, 729 Miner Road, Highland Heights, OH 44143-2117

32938046    + Southland Insulators of Maryland, Inc., C/O NCS, 729 minor Road, Cleveland, OH 44143-2117

32938048     Stan Corp., c/o McEwen Gisvold llp, 1600 Standard Plaza, 1100 S.W. Sixth Ave, Portland, OR 97204

32903750    + StanCorp Mortgage Investors, LLC, Scott W. Foley, Esquire, SHAPIRO SHER GUINOT & SANDLER, P.A., 250 W. Pratt Street, Suite 2000, Baltimore, Maryland 21201-6814

33043967    + Standard Guaranty Insurance Company, c/o Jeffrey S. Greenberg, Esq., Rosenberg Martin Greenberg, LLP, 25 S. Charles Street, 21st Fl., Baltimore, MD 21201-3322

32938049    + Standard Insurance, c/o Scott Foley, Esquire, Shapiro Sher, 250 W. Pratt St., #2000, Baltimore, MD 21201-6814

33043718    + Standard Insurance Company, c/o Scott W. Foley, Esq., 250 W. Pratt Street, Suite 2000, Baltimore, MD 21201-6814

32938050    + Stetson Capital Investments, Inc., 811 SE 26th Ave., Fort Lauderdale, FL 33301-2711

32913775    + Steven C Tourkin, 2401 Holiday Ranch Loop Rd, Park City UT 84060-6835

32883033    + Steven C. Tourkin, Andre R. Weitzman, Equity House II, 410 Northway, Baltimore, MD. 21218-1115

32938053    + Steven C. Tourkin, Equity House II, 410 Northway, Baltimore, MD 21218-1115

32913773    + Steven C. Tourkin, Heather Tourkin, 2401 Holiday Ranch Loop Rd, Park City, UT 84060-6835

32938051    + Steven C. and Heather Tourkin, Equity House II, 410 Northway, Baltimore, MD 21218-1115

32938056    + Supplies Unlimited, Inc., 2201 Halethorpe Farms Road, Halethorpe, MD 21227-4598

| District/off: 0416-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdfall | Total Noticed: 123 |

| | | |
|---|---|---|
| 32938057 | + | The Gerard Family Subchapter S, 700 Lake Drive, Boca Raton, FL 33432-6227 |
| 33044086 | | The Gerard Family Subchapter S 2002 Trust, 7008 Deep Creek Court, Bethesda, MD 20817-2958 |
| 32938058 | + | Tierra Stetson, 811 SE 26th Ave., Fort Lauderdale, FL 33301-2711 |
| 32938059 | + | Tom Clute, 399 Park Ave., New York, NY 10022-4614 |
| 32997781 | | Tom Clute, 399 Park Ave., New York, NY 10022, Chevy Chase, MD 20815 |
| 32926806 | + | United Bank, Darrell W. Clark, Esq., Tracey M. Ohm, Esq., STINSON LLP, 1775 Pennsylvania Ave., NW, Suite 800 Washington, DC 20006-4760 |
| 33043968 | + | United Service Protection Corporation, c/o Jeffrey S. Greenberg, Esq., Rosenberg Martin Greenberg, LLP, 25 S. Charles Street, 21st Fl., Baltimore, MD 21201-3322 |
| 32881564 | + | United States Trustee for Region Four, c/o Gerard R. Vetter, United States Department of Justice, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |
| 33043856 | + | Virginia Surety Company Inc., c/o Jeffrey S. Greenberg, Esq., Rosenberg Martin Greenberg, LLP, 25 S. Charles Street, 21st Fl., Baltimore, MD 21201-3322 |
| 32966450 | + | Waste Management, 2550 W Union Hills Dr, Phoenix, AZ 85027-5170 |

TOTAL: 111

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bkfilings@zwickerpc.com | Jan 07 2026 19:47:00 | American Express National Bank, c/o Zwicker & Assoicates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jan 07 2026 19:46:00 | Hugh M. (UST) Bernstein, U.S. Trustee Baltimore, 101 W. Lombard St, Room 2625, Baltimore MD 21201-2668 |
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jan 07 2026 19:46:00 | U.S. Trustee Baltimore, 101 W. Lombard St, Room 2625, Baltimore MD 21201-2668 |
| 32937982 | + Email/PDF: bncnotices@becket-lee.com | Jan 07 2026 19:55:25 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 32917107 | + Email/Text: bkfilings@zwickerpc.com | Jan 07 2026 19:47:00 | American Express National Bank, Jason J. Giguere, Esq., ZWICKER & ASSOCIATES, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |
| 32966236 | + Email/Text: bkfilings@zwickerpc.com | Jan 07 2026 19:47:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 32938011 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 07 2026 19:46:00 | First National Bank of Pennsyvania, 300 East Lombard Street, Baltimore, MD 21202-3219 |
| 32938016 | + Email/Text: kcsykes@harfordcountymd.gov | Jan 07 2026 19:46:00 | Harford County, Maryland, 220 S. Main St., Bel Air, MD 21014-3820 |
| 32996091 | + Email/Text: rcostella@tydings.com | Jan 07 2026 19:46:00 | SFO Ventures LLC, c/o Richard L. Costella, Tydings & Rosenberg LLP, One East Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| 32938061 | Email/Text: unitedbankcollections@bankwithunited.com | Jan 07 2026 19:46:00 | United Bank, 500 Virginia St E, Charleston, WV 25392 |
| 32938060 | Email/Text: unitedbankcollections@bankwithunited.com | Jan 07 2026 19:46:00 | United Bank, Attn: Bankruptcy, 500 Virginia St E, Charleston, WV 26301 |
| 32938062 | + Email/Text: rmcbknotices@wm.com | Jan 07 2026 19:47:00 | Waste Management of Maryland, Inc., 625 Cherrington Parkway, Coraopolis, PA 15108-4314 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32980718 | | Capital Lighting & Supply, LLC, d/b/a Capital Electric |

District/off: 0416-1                                    User: admin                                    Page 4 of 5
Date Rcvd: Jan 07, 2026                              Form ID: pdfall                                Total Noticed: 123

| | | |
|---|---|---|
| 33041938 | | Orrstown Bank |
| 32938044 | | Scott Robinson, 11350 McCormick Rd., Executive Plaza II, Suite 601 |
| 33040740 | * | ADKAT LLC, 7008 Deep Creek Court, Bethesda, MD 20817-2958 |
| 32938035 | *+ | Paul Davis, 5911 Ryland Dr., Bethesda, MD 20817-2540 |
| 32938054 | *+ | Steven C. Tourkin, 2401 Holiday Ranch Loop Rd., Park City, UT 84060-6835 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026                                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Adam M. Freiman | adam@pikesvillelaw.com  r54650@notify.bestcase.com |
| Alan D. Eisler | aeisler@e-hlegal.com  alaneisler@gmail.com |
| Andre' R Weitzman | aequityhouse@aol.com |
| Andrew Janquitto | aj@mhblaw.com |
| Benjamin Smith | bsmith@shulmanrogers.com vdeguzman@shulmanrogers.com,MZawalick@shulmanrogers.com,tlong@shulmanrogers.com,cwarren@shulmanrogers.com,rparadis@shulmanrogers.com |
| Darrell William Clark | darrell.clark@stinson.com  catherine.scott@stinson.com |
| Heather Kirkwood Yeung | hyeung@darslaw.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jason J. Giguere | jgiguere@zwickerpc.com  bknotices@zwickerpc.com |
| Jeffrey Greenberg | jgreenberg@rosenbergmartin.com  lfeigh@rosenbergmartin.com&gt, |
| Joshua D. Bradley | jbradley@rosenbergmartin.com  lfeigh@rosenbergmartin.com |
| Morgan Taylor | morgan.taylor@icemiller.com |
| Richard C Burch | rcb@mhblaw.com |

District/off: 0416-1
Date Rcvd: Jan 07, 2026

User: admin
Form ID: pdfall

Page 5 of 5
Total Noticed: 123

Robert G. Shuster

rob@shusterlaw.com  courts@shusterlaw.com

Roger Schlossberg

trustee@schlosslaw.com  MD20@ecfcbis.com

Scott W. Foley

swf@shapirosher.com  ajs@shapirosher.com,ens@shapirosher.com,blr@shapirosher.com,LAR@shapirosher.com

Tracey Michelle Ohm

tracey.ohm@stinson.com  porsche.barnes@stinson.com

Zvi Guttman

zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 19

Entered: January 7th, 2026
Signed: January 6th, 2026
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:

Brandon M. Chasen, Sr.          Bankr. Case No.: 25-15437-NVA

Debtor(s)                       (Chapter 7)

## CONSENT ORDER RE: TURNOVER

UPON CONSIDERATION of the Motion for Entry of Consent Order Re: Turnover filed by Zvi Guttman, Chapter 7 Trustee; and

WHEREAS, among the Debtor's scheduled assets are certain funds held in an attorney escrow account maintained by the law firm of Baker Donelson. See, Schedule A/B-21. The Scheduled value of asset is $283,000 (the "Escrow").  The current balance in the escrow account is $89,580.95 (the "Escrow Balance");

WHEREAS, the Debtor and the Trustee disagree over the genesis of, ownership of, and the Debtor's claim of exemption in, the Escrow;

WHEREAS, Baker Donelson is a neutral stakeholder of the Escrow Balance pending resolution of the competing claims thereto; and

WHEREAS, the parties agree that Baker Donelson should be relieved of the continuing obligation to hold onto the Escrow Balance and that the Escrow Balance

should be turned over to the Trustee pending resolution of the competing claims thereto.

NOW, THEREFORE, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that Baker Donelson shall turn over the Escrow Balance to the Trustee within ten (10) days of entry of this Order; and it is

FURTHER ORDERED, that the Trustee shall hold the Escrow Balance in escrow pending an agreement of the parties or further order of this Court; and it is

FURTHER ORDERED, that the time period for the Trustee to object to the Debtor's claim of exemption in the Escrow Balance shall not commence until final entry of an Order of this Court establishing such time period; and it is

FURTHER ORDERED, that the turnover is without prejudice to any claims of the Debtor or the Trustee to the Escrow Balance, or the claims of the Trustee, if any, to recover for any prior disbursement from the Escrow Account from any party or person; and it is

FURTHER ORDERED, that the parties hereto shall be, and hereby are, authorized to take all reasonable steps expedient or necessary to consummate and implement the terms and intent of this Consent Order.

CONSENTED TO:

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500 (Phone)

**Counsel to the Trustee**

/s/ Matthew A. Mace
Matthew A. Mace (04788)
Baker Donelson
100 Light St., 19th Floor

/s/ Adam M. Freiman
Adam M. Freiman (23047)
115 McHenry Ave., Suite B4
Pikesville, Maryland 21208
adam@pikesvillelaw.com
410-486-3500

**Counsel to the Debtor**

Baltimore, MD 21202
(410) 685-1120

I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation submitted to the Court are identical to those set forth in the original consent order/stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order/stipulation.
/s/ Zvi Guttman

**Suggested Distribution List**

Hugh M. (UST) Bernstein: hugh.m.bernstein@usdoj.gov
Joshua D. Bradley: jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Richard C Burch: rcb@mhblaw.com
Aaron L. Casagrande: Aaron.casagrande@Icemiller.com
Darrell William Clark: darrell.clark@stinson.com, catherine.scott@stinson.com
Alan D. Eisler: aeisler@e-hlegal.com, alaneisler@gmail.com
Scott W. Foley: swf@shapirosher.com,
ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
Adam M. Freiman: adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere: jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg: jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
Zvi Guttman: zvi@zviguttman.com,
zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Zvi Guttman: zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
Andrew Janquitto: aj@mhblaw.com
Michael J. Lichtenstein: mjl@shulmanrogers.com,
tlockwood@shulmanrogers.com;nlawal@shulmanrogers.com
Tracey Michelle Ohm: tracey.ohm@stinson.com, porsche.barnes@stinson.com
Roger Schlossberg: trustee@schlosslaw.com, MD20@ecfcbis.com
Robert G. Shuster: rob@shusterlaw.com, courts@shusterlaw.com
Benjamin Smith: bsmith@shulmanrogers.com,
vdeguzman@shulmanrogers.com;MZawalick@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rparadis@shulmanrogers.com
Morgan Taylor: morgan.taylor@icemiller.com
Andre' R Weitzman: aequityhouse@aol.com
Heather Kirkwood Yeung: hyeung@darslaw.com

**END OF ORDER**