# United States Bankruptcy Court
## District of Maryland

In re  **Brandon M. Chasen, Sr.**　　　　　　　　　　　　　　　Case No.  **25-15437**
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　Chapter  **7**

## Notice of Change of Address

Debtor's Social Security Number:　　**xxx-xx-2011**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:　　**Brandon M. Chasen, Sr.**

Street:　　**1511 EASTERN AVENUEB**

City, State and Zip:　　**Baltimore, MD  21210**

Telephone #:

**Please be advised that effective　January 1,　, 20 26 ,
my (our) new mailing address and telephone number is:**

　　**Brandon M. Chasen, Sr.**

　　**1501 Yamato Rd**

　　**#3007**

　　**Boca Raton, FL 33431**

　　Baltimore, Md  21210

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brandon M. Chasen, Sr.
　　　　　　　　　　　　　　　　　　　　　　　　**Brandon M. Chasen, Sr.**
　　　　　　　　　　　　　　　　　　　　　　　　Debtor