IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:

Brandon M. Chasen, Sr.

Debtor(s)

Bankr. Case No.: 25-15437-NVA

(Chapter 7)

## MOTION FOR ENTRY OF
## CONSENT ORDER FURTHER EXTENDING DEADLINES

Zvi Guttman, Chapter 7 Trustee, by counsel, files this Motion for Entry of Consent Order Further Extending Deadlines, and states:

1.      The Debtor initially consented to an extension of deadlines as set forth in his Consent Motion Pursuant to Local Bankruptcy Rule 5071-1(d) to Extend Deadlines as Condition for Postponement of Bankruptcy Rule Section 341 Meeting of Creditors [Dkt. 57].

2.      On August 25, 2025, the Court entered its Order Granting Debtor's Consent Motion to Extend Deadlines Dkt. [58].

3.      Thereafter, the Deadlines were further extended as set forth in the December 12, 2025, Consent Order Further Extending Deadlines [Dkt. 116].

4.      The Debtor agrees to further extend the deadlines as set forth in the Consent Order attached hereto.

WHEREFORE, the Trustee respectfully requests that the Court enter the Consent Order attached hereto and grant such other and further relief as is just and proper.

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500 (Phone)
**Counsel to the Trustee**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this March 6, 2026, copies of the foregoing Response, were served by CM/ECF on:

Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
Joshua D. Bradley     jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Richard C Burch     rcb@mhblaw.com
Aaron L. Casagrande     Aaron.casagrande@Icemiller.com
Darrell William Clark     darrell.clark@stinson.com, catherine.scott@stinson.com
Alan D. Eisler     aeisler@e-hlegal.com, alaneisler@gmail.com
Scott W. Foley     swf@shapirosher.com,
ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
Adam M. Freiman     adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere     jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg     jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
Zvi Guttman     zvi@zviguttman.com,
zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Zvi Guttman     zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
Andrew Janquitto     aj@mhblaw.com
Tracey Michelle Ohm     tracey.ohm@stinson.com, porsche.barnes@stinson.com
Roger Schlossberg     trustee@schlosslaw.com, MD20@ecfcbis.com
Robert G. Shuster     rob@shusterlaw.com, courts@shusterlaw.com
Benjamin Smith     bsmith@shulmanrogers.com,
vdeguzman@shulmanrogers.com;MZawalick@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rparadis@shulmanrogers.com
Morgan Taylor     morgan.taylor@icemiller.com
Andre' R Weitzman     aequityhouse@aol.com
Heather Kirkwood Yeung     hyeung@darslaw.com

/s/ Zvi Guttman