IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:

Brandon M. Chasen, Sr.          Bankr. Case No.: 25-15437-NVA

Debtor(s)          (Chapter 7)

## **CONSENT ORDER FURTHER EXTENDING DEADLINES**

WHEREAS, the Debtor previously consented to:

promptly file a consent extending the deadlines to file (i) an objection to discharge under 11 U.S.C. § 727, (ii) to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), (iii) a motion to dismiss under 11 U.S.C. § 707(b)(3), until December 31, 2025, and extending the deadline for the United States Trustee to file a Statement of Presumed Abuse under 11 U.S.C. § 704(b)(1)(A) until ten (10) days after conclusion of the meeting of creditors.

Consent Order on Motion for Entry of Consent Order on Debtor's Motion To Extend Time to File Schedules, Statement of Financial Affairs, and Related Documents [Dkt 45].

WHEREAS, the Debtor filed his Consent Motion Pursuant to Local Bankruptcy Rule 5071-1(d) to Extend Deadlines as Condition for Postponement of Bankruptcy Rule Section 341 Meeting of Creditors [Dkt. 57] and on August 25, 2025, the Court entered its Order Granting Debtor's Consent Motion to Extend Deadlines [Dkt. 58].

WHEREAS, the Parties filed and the Court granted a Consent Order Further Extending Deadlines [Dkt. 116].

WHEREAS, the parties agree to further extend the deadlines as set forth herein,

NOW THEREFORE, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the deadline for all parties-in-interest to file complaints objecting to the discharge of the Debtor under 11 U.S.C. § 727 is hereby extended to and including May 18, 2026; and it is further

ORDERED, that the deadline for all parties-in-interest to file complaints to determine the dischargeability of debt under 11 U.S.C. § 523 is hereby extended to and including May 18, 2026; and it is further

ORDERED, that the deadline for all parties-in-interest to file motions to dismiss the Debtor's case under 11 U.S.C. § 707(b)(3) is hereby extended to and including May 18, 2026; and it is further

ORDERED, that the deadline for the United States Trustee to file a Statement of Presumed Abuse under 11 U.S.C. § 704(b) is hereby extended to and including 10 days after the rescheduled meeting of creditors.

CONSENTED TO:

| | |
|---|---|
| /s/ Zvi Guttman<br>Zvi Guttman (06902)<br>The Law Offices of Zvi Guttman, P.A.<br>Post Office Box 32308<br>Baltimore, Maryland 21282<br>Zvi@zviguttman.com<br>(410) 580-0500 (Phone)<br>(410) 580-0700 (Fax)<br>**Counsel to the Trustee** | /s/ Adam M. Freiman<br>Adam M. Freiman (23047)<br>115 McHenry Ave., Suite B4<br>Pikesville, Maryland 21208<br>adam@pikesvillelaw.com<br>410-486-3500<br>410-630-8066<br>**Counsel to the Debtor** |

I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation submitted to the Court are identical to those set forth in the original consent order/stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order/stipulation.
/s/ Zvi Guttman

**Suggested Distribution List**

Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
Joshua D. Bradley    jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Richard C Burch    rcb@mhblaw.com
Aaron L. Casagrande    Aaron.casagrande@Icemiller.com
Darrell William Clark    darrell.clark@stinson.com, catherine.scott@stinson.com
Alan D. Eisler    aeisler@e-hlegal.com, alaneisler@gmail.com
Scott W. Foley    swf@shapirosher.com,
ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
Adam M. Freiman    adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere    jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg    jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
Zvi Guttman    zvi@zviguttman.com,
zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Zvi Guttman    zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
Andrew Janquitto    aj@mhblaw.com
Tracey Michelle Ohm    tracey.ohm@stinson.com, porsche.barnes@stinson.com
Roger Schlossberg    trustee@schlosslaw.com, MD20@ecfcbis.com
Robert G. Shuster    rob@shusterlaw.com, courts@shusterlaw.com
Benjamin Smith    bsmith@shulmanrogers.com,
vdeguzman@shulmanrogers.com;MZawalick@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rparadis@shulmanrogers.com
Morgan Taylor    morgan.taylor@icemiller.com
Andre' R Weitzman    aequityhouse@aol.com
Heather Kirkwood Yeung    hyeung@darslaw.com

**END OF ORDER**