# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–15437 – NVA**   Chapter: **7**

**Brandon M. Chasen Sr.**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   163 – Motion for 2004 Examination (Fidelity Brokerage Services LLC) Filed by Zvi Guttman. (Attachments: # 1 Proposed Order) (Guttman, Zvi)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 4/10/26. The other creditor name(MV Capital Management, Inc.) is listed in the first paragraph.**

CURE:   Please file an amended motion.

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/27/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
301–344–3393

cc:   Debtor
Attorney for Debtor – Adam M. Freiman

defntc (rev. 09/01/2025)