IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:

Brandon M. Chasen, Sr.                    Bankr. Case No.: 25-15437-NVA

Debtor(s)                                         (Chapter 7)

## MOTION FOR ENTRY OF
## CONSENT ORDER FURTHER EXTENDING DEADLINES

Zvi Guttman, Chapter 7 Trustee, by counsel, files this Motion for Entry of Consent Order Further Extending Deadlines, and states:

1.      The Debtor initially consented to an extension of deadlines as set forth in his Consent Motion Pursuant to Local Bankruptcy Rule 5071-1(d) to Extend Deadlines as Condition for Postponement of Bankruptcy Rule Section 341 Meeting of Creditors [Dkt. 45].

2.      Thereafter, the Parties filed and the Court granted additional Consent Orders further extending the deadlines [Dkts. 58, 116, and 153].

3.      The Debtor agrees to further extend the deadlines as set forth in the Consent Order attached hereto.

WHEREFORE, the Trustee respectfully requests that the Court enter the Consent Order attached hereto and grant such other and further relief as is just and proper.

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500 (Phone)
**Counsel to the Trustee**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 17, 2026, copies of the foregoing Response, were served by CM/ECF on:

Hugh M. Bernstein (UST) hugh.m.bernstein@usdoj.gov
Joshua D. Bradley jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Richard C. Burch rcb@mhblaw.com
Aaron L. Casagrande aaron.casagrande@icemiller.com
Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com
Alan D. Eisler aeisler@e-hlegal.com, alaneisler@gmail.com
Scott W. Foley swf@shapirosher.com, ajs@shapirosher.com, ens@shapirosher.com, blr@shapirosher.com, lar@shapirosher.com
Adam M. Freiman adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, zguttman@gmail.com, md55@ecfcbis.com
Andrew Janquitto aj@mhblaw.com
Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com
Roger Schlossberg trustee@schlosslaw.com, md20@ecfcbis.com
Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com
Benjamin Smith bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com, mzawalick@shulmanrogers.com, tlong@shulmanrogers.com, cwarren@shulmanrogers.com, rparadis@shulmanrogers.com
Morgan Taylor morgan.taylor@icemiller.com
Andre R. Weitzman aequityhouse@aol.com
Heather Kirkwood Yeung hyeung@darslaw.com

/s/ Zvi Guttman