Entered: April 20th, 2026
Signed: April 20th, 2026

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:

Brandon M. Chasen, Sr.                     Bankr. Case No.: 25-15437-NVA

Debtor(s)                                   (Chapter 7)

## CONSENT ORDER FURTHER EXTENDING DEADLINES

WHEREAS, the Debtor previously consented to:

promptly file a consent extending the deadlines to file (i) an objection to discharge under 11 U.S.C. § 727, (ii) to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), (iii) a motion to dismiss under 11 U.S.C. § 707(b)(3), until December 31, 2025, and extending the deadline for the United States Trustee to file a Statement of Presumed Abuse under 11 U.S.C. § 704(b)(1)(A) until ten (10) days after conclusion of the meeting of creditors.

Consent Order on Motion for Entry of Consent Order on Debtor's Motion To Extend Time to File Schedules, Statement of Financial Affairs, and Related Documents [Dkt 45].

WHEREAS, the Parties filed and the Court granted additional Consent Orders further extending the deadlines [Dkts. 58, 116, and 153].

WHEREAS, the parties agree to further extend the deadlines as set forth herein,

NOW THEREFORE, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the deadline for all parties-in-interest to file complaints objecting to the discharge of the Debtor under 11 U.S.C. § 727 is hereby extended to and including August 31, 2026; and it is further

ORDERED, that the deadline for all parties-in-interest to file complaints to determine the dischargeability of debt under 11 U.S.C. § 523 is hereby extended to and including August 31, 2026; and it is further

ORDERED, that the deadline for all parties-in-interest to file motions to dismiss the Debtor's case under 11 U.S.C. § 707(b)(3) is hereby extended to and including August 31, 2026; and it is further

ORDERED, that the deadline for the United States Trustee to file a Statement of Presumed Abuse under 11 U.S.C. § 704(b) is hereby extended to and including 10 days after the next rescheduled meeting of creditors.

CONSENTED TO:

| /s/ Zvi Guttman | /s/ Adam M. Freiman |
|---|---|
| Zvi Guttman (06902) | Adam M. Freiman (23047) |
| The Law Offices of Zvi Guttman, P.A. | 115 McHenry Ave., Suite B4 |
| Post Office Box 32308 | Pikesville, Maryland 21208 |
| Baltimore, Maryland 21282 | adam@pikesvillelaw.com |
| Zvi@zviguttman.com | 410-486-3500 (Phone) |
| (410) 580-0500 (Phone) | 410-630-8066 (Fax) |
| (410) 580-0700 (Fax) | |
| **Counsel to the Trustee** | **Counsel to the Debtor** |

I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation submitted to the Court are identical to those set forth in the original consent order/stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order/stipulation.
/s/ Zvi Guttman

**Suggested Distribution List**

Hugh M. Bernstein (UST) hugh.m.bernstein@usdoj.gov
Joshua D. Bradley jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Richard C. Burch rcb@mhblaw.com
Aaron L. Casagrande aaron.casagrande@icemiller.com
Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com
Alan D. Eisler aeisler@e-hlegal.com, alaneisler@gmail.com
Scott W. Foley swf@shapirosher.com, ajs@shapirosher.com, ens@shapirosher.com, blr@shapirosher.com, lar@shapirosher.com

Adam M. Freiman adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, zguttman@gmail.com, md55@ecfcbis.com
Andrew Janquitto aj@mhblaw.com
Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com
Roger Schlossberg trustee@schlosslaw.com, md20@ecfcbis.com
Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com
Benjamin Smith bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com, mzawalick@shulmanrogers.com, tlong@shulmanrogers.com, cwarren@shulmanrogers.com, rparadis@shulmanrogers.com
Morgan Taylor morgan.taylor@icemiller.com
Andre R. Weitzman aequityhouse@aol.com
Heather Kirkwood Yeung hyeung@darslaw.com

**END OF ORDER**