Entered: April 24th, 2026
Signed: April 23rd, 2026

**SO ORDERED**

THE HEARING WILL BE RESCHEDULED BY THE COURT IN
CONSULTATION WITH THE PARTIES.



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | ) |
|  | ) |
| Debtor. | ) (Chapter 11) |
|  | ) |
|  | ) |
| In re: | ) |
|  | ) |
| BRANDON M. CHASEN SR. | ) Case No. 25-15437-NVA |
|  | ) |
| Debtor. | ) (Chapter 7) |
|  | ) |

**ORDER CONTINUING SHOW CAUSE HEARING**

UPON CONSIDERATION of the *Joint Motion to Continue Show Cause Hearing* (the

"*Motion*") filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and

serving in Case No. 25-12356, Zvi Guttman, the Chapter 7 Trustee duly appointed and serving

in Case No. 25-15437, and Google, LLC, and this Court being fully advised and good cause

having been shown for the relief requested in the *Motion*, it is hereby

**ORDERED** that the *Motion* shall be and is hereby **GRANTED**; and it is further

187009227.1

**ORDERED** that the Show Cause Hearing scheduled for April 24, 2026 at 11 a.m. shall be and is hereby **CONTINUED** to the date and time set forth in the heading of this Order.

cc:    Roger Schlossberg, Chapter 11 Trustee
Zvi Guttman, Chapter 7 Trustee
Frank J. Mastro, Esquire
John K. Roche, Esquire

**END OF ORDER**

2

187009227.1