**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re:                                              )
                                                    )
BRANDON MICHAEL CHASEN, SR.        )         Case No. 25-15437
                                                    )         Chapter 7
        Debtor.                                  )
_____)

**ORDER GRANTING MOTION FOR FEDERAL BANKRUPTCY
RULE 2004 EXAMINATION (Other Than Debtor)**

Upon consideration of the Motion of creditor PR GIV, LLC for a Federal Bankruptcy Rule 2004 Examination of Daniel M. Kline, individually and on behalf of Madison DK, LLC and Madison Investor, LLC, and it appearing that cause exists for the requested Rule 2004 Examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted; and it is further

ORDERED, that the Movant may examine the above−named party pursuant to Federal Bankruptcy Rule 2004; and it is further

ORDERED, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:     Debtor
        Attorney for Debtor − Adam M. Freiman
        Movant – PR GIV, LLC
        Witness – Daniel M. Kline

**END OF ORDER**