**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| BRANDON MICHAEL CHASEN, SR. | )   Case No. 25-15437 |
| | )   Chapter 7 |
| Debtor. | ) |
| | ) |

**MOTION FOR RULE 2004 EXAMINATION OF PAUL DAVIS**

Creditor, PR GIV, LLC ("**PR GIV**"), by counsel, requests that the court authorize PR GIV to examine and obtain documents from Paul Davis ("**Davis**") pursuant to Fed. R. Bankr. P. 2014 for the following reasons:

1.      On June 16,  2025, Sandy Spring Bank, Southland Insulators of Maryland, Inc., and Ferguson Enterprises, Inc. (collectively the "**Petitioning Creditors**") filed an involuntary chapter 7 petition against the debtor, Brandon Michael Chasen, Sr. ("**Debtor**").

2.      On July 11, 2025, the Debtor moved to convert this case to a voluntary chapter 7 case.  On July 30, 2025, this Court convert this case to a voluntary proceeding.

3.      Zvi Guttman  was subsequently appointed  chapter 7 trustee ("**Trustee**").

4.      This Court has jurisdiction pursuant to 28 U.S.C. §1334, 28 U.S.C. §157(a) and United States District Court Local Rule 402. Further, this contested matter is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (O). Venue in this Court is appropriate pursuant to 28 U.S.C. §§ 1408 and 1409(a).

5.      Davis is an individual and co-owner with the Debtor of various business entities with whom PR GIV entered into financial agreements and extended credit.  Davis is also a co-guarantor along with the Debtor of PR GIV's loans.

6.      Fed. R. Bankr. P. 2004(a) provides that "[o]n motion of any party in interest,

the court may order the examination of any entity." Rule 2004 permits the "examination of an entity . . . relat[ing] only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate…" *Id.* The term "entity" includes any governmental unit. 11 U.S.C. §101(15).

7.      Fed. R. Bankr. P. 2004 uniformly has been held to provide broad power to investigate *any* matter that may affect the administration of the estate, particularly regarding the discovery of assets of estate and exposure of any fraudulent conduct. *See In re Symington*, 209 B.R. 678, 683 (Bankr. D. Md. 1997); *In re Bennett Funding Group, Inc.*, 203 B.R. 24, 27-28 (Bankr. N.D.N.Y. 1996); *In re Drexel Burnham Lambert Group, Inc.*, 123 B.R. 702, 708 (Bankr. S.D.N.Y. 1991). The Rule is designed to provide a "sweeping general examination" of debtors, the scope of which is "unfettered and broad." *In re Symington*, 209 B.R. at 683; *In re GHR Energy Corp.*, 33 B.R. 451, 453-54 (Bankr. D. Mass. 1983). The scope of a Bankruptcy Rule 2004 examination, in fact, is so broad it has been characterized as a "fishing expedition." *In re Szadkowski*, 198 B.R. 140, 140 (Bankr. D. Md. 1996); *In re Duratech Indus.*, 241 B.R. 291 (Bankr. E.D.N.Y. 1999), *aff'd*, 241 B.R. 283 (N.D.N.Y. 1999).

8.      Davis was directly involved with PR GIV's loans to related entities, including Chasen Construction, LLC, which is in its own chapter 11 case in this court (No. 25-12356) that involve entities and properties in which PR GIV held and/or holds interests. Accordingly, PR GIV seeks to examine Davis to investigate, among other things: (a) the facts underlying the representations and warranties the Debtor and related business entities made to procure financing from PR GIV; (b) to whom and how funds were disbursed at such closings; and (c) Davis's communications with the Debtor, Chasen Acquisitions, LLC,

Chasen Construction, LLC, lender(s) borrower(s), seller(s), buyer(s), broker(s), settlement agent(s), and third parties regarding those real estate closings.

WHEREFORE, PR GIV, by counsel, requests that Court: (1) authorize PR GIV to examine and obtain documents from Davis pursuant to Fed. R. Bankr. P. 2004; and (2) grant such further relief the court deems appropriate.

EISLER HAMILTON, LLC


By: ____ /s/   Alan D. Eisler
Alan D. Eisler, Bar No. 11524
1 Research Court, Suite 450
Rockville, MD  20850
Phone: (240) 283-1164
Fax: (301) 519-8005
Email: aeisler@e-hlegal.com
Counsel for PR GIV, LLC

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 22, 2026, copies of the Motion for Rule 2004 Examination of Paul Davis and proposed order were sent by CM/ECF to:

- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Joshua D. Bradley**   jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
- **Richard C Burch**   rcb@mhblaw.com
- **Aaron L. Casagrande**   Aaron.casagrande@Icemiller.com
- **Darrell William Clark**   darrell.clark@stinson.com, catherine.scott@stinson.com
- **Scott W. Foley**   swf@shapirosher.com, ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
- **Adam M. Freiman**   adam@pikesvillelaw.com, r54650@notify.bestcase.com
- **Jason J. Giguere**   jgiguere@zwickerpc.com, bknotices@zwickerpc.com
- **Jeffrey Greenberg**   jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
- **Zvi Guttman**   zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- **Zvi Guttman**   zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
- **Andrew Janquitto**   aj@mhblaw.com
- **Tracey Michelle Ohm**   tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **Roger Schlossberg**   trustee@schlosslaw.com, MD20@ecfcbis.com
- **Robert G. Shuster**   rob@shusterlaw.com, courts@shusterlaw.com
- **Benjamin Smith**   bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com;MZawalick@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rparadis@shulmanrogers.com
- **Morgan Taylor**   morgan.taylor@icemiller.com
- **Andre' R Weitzman**   aequityhouse@aol.com
- **Heather Kirkwood Yeung**   hyeung@darslaw.com

I further certify that on May 22, 2026, copies of the Motion for Rule 2004 Examination of Paul Davis and proposed order were sent by first class mail, postage prepaid, to:

Paul Davis
5911 Ryland Drive
Bethesda, MD 20817

Rodney Villazor
Clark Smith Villazor
666 Third Avenue, 21st Floor
New York, NY 10017
(Counsel to Paul Davis)

   /s/ Alan D. Eisler
Alan D. Eisler