BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 26755 p.0437 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

**CITY OF BALTIMORE MARYLAND**
**Bureau of Revenue Collections**
**Recordation Tax Paid**

3-18-24    2400616l    $110,020.00
Date    Transaction #    Amount

*Stephanie Gut*
Authorized Signature   YT022236

After Recording Return to:
New World Title Company, LLC
1407 York Road, Suite 304
Lutherville, MD 21093
Tax Account No: 11-12-0518-024
RU 233313-19

## SPECIAL WARRANTY DEED

**THIS DEED**, made this 22 day of January , 2024, by and between Madison DK LLC, a Maryland limited liability company, Madison Investor LLC, a Maryland limited liability company, Abby Kline, Marvin Kline, David Kline, and Judy Kline, party of the first part, as tenant in common owners (each individually a "**Grantor**" and collectively, the "**Grantors**"), and **CC 817 SAINT PAUL STREET LLC,** a Maryland limited liability company, party of the second part ("Grantee");

**WITNESSETH**, that in consideration of the sum of Eleven Million Two Thousand and 00/100 Dollars ($11,002,000.00), each Grantor does hereby grant and convey to Grantee, its successors and/or assigns, in fee simple, all of the tenant in common interest in the following described property, situate, lying and being in the City of Baltimore, State of Maryland as more particularly described on Exhibit A attached hereto (the "**Property**") representing 100% of the tenant in common interest in the Property:

**BEGINNING** for the same on the East side of St. Paul Street at the distance of 26 feet southerly from the Southeast corner of St. Paul and Read Streets; and running thence southerly binding on the East side of St. Paul Street 104 feet to the Southwest corner of the lot of ground 5thly described in the Deed from the Union Trust Company of Maryland, to The Baltimore Company, dated May 8, 1929, and recorded among the Land Records of Baltimore City in Liber S.C.L. No. 4999, folio 209; thence easterly binding along the South line of said 5th Lot 123 feet 6 Inches to the West side of Hargrove Alley; thence northerly binding on the West side of Hargrove Alley 104 feet to the Northeast corner of the lot 1stly described in said Deed to The Baltimore Company; thence westerly binding on said outline of said 1st Lot 123 feet 6 inches to the place of beginning.

BEING the same property contained in that certain Deed by and between AGA, LLC, unto Madison Apartment Associates, LLC dated September 16, 2013 and recorded among the Land Records of Baltimore City, Maryland in Liber F.M.C. No. 15655, folio 306.

**TOGETHER** with the buildings thereupon, and the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

**TO HAVE AND TO HOLD** the said described lot(s) of ground and premises to the said party of the second part, its successors and/or assigns, in fee simple.

**SUBJECT HOWEVER**, to easements, covenants, conditions, restrictions and other matters of record, if any

All taxes for which assessments have been Received have been paid as of this date
2-20-24
Director of Finance of Baltimore City By

**CITY OF BALTIMORE, MARYLAND**
Bureau of Revenue Collections, Transfer Tax Division
Transfer Tax Paid

3-18-24    419545    $165,030.00
Date    Cash Slip #    Amount

Authorized Signature

BOOK: 26755 PAGE: 438

**AND** the said parties of the first part hereby covenant that they will warrant specially the property hereby granted, and that they will execute such further assurances as may be requisite.

[SIGNATURES ON FOLLOWING PAGE]

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 26755 p.0438 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

BOOK: 26755 PAGE: 489

**IN WITNESS WHEREOF**, Grantor has caused this Deed to be executed on their behalf under seal as of the day and year first above written.

**WITNESS:**

MADISON DK LLC, a Maryland limited liability company

Rebecca Boas

(SEAL)

By: _____

Name: Daniel Kline

Title: Sole Member


Connecticut

STATE OF ~~MARYLAND~~, CITY/COUNTY OF **Fairfield**      , to wit: **Westport**

I HEREBY CERTIFY, that on this 11 day of January, 2024, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared Daniel Kline, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____

Notary Public

My Commission Expires: Oct. 31, 2026

ZIONYAMARQUIZE Q BOHANNON
Notary Public, State of Connecticut
My Commission Expires October 31, 2026

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 26755 p.0439 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

BALTIMORE CITY CIRCUIT COURT  (Land Records) XAC 26755 p.0440 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

**WITNESS:**

MADISON INVESTOR LLC, a
Maryland limited liability company

_Rebecca Bous_
(SEAL)



By: _____
Name: Daniel Kline
Title: Manager and Authorized Person

Connecticut

STATE OF ~~MARYLAND~~, CITY/COUNTY OF _Fairfield_ , to wit: Westport

ZB

    I HEREBY CERTIFY, that on this 11 day of January , 2024, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared Daniel Kline, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _Oct. 31, 2026_

> ZIONYAMARQUIZE Q BOHANNON
> Notary Public, State of Connecticut
> My Commission Expires October 31, 2026

**WITNESS:**

BOOK: 26755 PAGE: 441

_____ (SEAL)

By: _____
Name:  Abby Kline

STATE OF ~~MARYLAND~~, Pennsylvania CITY/COUNTY OF _____Montgomery_____, to wit:

I HEREBY CERTIFY, that on this _11th_ day of _January_, 2024, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared Abby Kline, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _04-16-2025_

> Commonwealth of Pennsylvania - Notary Seal
> Michelle Wroten, Notary Public
> Montgomery County
> My commission expires April 16, 2025
> Commission number 1391012
> Member, Pennsylvania Association of Notaries

**WITNESS:** _____

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 26755 p.0441 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

_(signature)_ _____

(SEAL)

By: _(signature)_ _____

Name:  Marvin Kline

_Pennsylvania_
_MW_

STATE OF ~~MARYLAND~~, CITY/COUNTY OF _Montgomery_, to wit:

I HEREBY CERTIFY, that on this _11th_ day of _January_, 2024, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared Marvin Kline, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_(signature)_ Michelle Wroten
Notary Public

My Commission Expires: _04-16-2025_

Commonwealth of Pennsylvania - Notary Seal
Michelle Wroten, Notary Public
Montgomery County
My commission expires April 16, 2025
Commission number 1391012
Member, Pennsylvania Association of Notaries

WITNESS: _(signature)_

BALTIMORE CITY CIRCUIT COURT  (Land Records) XAC 26755 p.0442 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

BOOK: 26755 PAGE: 443

**WITNESS:**

_____ (SEAL)

By: _____

Name:   David Kline

JOSEPH R. EINAV
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02EI6296099
QUALIFIED IN NASSAU COUNTY
MY COMMISSION EXPIRES JANUARY 27, 2026

STATE OF ~~MARYLAND~~, CITY/COUNTY OF _New York_, to wit:

I HEREBY CERTIFY, that on this _11_ day of _January_, 2024, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared David Kline, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _1/27/26_

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 26755 p.0443 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

BOOK: 26755 PAGE: 444

_____ (SEAL)

By: _____
Name:  Judy Kline

STATE OF ~~MARYLAND~~ Pennsylvania, CITY/COUNTY OF __Montgomery__, to wit:

    I HEREBY CERTIFY, that on this 12th day of __January__, 2024, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared Judy Kline, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: __04-16-2025__

Commonwealth of Pennsylvania - Notary Seal
Michelle Wroten, Notary Public
Montgomery County
My commission expires April 16, 2025
Commission number 1391012
Member, Pennsylvania Association of Notaries

This is to certify that the within instrument was prepared by or under the supervision of the

BALTIMORE CITY CIRCUIT COURT  (Land Records) XAC 26755 p.0444 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

BOOK: 26755 PAGE: 445

This is to certify that the within instrument was prepared by or under the supervision of the undersigned, an attorney duly admitted to practice before the Supreme Court of Maryland.

Jennifer E. Zohorsky, Esq.

BALTIMORE CITY CIRCUIT COURT  (Land Records) XAC 26755 p.0445 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

## EXHIBIT "A"

Real property in the City of Baltimore, County of Baltimore City, State of Maryland, described as follows:

Beginning for the same on the East side of St. Paul Street at the distance of 26 feet southerly from the Southeast corner of St. Paul and Read Streets; and running thence southerly binding on the East side of St. Paul Street 104 feet to the Southwest corner of the lot of ground 5thly described in the Deed from the Union Trust Company of Maryland, to The Baltimore Company, dated May 8, 1929, and recorded among the Land Records of Baltimore City in Liber S.C.L. No. 4999, folio 209; thence easterly binding along the South line of said 5th Lot 123 feet 6 inches to the West side of Hargrove Alley; thence northerly binding on the West side of Hargrove Alley 104 feet to the Northeast corner of the lot 1stly described in said Deed to The Baltimore Company; thence westerly binding on said outline of said 1st Lot 123 feet 6 inches to the place of beginning.

Property Address: 817 Saint Paul, Baltimore, Maryland 21202 (County of Baltimore City)

5/18

4883-1819-8677, v. 4

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 26755 p.0446 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

| MARYLAND FORM **WH-AR** | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | **2024** |
|---|---|---|

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1.  Transferor Information**

**Name of Transferor**    MADISON DK LLC, a Maryland limited liability company

**2.  Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).

817 Saint Paul Street, Baltimore, MD 21202

**3.  Reasons for Exemption**

**Resident Status**    ☐    As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

☑    Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence**    ☐    Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

**Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.**

**3a. Individual Transferors**

Witness _____    Name _____

Signature / Date _____

**3b. Entity Transferors**

Witness/Attest _____

MADISON DK LLC, a Maryland limited liability company
Name of Entity _____

Signature / Date _____

Daniel M. Kline _____    1 - 22 - 24
Name

Manager _____
Title

**\*\* Form must be dated to be valid.**

Note: Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.
To the Clerk of the Court: Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

01/24

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 26755 p.0447 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

| MARYLAND FORM **WH-AR** | **Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence** | **2024** |
|---|---|---|

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**

Name of Transferor    MADISON INVESTOR LLC, a Maryland limited liability company

**2. Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).

817 Saint Paul Street, Baltimore, MD 21202

**3. Reasons for Exemption**

Resident Status    ☐    As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

☑    Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

Principal Residence    ☐    Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

**Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.**

**3a. Individual Transferors**

Witness _____

Name _____

Signature / Date _____

**3b. Entity Transferors**

Witness/Attest _____

MADISON INVESTOR LLC, a Maryland limited liability company
Name of Entity _____

Signature / Date _____

Daniel M. Kline                    1-22-24
Name

Manager
Title

** Form must be dated to be valid.

Note: Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.
To the Clerk of the Court: Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

01/24

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 26755 p.0448 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 26755 p.0449 MSA_CE_164_35912. Date available 4/2/2024. Printed 5/28/2026.

```
Register 21
LR - Deed (w Taxes)
Recording only ST 75.00
Name: MADISON DK LLC ET
AL/CC 817 ST PAUL ST L
Ref: 817 SAINT PAUL ST
LR - Deed (with Taxes)
Surcharge          40.00
LR - Deed State
Transfer Tax  55,010.00
LR - NR Tax - lkd
              79,666.27
=========================
SubTotal:    134,791.27
=========================
Total:       135,266.27
03/29/2024  11:17
                    CC24-AH
#17998684 CC0801 -
Baltimore City
Mitchell/CC08.01.21 -
```

BOOK: 26755 PAGE: 449