IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

BRANDON MICHAEL CHASEN, SR.

Debtor

Case No. 25-15437
Chapter 7

## AFFIDAVIT

Daniel M. Kline, your affiant, being over 18 years of age and otherwise competent to testify, deposes and says:

1.     Delancey Street Capital, LLC ("Delancey") is not a settlement company.

2.     Delancey has never conducted a closing for the transfer of real estate.

3.     Delancey has never owned or sold any real estate.

4.     Delancey has never entered into any contracts with the Debtor.

5.     Delancey has never entered into any contracts with Chasen Construction LLC.

6.     Delancey is not aware of having ever entered into any contracts with any entities related to the Debtor.

7.     Delancey does not know what "closings and disbursements" that PR GIV is referring to in Paragraph 8 of its Motion for Rule 2004 Exam (the "Motion").

8.     Delancey does not know what "funds" PR GIV is referring to in Paragraph 8 of the Motion.

9.     Prior to PR GIV filing the Motion in this matter, PR GIV's principal, Tony Bobulinski, threatened me.

1

10. Bobulinski contacted me in February 2025 via email and phone saying he wanted to get together with me to discuss what he called a transaction we had been "heavily involved" in.

11. I did not know what Bobulinski was talking about and had never heard of Bobulinski.

12. I was very busy during February and March 2025, so I did not call Bobulinski back until April 2025.

13. At that point, I had seen Bobulinski's name in a variety of news articles and my curiosity got the better of me.

14. During that one return phone call Bobulinski yelled aggressively and threatened me, leading me to end the call.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.

Date : 6.3.26

Daniel Kline
Managing Member