IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | | |
| Brandon M. Chasen, Sr. | | Bankr. Case No.: 25-15437-NVA |
| Debtor(s) | | (Chapter 7) |

## MOTION FOR ENTRY OF CONSENT ORDER RE: TURNOVER AND SETOFF

Zvi Guttman, Chapter 7 Trustee, by counsel, files this Motion for Entry of Consent Order Re: Turnover, and states:

1.      This case was commenced by the filing of an involuntary petition for relief under Chapter 7 of the Bankruptcy Code on June 16, 2025.  On July 11, 2025, the Debtor filed a Motion to Convert Involuntary Chapter 7 to Voluntary Chapter 7 [Dkt. 2]. That Motion was granted on July 29, 2025 [Dkt. 29].

2.      Zvi Guttman has been appointed as the Chapter 7 trustee (the "Trustee").

3.      Among the Debtor's assets are scores of LLC's in which the Debtor holds the majority and managing interest.  As relevant to this Motion the Debtor owned and managed Stone House Lending LLC ("SHL"), and CC 523 South Broadway, LLC ("523").

4.      Each SHL and 523, as well as the Debtor, maintained a bank account at Orrstown Bank, successor by merger to PeoplesBank, a Codorus Valley Company. The approximate balances in these accounts are $31,000, $25,000, and $7,500.

5.      Orrstown Bank has filed a proof of claim in this case [POC-14] in the amount of $5,198,422.76.

6.      Orrstown Bank and the Trustee agree that the balances in the SHL and 523 accounts should be turned over to the Trustee and that the Bank should be permitted to setoff the balance of the account in the name of the Debtor against Orrstown's claim.

WHEREFORE, the Trustee respectfully requests that the Court enter the Consent Order attached hereto and grant such other and further relief as is just and proper.

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500 (Phone)
(410) 580-0700 (Fax)

**Counsel to the Trustee**