Entered: June 11th, 2026
Signed: June 10th, 2026

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **25–15437 – NVA**     Chapter: **7**

**Brandon M. Chasen Sr.**
Debtor

## ORDER GRANTING MOTION FOR
## FEDERAL BANKRUPTCY RULE 2004 EXAMINATION
### (Other Than Debtor)

Upon consideration of the Motion of PR GIV, LLC for a Federal Bankruptcy Rule 2004 Examination of ColumbiaNational Real Estate Finance, LLC, and it appearing that cause exists for the requested Rule 2004 Examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted; and it is further

ORDERED, that the Movant may examine the above–named party pursuant to Federal Bankruptcy Rule 2004; and it is further

ORDERED, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:   Debtor
      Attorney for Debtor – Adam M. Freiman
      Movant's Attorney –
      Witness –

**End of Order**

41x02 (rev. 05/22/1990) – KellyHorning