IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | ) | |
| | ) | |
| Debtor. | ) | (Chapter 11) |
| | ) | |
| In re: | ) | |
| | ) | |
| BRANDON M. CHASEN SR., | ) | Case No. 25-15437-NVA |
| | ) | |
| Debtor. | ) | (Chapter 7) |
| | ) | |

**MOTION FOR RULE 2004 EXAMINATIONS**
**(Paul Davis and Whitney Davis)**

COMES NOW, Roger Schlossberg, Chapter 11 Trustee for the bankruptcy estate of Chasen Construction LLC (the "Chapter 11 Trustee"), and Zvi Guttman, Chapter 7 Trustee for the bankruptcy estate of Brandon M. Chasen Sr. (the "Chapter 7 Trustee") (collectively, the "Trustees" or "Movants"), and in support of their *Motion for Rule 2004 Examinations of Paul Davis and Whitney Davis* (the "Motion"), hereby respectfully represents as follows:

**Background**

1. On March 19, 2025, a bankruptcy proceeding was commenced against Chasen Construction, LLC ("Chasen Construction") upon the filing of an *Involuntary Petition* under Chapter 11 of the Bankruptcy Code by Sandy Spring Bank ("Sandy Spring"), Southland Insulators of Maryland, Inc., and Ferguson Enterprises, Inc. (collectively, the "Petitioning Creditors"). [Dkt. #1 in Case No. 25-12356].

ACTIVE 725116777v3

2.      On that same date, Sandy Spring Bank filed an *Emergency Motion to Appoint Chapter 11 Trustee* (the "*Emergency Motion*"). [Dkt. #3 in Case. No. 25-12356]. Following the conduct of expedited proceedings on that *Emergency Motion* commencing on March 24, 2025, this Court orally announced its ruling on March 25, 2025 and subsequently caused to be issued on March 26, 2025 its *Order Granting Emergency Motion to Appoint Chapter 11 Trustee and Directing the Appointment of a Chapter 11 Trustee*. [Dkt. #22 in Case No. 25-12356].

3.      Mr. Schlossberg thereafter was appointed by the Acting United States Trustee for Region Four to serve as the Chapter 11 Trustee for the bankruptcy estate of Chasen Construction. [Dkt. #23 in Case No. 25-12356]. This Court approved Mr. Schlossberg's appointment on March 27, 2025. [Dkt. #26 in Case No. 25-12356]. Mr. Schlossberg thereafter accepted appointment as the Chapter 11 Trustee herein, duly qualified for that position and has been acting in said fiduciary capacity through the date hereof.

4.      Chasen Construction is co-owned by Brandon M. Chasen Sr. ("Mr. Chasen") and Paul Davis ("Mr. Davis").  Mr. Chasen is the majority owner and served as CEO.  Mr. Davis is the minority owner and served as Chief Investment Officer.

5.      On June 16, 2025, the aforementioned Petitioning Creditors commenced a bankruptcy proceeding against Mr. Chasen upon the filing of an *Involuntary Petition* under Chapter 7 of the Bankruptcy Code. [Dkt. #1 in Case No. 25-15437].

6.      On July 11, 2025, Mr. Chasen moved to convert Case No. 25-15437 to a voluntary case under Chapter 7 of the Bankruptcy Code. [Dkt. #23 in Case No. 25-15437]. On July 30, 2025, this Court granted Mr. Chasen's motion to convert the case to a voluntary proceeding. [Dkt. #29 in Case No. 25-15437].

2

7.      Mr. Guttman thereupon duly was appointed Chapter 7 Interim Trustee of Mr. Chasen's bankruptcy estate.  Following the convening of that meeting of creditors required to be conducted pursuant to 11 U.S.C. § 341(a) without the request by creditors for the election of a trustee as permitted by 11 U.S.C. §702(b) and (c), the appointment of Mr. Guttman ripened into that of permanent Chapter 7 Trustee pursuant to the provisions of 11 U.S.C. § 702(d).

### Jurisdiction, Venue, *Etc.*

8.      This Court is vested with jurisdiction over the above-captioned administrative cases and this contested matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157(a) and United States District Court Local Rule 402. Further, this contested matter is a "core" proceeding pursuant to the provisions of 28 U.S.C. §157(b)(2)(A) and (O). Venue in this Court is appropriate pursuant to the provisions of 28 U.S.C. §§ 1408 and 1409(a).

### Parties

9.      Your Movants jointly seek authority by the instant *Motion* to conduct an examination pursuant to the provisions of Bankruptcy Rule 2004.

10.      The parties as to whom your Movants seek to examine pursuant to the provisions of Bankruptcy Rule 2004 are Paul Davis ("Mr. Davis") and Whitney Davis ("Mrs. Davis"). Mr. Davis and Mrs. Davis are married.

### Legal Authority for Rule 2004 Examination

11.      Bankruptcy Rule 2004(a) provides that "[o]n a party in interest's motion, the court may order the examination of any entity." Fed. R. Bankr. P. 2004(a). Rule 2004 permits the "examination of an entity . . . relat[ing] only to: (A) the debtor's acts, conduct, or property; (B) the debtor's liabilities and financial condition; [or] (C) any matter that may affect the administration

ACTIVE 725116777v3

of the debtor's estate." Fed. R. Bankr. P. 2004(b)(1). The term "entity" includes any governmental unit. 11 U.S.C. §101(15).

12.     Bankruptcy Rule 2004 uniformly has been held to provide a broad power to investigate *any* matter that may affect the administration of the estate, particularly regarding the discovery of assets of the estate and exposure of any fraudulent conduct. *See In re Symington*, 209 B.R. 678, 683 (Bankr. D. Md. 1997); *In re Bennett Funding Group, Inc.*, 203 B.R. 24, 27-28 (Bankr. N.D.N.Y. 1996); *In re Drexel Burnham Lambert Group, Inc.*, 123 B.R. 702, 708 (Bankr. S.D.N.Y. 1991). The Rule is designed to provide a "sweeping general examination" of debtors, the scope of which is "unfettered and broad." *In re Symington*, 209 B.R. at 683; *In re GHR Energy Corp.*, 33 B.R. 451, 453-54 (Bankr. D. Mass. 1983). The scope of a Bankruptcy Rule 2004 examination, in fact, is so broad it has been characterized as a "fishing expedition." *In re Szadkowski*, 198 B.R. 140, 140 (Bankr. D. Md. 1996); *In re Duratech Indus.*, 241 B.R. 291 (Bankr. E.D.N.Y. 1999), *aff'd*, 241 B.R. 283 (N.D.N.Y. 1999).

### Factual Predicate for the Instant Rule 2004 Examinations

13.     As noted above, Mr. Davis co-owned Chasen Construction with Mr. Chasen, and was Chasen Construction's Chief Investment Officer.

14.     Additionally, based on the Trustees' investigation into the assets, liabilities, business operations, and financial affairs of the Debtors, the Trustee have learned that Mr. Chasen and Mr. Davis co-owned and/or controlled various other entities (such entities, collectively, the "Chasen-Related Entities"). A non-exclusive list of Chasen-Related Entities is attached as **Exhibit A**.

15.     Additionally, the Trustees have learned that Mr. Davis received various transfers from, made various transfers to, and entered into various transactions with Chasen Construction,

4

Mr. Chasen, and the Chasen-Related Entities.  Further, some of the transfers and transactions involved bank accounts jointly owned by Mr. Davis and Mrs. Davis.

16.     Accordingly, the Trustees desire to examine Mr. Davis and Mrs. Davis, and obtain information, communications, and documents, including ESI, from them, to learn more about the assets, liabilities, acts, conduct, business affairs, and financial affairs of the Debtors.  Such information will also assist the Trustees in administration of the estates and may lead to the discovery of potential assets and claims belonging to the Debtors.

17.     Accordingly, your Movants now seek leave by the instant *Motion* to take the Rule 2004 examinations of Mr. Davis and Mrs. Davis, and to request the production of documents from said examinees pursuant to standard *Subpoenas for Rule 2004 Examination*.

18.     Movants respectfully urge that the requested Rule 2004 examinations are in the best interests of creditors and all parties-in-interest in the above-captioned bankruptcy cases.

19.     Pursuant to Local Rule 9013-2, Movants state that no memorandum of fact and law will be filed and that they will rely solely upon this motion.

## Conclusion

WHEREFORE, Movants respectfully pray that this Honorable Court grant the instant *Motion* and order that Rule 2004 examinations of Mr. Davis and Mrs. Davis be conducted herein.

ACTIVE 725116777v3

Respectfully submitted,

SCHLOSSBERG | MASTRO

 /s/ Frank J. Mastro
Frank J. Mastro #24679
Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610
fmastro@schlosslaw.com
rschlossberg@schlosslaw.com
*Attorneys for Roger Schlossberg, Ch. 11 Trustee*

and

THE LAW OFFICES OF ZVI GUTTMAN, P.A.

 /s/ Zvi Guttman
Zvi Guttman #06902
P.O. Box 32308
Baltimore, MD 21282
(410) 580-0500
zvi@zviguttman.com
*Attorneys for Zvi Guttman, Ch. 7 Trustee*

6

**Exhibit A**

**Chasen-Related Entities**

1122 N Calvert LLC; 12 W Montgomery Street LLC; 1702 Light Street Place LLC; 1719 Eastern Ave LLC; 1742 Fleet Street LLC; 2402 Four Seasons LLC; 280 E Palmetto Park Road LLC; 415 St Paul Place LLC; 9 N Howard Street LLC; CC 10 and 12 W Biddle Street LLC; CC 1005 North Charles Street LLC; CC 1012 N Calvert Street LLC; CC 1020 N Calvert Street LLC; CC 1021 Saint Paul Street LLC; CC 1038 N Calvert Street LLC; CC 1114 Saint Paul Street LLC; CC 115 E Eager St LLC; CC 116 Princess Lona LLC; CC 13 E Read St LLC; CC 1400 Aliceanna Street LLC; CC 1517 Eastern Ave LLC; CC 1720 Saint Paul Street LLC; CC 201 East Baltimore Street LLC; CC 2125 Jackson Bluff Road LLC; CC 2202 West Pensacola Street LLC; CC 300 Cathedral Street LLC; CC 311 Cathedral Street LLC; CC 330 N Charles Street LLC; CC 3522 Beech Ave LLC; CC 4 and 10 E Biddle Street LLC; CC 4000 Linkwood Road LLC; CC 417 Saint Paul Place LLC; CC 419 Saint Paul Place LLC; CC 517 South Broadway LLC; CC 523 South Broadway LLC; CC 600 South Caroline Street LLC; CC 601 South Broadway LLC; CC 7 and 9 E Eager Street LLC; CC 8 and 21 E Eager Street LLC; CC 807 Park Ave LLC; CC 816 Park Ave LLC; CC 817 Saint Paul Street LLC; CC 840 Park Avenue LLC; CC 902 Saint Paul St LLC; CC 906 and 935 Saint Paul Street LLC; CC 921 and 923 Saint Paul Street LLC; CC 930 N Calvert Street LLC; CC 938 N Calvert Street; CC Broward 110 LLC; CC Chateaus de Mount Vernon LLC; CC Park Place LLC; CC Serenity Court LLC; CC Sheep Ranch LLC; CC The Bo LLC; CC The Jimmy LLC; CC The Lyn LLC; CC The Regency LLC; CC The Seminole LLC; CC The Whitney LLC; CC Washington House LLC; Chasen Acquisitions LLC; Chasen Holdings LLC; Chasen Properties LLC; CS 1511 Eastern Ave LLC; CS 1617 Eastern Ave LLC; CS 1709 Fleet Street LLC; CS 211 Saint Paul Place LLC; CS 421 South Broadway LLC; CS 500 Sout Bond Street LLC; CS 520 South Caroline Street LLC; CS 631 Constitution LLC; FS 2601 LLC; FS 2601 LLC; FS 2603 LLC; Harbor Management Group LLC; Live Loads LLC; MM Revive LLC; PB7 Investments, LLC; PN7 Investments; STJ Burnely LLC; STJ Investments LLC; STJ LLC; STJ Monaco LLC; Stone House Lending LLC; and Zuckerberg Management LLC

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th day of June, 2026, a copy of the foregoing *Motion for Rule 2004 Examinations of Paul Davis and Whitney Davis*, together with all: (i) attachments or exhibits referenced therein or attached thereto; and (ii) a proposed form of Order (collectively, the "*Service Set*") was served:

(a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon as follows;

| 25-12356 Notice will be electronically mailed to: | 25-15437 Notice will be electronically mailed to: |
|---|---|
| Brian E. Barkley bbarkley@barkenlaw.com | Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov |
| Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov | Joshua D. Bradley jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Jill D. Caravaggio jill@jill-lawoffice.net, paralegal@jill-lawoffice.net | Richard C. Burch rcb@mhblaw.com |
| Aaron L. Casagrande Aaron.casagrande@Icemiller.com | Aaron L. Casagrande Aaron.casagrande@Icemiller.com |
| Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com | Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com |
| Alan D. Eisler aeisler@e-hlegal.com, alaneisler@gmail.com | Alan D. Eisler aeisler@e-hlegal.com, alaneisler@gmail.com |
| David V. Fontana dfont@gebsmith.com | Scott W. Foley swf@shapirosher.com, ajs@shapirosher.com, ens@shapirosher.com, blr@shapirosher.com, LAR@shapirosher.com |
| Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com | Adam M. Freiman adam@pikesvillelaw.com, r54650@notify.bestcase.com |
| Richard Marc Goldberg rmg@shapirosher.com, ejd@shapirosher.com | Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com |
| Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com | Jeffrey Greenberg jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com, |
| Jeffery Thomas Martin jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com, brittany@martinlawgroup.com, Diana@martinlawgroup.com | Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com |
| Frank J. Mastro fmastro@schlosslaw.com | Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com |
| Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com | Andrew Janquitto aj@mhblaw.com |
| John E Reid jack@martinlawgroup.com, brittany@martinlawgroup.com, | Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com |

8

ACTIVE 725116777v3

| | |
|---|---|
| Diana@martinlawgroup.com<br><br>Roger Schlossberg trustee@schlosslaw.com, MD20@ecfcbis.com<br><br>Roger Schlossberg bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com<br><br>Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com<br><br>Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brent-strickland-3227@ecf.pacerpro.com<br><br>Morgan Taylor morgan.taylor@icemiller.com<br><br>US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV<br><br>Maurice Belmont VerStandig mac@mbvesq.com, lisa@mvbesq.com, mahlon@dcbankruptcy.com, mac@dcbankruptcy.com, verstandiglaw@recap.email, verstandig.mauricer1104982@notify.bestcase.com<br><br>Gerard R. Vetter gerard.r.vetter@usdoj.gov<br><br>Shawn C Whittaker shawn@whittaker-law.com<br><br>Heather Kirkwood Yeung hyeung@darslaw.com | Roger Schlossberg trustee@schlosslaw.com, MD20@ecfcbis.com<br><br>Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com<br><br>Benjamin Smith bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com, mzawalick@shulmanrogers.com, tlong@shulmanrogers.com, cwarren@shulmanrogers.com rparadis@shulmanrogers.com<br><br>Morgan Taylor morgantaylor@icemiller.com<br><br>Andre' R. Weitzman aequityhouse@aol.com<br><br>Heather Kirkwood Yeung hyeung@darslaw.com |

(b) via first-class mail, postage prepaid, as follows:

| | |
|---|---|
| Chasen Construction LLC<br>c/o Brandon M. Chasen<br>1501 Yamato Road, Suite 3007<br>Boca Raton, FL 33431<br><br>Robert L. Patrick<br>SC&H Group, Inc.<br>226 Schilling Circle, Suite 300<br>Hunt Valley, MD 21031<br><br>Shepherd Electric Co., Inc.<br>c/o Douglas H, Seitz, Esq.<br>1 Olympic Place, Suite 800<br>Towson, MD 21204 | Larry Strauss<br>Larry Strauss ESQ CPA & Assoc., Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209<br><br>Catherine Lawrence<br>Lawrence Law, LLC<br>32 W. Camden Street, Suite 700<br>Baltimore, MD 21201<br><br>Paul Davis & Whitney Davis<br>5911 Ryland Drive<br>Bethesda, MD 20817 |

/s/ Frank J. Mastro

/s/ Zvi Guttman

9

ACTIVE 725116777v3