Entered: July 2nd, 2026
Signed: July 1st, 2026
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:

Brandon M. Chasen, Sr.

Debtor(s)

Bankr. Case No.: 25-15437-NVA

(Chapter 7)

## CONSENT ORDER RE: MOTION FOR ENTRY OF CONSENT ORDER RE: TURNOVER AND SETOFF

UPON CONSIDERATION of the Motion for Entry of Consent Order Re: Turnover and Setoff filed by Zvi Guttman, Chapter 7 Trustee; and

WHEREAS, among the Debtor's assets are scores of LLC's in which the Debtor holds the majority and managing interest.  As relevant to this Consent Order the Debtor owned and managed Stone House Lending LLC ("SHL"), and CC 523 South Broadway, LLC ("523");

WHEREAS, each SHL and 523, as well as the Debtor, maintained a bank account at Orrstown Bank, successor by merger to PeoplesBank, a Codorus Valley Company.  The approximate balances in these accounts are $31,000, $25,000, and $7,500, respectively;

WHEREAS, Orrstown Bank has filed a proof of claim in this case [POC-14] in the amount of $5,198,422.76; and

.

WHEREAS, Orrstown Bank and the Trustee agree that the balances in the SHL and 523 accounts (the "Entity Account Balances") should be turned over to the Trustee and that the Bank should be permitted to setoff the balance of the account in the name of the Debtor (the "Debtor Account Balance") against Orrstown's claim.

NOW, THEREFORE, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that Orrstown Bank shall turn over the Entity Account Balances to the Trustee within ten (10) days of entry of this Order; and it is

FURTHER ORDERED, that Orrstown shall be permitted to setoff the Debtor's Account Balance; and it is

FURTHER ORDERED, that the parties hereto shall be, and hereby are, authorized to take all reasonable steps expedient or necessary to consummate and implement the terms and intent of this Consent Order.

CONSENTED TO:

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500 (Phone)

**Counsel to the Trustee**

/s/ Josh D. Bradley
Joshua D. Bradley, (313308)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
(410) 727-6600 (Phone)

**Counsel to Orrstown Bank**

/s/ Adam M. Freiman
Adam M. Freiman (23047)
115 McHenry Ave., Suite B4
Pikesville, Maryland 21208
adam@pikesvillelaw.com
410-486-3500

**Counsel to the Debtor**

I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation submitted to the Court are identical to those set forth in the original consent order/stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order/stipulation.
/s/ Zvi Guttman

**Suggested Distribution List**

Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
Joshua D. Bradley     jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Richard C Burch     rcb@mhblaw.com
Aaron L. Casagrande     Aaron.casagrande@Icemiller.com
Darrell William Clark     darrell.clark@stinson.com, catherine.scott@stinson.com
Alan D. Eisler     aeisler@e-hlegal.com, alaneisler@gmail.com
Scott W. Foley     swf@shapirosher.com,
ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
Adam M. Freiman     adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere     jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg     jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
Zvi Guttman     zvi@zviguttman.com,
zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Zvi Guttman     zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
Andrew Janquitto     aj@mhblaw.com
Frank J. Mastro     fmastro@schlosslaw.com
Tracey Michelle Ohm     tracey.ohm@stinson.com, porsche.barnes@stinson.com
Roger Schlossberg     trustee@schlosslaw.com, MD20@ecfcbis.com
Robert G. Shuster     rob@shusterlaw.com, courts@shusterlaw.com
Benjamin Smith     bsmith@shulmanrogers.com,
vdeguzman@shulmanrogers.com;MZawalick@shulmanrogers.com;tlong@shulmanrogers.com;rparadis@shulmanrogers.com
Morgan Taylor     morgan.taylor@icemiller.com
Andre' R Weitzman     aequityhouse@aol.com

**END OF ORDER**