# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–15437 – NVA**   Chapter: **7**

**Brandon M. Chasen Sr.**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held on 8/12/26 at 02:00 PM

UNITED STATES BANKRUPTCY COURT
COURTROOM 2–A
101 WEST LOMBARD STREET
BALTIMORE, MD 21201

to consider and act upon the following:

194 – Motion for 2004 Examination of Verner Realty Enterprises, LLC t/a Harbor Stone Advisors Filed by PR GIV, LLC. (Eisler, Alan)

215 – Opposition on behalf of Verner Realty Enterprises, LLC t/a Harbor Stone Advisors Filed by Aaron Drew Neal (related document(s)194 Motion for Examination filed by Creditor PR GIV, LLC). (Neal, Aaron)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/13/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Joyce Yalley
410–962–4439

Form ntchrgmdb (rev. 08/13/2024)