Entered: August 13th, 2026
Signed: August 12th, 2026

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re:                                          )
                                                )
BRANDON MICHAEL CHASEN, SR.     )          Case No. 25-15437
                                                )          Chapter 7
        Debtor.                              )
_____  )

### CONSENT ORDER AUTHORZING RULE 2004 EXAMINATION OF DEBTOR

Upon consideration of creditor PR GIV, LLC's ("**Movant**") Consent Motion for Rule 2004 Examination of Debtor ("**Motion**"), and it appearing that cause exists for the requested Rule 2004 Examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Movant may examine the Debtor pursuant to Federal Bankruptcy Rule 2004; and it is further

ORDERED, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of the Debtor for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

SEEN AND CONSENTED TO:

EISLER HAMILTON, LLC

By:   /s/        Alan D. Eisler
    Alan D. Eisler, Bar No. 11524
    1 Research Court, Suite 450
    Rockville, MD  20850
    Phone: (240) 283-1164
    Fax: (301) 519-8005
    Email: aeisler@e-hlegal.com
    Attorneys for PR GIV, LLC

  /s/   Adam M. Freiman
Adam M. Freiman, Bar No. 23047
115 McHenry Avenue, Suite B4
Baltimore, MD 21208
Phone: (410) 486-3500
Fax: (410) 60-8066
Email: adam@pikesvillelaw.com
Attorney for Debtor

## CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the court are identical to those set forth in the original consent order, and the signatures represented by the /s/ _____ on the copy of the consent order submitted to the court reference the signatures of the consenting parties obtained on the original consent order.

  */s/   Alan D. Eisler*
Alan D. Eisler


cc:     Debtor
        Attorney for Debtor − Adam M. Freiman
        Movant – PR GIV, LLC




**END OF ORDER**

2