UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| CHASEN CONSTRUCTION, LLC | * | Case No. 25-12356-NVA<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| In re: | * | |
| BRANDON M. CHASEN, SR. | * | Case No. 25-15437-NVA<br>Chapter 7 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STIPULATION REGARDING EXTENSION OF TIME TO NOTE OBJECTIONS TO REQUESTS FOR PRODUCTION OF DOCUMENTS INCLUDED IN SUBPOENAS FOR RULE 2004 EXAMINATIONS**

1. On August 24, 2026, Roger Schlossberg, ("Trustee Schlossberg"), Chapter 11 Trustee for the bankruptcy estate of Chasen Construction, LLC ("Chasen Construction") served his Subpoena for Rule 2004 Examination (the "Schlossberg Subpoena") on Paul Davis ("Mr. Davis"). The Schlossberg Subpoena included a list of documents that were required to be produced by Mr. Davis.

2. On August 24, 2026, Zvi Guttman, ("Trustee Guttman"), Chapter 7 Trustee for the bankruptcy estate of Brandon M. Chasen, Sr. ("Mr. Chasen") served his Subpoena for Rule 2004 Examination (the "Guttman Subpoena") on Mr. Davis. The Guttman Subpoena included a list of documents that were required to be produced by Mr. Davis.

3. Pursuant to Fed.R.Civ.P. 45(d)(2)(B), as incorporated by Bankruptcy Rule 9016, Mr. Davis is required to note any objections to the requested production of documents within fourteen days from the date of service of the Subpoena. That date would be September 7, 2026.

4. On September 1, 2026, Mr. Davis' counsel wrote to Trustee Schlossberg, Trustee Guttman (collectively the Trustees"), and there counsel requesting an additional week to note any objections.

5. On September 3, 2026, the Trustees, through counsel consented to that requested extension.

6. Later on September 3, 2026, counsel for the parties met to discuss the requested production in an attempt to clarify the scope of the requests and to attempt to limit the need for any objections. The session was productive but not necessarily resolve all issues regarding the production.

7. Counsel have agreed to have further discussions pending Mr. Davis's initial search for responsive documents in order to determine whether there are remaining objections and whether any such objections can be resolved between the parties.

8. Pending the completion of those events, and as agreed by the parties, the Trustee and Mr. Davis hereby stipulate that Mr. Davis may have until September 14, 2026 to note any objections to the production of documents contained in the lists of documents included as part of the Schlossberg Subpoena and the Guttman Subpoena.

Respectfully submitted,

*/s/ Zvi Guttman*

Zvi Guttman #06902
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, MD 21282
(410) 580-0500
zvi@zviguttman.com
*Attorneys for Zvi Guttman, Ch. 7 Trustee*

*/s/ Frank J. Mastro*
Frank J. Mastro #24679
Schlossberg | Mastro
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610
fmastro@schlosslaw.com
*Attorneys for Roger Schlossberg, Ch. 11 Trustee*

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
*Attorneys for Paul Davis*

CERTIFICATION OF SIGNATURES

I HEREBY CERTIFY that the signatures represented by the /s/ on this document reference the original signature of parties on the original document.

\s\ Jeffrey M. Orenstein
Jeffrey M. Orenstein

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd day of September, 2026, a copy of the foregoing was sent via the Court's CM/ECF system to:

Roger Schlossberg, Trustee
P.O. Box 2067
Hagerstown, MD 21742-2067
trustee@schlosslaw.com

Frank J. Mastro, Esq.
Schlossberg / Mastro
P.O. Box 2067
Hagerstown, MD 21742-2067
fmastro@schlosslaw.com

Hugh M. Bernstein, Esq.
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201
hugh.m.bernstein@usdoj.gov

Adam M. Freiman, Esq.
115 McHenry Ave.
Suite B4
Baltimore, MD 21208
adam@pikesvillelaw.com

Zvi Guttman, Trustee
The Law Offices of Zvi Guttman, P.A.
P. O. Box 32308
Baltimore, MD 21282-2308
zguttman@gmail.com

Peter D. Kieselbach, Esq.
Greenberg Traurig, LLP
90 South 7th Street
Suite 3500
Minneapolis, MN 55402
kieselbachp@gtlaw.com

\s\ Jeffrey M. Orenstein
Jeffrey M. Orenstein