Entered: October 15th, 2026

Signed: October 15th, 2026

**SO ORDERED**

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| In re: | |
| Brandon M. Chasen, Sr. | Bankr. Case No.: 25-15437-NVA |
| Debtor(s) | (Chapter 7) |

## CONSENT ORDER FURTHER EXTENDING DEADLINE

WHEREAS, the Debtor herein previously consented to:

> promptly file a consent extending the deadlines to file (i) an objection to discharge under 11 U.S.C. § 727, (ii) to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), (iii) a motion to dismiss under 11 U.S.C. § 707(b)(3), until December 31, 2025, and extending the deadline for the United States Trustee to file a Statement of Presumed Abuse under 11 U.S.C. § 704(b)(1)(A) until ten (10) days after conclusion of the meeting of creditors.

Consent Order on Motion for Entry of Consent Order on Debtor's Motion To Extend Time to File Schedules, Statement of Financial Affairs, and Related Documents [Dkt 45]; and

WHEREAS, the Parties filed and the Court granted additional Consent Orders further extending deadlines [Dkts. 58, 116, 153, 176, and 233]; and

WHEREAS, the Debtor has agreed to further extend the deadline for the Trustee and /or the Office of the United States Trustee **but no other party** to file a complaint objecting to the discharge under 11 U.S.C. § 727 -

NOW THEREFORE, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that except as specifically set forth herein the deadlines established in the Court's June 22, 2026, Consent Order Resetting Date of Continued Meeting of Creditors and Further Extending Deadlines [Dkt. 233] shall remain in full force and effect;

ORDERED, that the deadline for the Case Trustee and/or the Office of the United States Trustee to file a complaint objecting to the discharge under 11 U.S.C. § 727 is hereby extended to and including December 31, 2026.

CONSENTED TO:

| | |
|---|---|
| /s/ Zvi Guttman<br>Zvi Guttman (06902)<br>The Law Offices of Zvi Guttman, P.A.<br>Post Office Box 32308<br>Baltimore, Maryland 21282<br>Zvi@zviguttman.com<br>(410) 580-0500 (Phone)<br>(410) 580-0700 (Fax)<br>**Counsel to the Trustee** | /s/ Adam M. Freiman<br>Adam M. Freiman (23047)<br>115 McHenry Ave., Suite B4<br>Pikesville, Maryland 21208<br>adam@pikesvillelaw.com<br>410-486-3500 (Phone)<br>410-630-8066 (Fax)<br><br>**Counsel to the Debtor** |

I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation submitted to the Court are identical to those set forth in the original consent order/stipulation; and the signatures represented by the /s/___________ on this copy reference the signatures of consenting parties on the original consent order/stipulation.
/s/ Zvi Guttman

**Suggested Distribution List**

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
Joshua D. Bradley jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Richard C. Burch rcb@mhblaw.com
Aaron L. Casagrande Aaron.casagrande@Icemiller.com
Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com
Michael Collyard michael.collyard@gtlaw.com
Alan D. Eisler aeisler@e-hlegal.com, alaneisler@gmail.com
Scott W. Foley swf@shapirosher.com, ajs@shapirosher.com, ens@shapirosher.com, blr@shapirosher.com, LAR@shapirosher.com
Adam M. Freiman adam@pikesvillelaw.com, r54650@notify.bestcase.com
Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com
Jeffrey Greenberg jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com, zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com

Christopher L. Hamlin chamlin@mhlawyers.com, mevans@mhlawyers.com, chamlin@ecf.inforuptcy.com, Hamlin.ChristopherR92003@notify.bestcase.com, cmartin@mhlawyers.com
Peter Ihrig peter.ihrig@gtlaw.com
Andrew Janquitto aj@mhblaw.com
Frank J. Mastro fmastro@schlosslaw.com
Aaron Drew Neal aneal@mhlawyers.com, lmiller@mhlawyers.com
Tracey Michelle Ohm tracey.ohm@stinson.com
Jeffrey M. Orenstein jorenstein@wolawgroup.com
Roger Schlossberg trustee@schlosslaw.com, MD20@ecfcbis.com
Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com
Benjamin Smith bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com, MZawalick@shulmanrogers.com, tlong@shulmanrogers.com, rparadis@shulmanrogers.com
Andre’ R. Weitzman aequityhouse@aol.com

**END OF ORDER**