**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 7 |
| BRANDON MICHAEL CHASEN, SR. | ) | |
| | ) | Case No. 25-15437 |
| Debtor. | ) | |
| | ) | |

**AMENDED NOTICE OF MOTION AND OPPROTUNITY TO OBJECT TO**
**CREDITOR'S MOTION TO EXTEND DEADLINES TO**
**FILE COMPLAINT OBJECTING TO DISCHARGE AND**
**COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**
**(FED. R. BANKR. P. 4004(b) & 4007(c))**

**PLEASE TAKE NOTICE** that Atlantic Union Bank has filed papers with this Court asking the Court to extend the deadline for objecting to the discharge of the Debtor or the dischargability of debt to December 31, 2026. The motion is on file with the Clerk of the U.S. Bankruptcy Court and may be reviewed therein or a copy may be obtained by making a written request upon the undersigned counsel to Atlantic Union Bank.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion or if you want the court to consider your views on the motion, then on or before November 23, 2026, you or your attorney must:

X File with the court a written response explaining your position at:

U.S. Bankruptcy Court for the District of Maryland
101 W Lombard St, Baltimore, MD 21201

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

Jeffery T. Martin, Jr., Esq.
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
*Counsel to Atlantic Union Bank*

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: November 2, 2026

Respectfully Submitted,

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. 18328
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
jeff@martinlawgroup.com
*Counsel to Atlantic Union Bank*

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY on this 2nd day of November, 2026, a copy of the foregoing was served through the ECF filing system with notice being automatically provided to all parties requesting notice

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr.